# EXHIBIT C



Sections

Post your vacancies today

# Epic Seattle created for Unreal Engine 4 development

Epic is creating a brand-new studio in Seattle

**Mike Williams**
Reviews Editor, USgamer
Thursday 6th September 2012

**SHARE THIS ARTICLE**

Recommend | Tweet | Share

**COMPANIES IN THIS ARTICLE**

Epic Games

**RELATED JOBS**

Senior Animator - London - up to £60,000!
London
Datascope

Technical Artist (Unity) - London - paying up to £50,000
London
Datascope

Senior Product Manager – Remote in EU
London
Datascope

Discover more jobs in games ▸

Epic Games has announced the creation of a brand-new studio in Seattle, Washington, to focus on "engineering efforts" for Unreal Engine 4. The new studio is primarily hiring programmers and engineers to work with its current engineering group.

"The proximity to key partners, the density of world-class talent and all the factors that make Seattle an attractive place to live convinced us that it is the perfect locale for Epic's West Coast operation," said Epic Games President Dr. Michael Capps.

"We are looking to hire even more of the best engineers around to contribute to Unreal Engine 4, which we believe is set to change the way we all make games."

Available positions at Epic Seattle include Animation Systems Programmer, Audio Tools Programmer, Engine Programmer, Java/Online Server Programmer, Lead Online Programmer, Rendering Programmer Active, and Tools Programmer. The full list of available jobs is here.

Post your vacancies today

✉ **Sign up for The Daily Update and get the best of GamesIndustry.biz in your inbox.**

Enter your email address

| Email address | Subscribe |

**MORE STORIES**

🕒 14 DAYS AGO

### Unreal Engine 5 launches in Early Access

Proper launch expected for early next year; new engine will eventually be used for Fortnite on all platforms

By Brendan Sinclair

🕒 16 DAYS AGO

### Epic, Apple make their closing statements as three-week antitrust trial comes to an end

But judge warns there's still "quite a bit of work to do" before ruling is made

By James Batchelor



T COMMENTS

SIGN IN TO CONTRIBUTE

Email address

Password

Sign in

Need an account? **Register now.**

# GameStop pulls new leadership from Amazon, reports Q1 sales boost

Incoming CEO Matt Furlong and CFO Mike Recupero are the latest appointees hired from online retail giant

**Brendan Sinclair**
Managing Editor
Wednesday 9th June 2021

SHARE THIS ARTICLE

Recommend | Tweet | Share

COMPANIES IN THIS ARTICLE

GameStop

GameStop has pulled another couple of Amazon executives into its leadership circle, as the retailer today announced its new CEO and CFO are both joining from the online retail giant.

Matt Furlong will take the CEO role at the company, coming over from his position as head of Amazon's Australian business. Furlong was at Amazon for almost nine years, and prior to that worked a dozen years for Proctor & Gamble on brand, marketing, and sales strategies.

Joining him in the CFO position will be long-time Amazon veteran Mike Recupero, who most recently has been serving as VP of finance and CFO for the company's North American consumer business. Recupero had been with Amazon for 17 years, prior to that serving in roles as a project manager for Hitachi and Koch Industries.

This makes five Amazon executives hired into C-level GameStop positions since February. Other recent appointees from Amazon include chief operating officer Jenna Owens and chief growth officer Elliot Wilke, as well as chief technology offer Matt Francis.

**RELATED JOBS**

**Senior Animator - London - up to £60,000!**
London
Datascope

**Technical Artist (Unity) - London - paying up to £50,000**
London
Datascope

**Senior Product Manager – Remote in EU**
London
Datascope

Discover more jobs in games ▸

In addition to the new appointments, GameStop released its first quarter sales results. For the 13 weeks ended May 1, GameStop reported net sales up 25% year over year to $1.28 billion, with net losses of $66.8 million compared to $165.7 million in the year-ago quarter, during which COVID-19 was declared a pandemic.

The retailer described the net sales bump as "overcoming a nearly 12% reduction in the company's global store base" due to hundreds of store closures, as well as "continued store closures across Europe due to the COVID-19 pandemic."

The company still isn't providing guidance for future results, but said net sales is the most appropriate metric to judge its performance by and May's net sales were up about 27% year-over-year.

Post your vacancies today

Sign up for The Publishing & Retail newsletter and get the best of GamesIndustry.biz in your inbox.

Enter your email address



| Email address | Subscribe |

## MORE STORIES

⏱ A MONTH AGO

### GameStop opening new US east coast fulfillment center

New 700,000 square-foot Pennsylvania facility opens later this year, intended to support ecommerce "transformation"

By Brendan Sinclair

⏱ A MONTH AGO

### GameStop CEO reportedly due to receive $179m windfall

Outgoing chief benefits from GameStop stock surge

By Marie Dealessandri

## LATEST COMMENTS

There are no comments on this article yet. Why not be the first to post one?

## SIGN IN TO CONTRIBUTE

Email address

Password

Sign in



Need an account? **Register now**.

