# EXHIBIT I

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
 1              UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   EPIC GAMES, INC.,

 6        Plaintiff,

          Counter-defendant,

 7

             vs.                   Case No. 4:20-cv-05640
 8                                 YGR

     APPLE INC.,

 9

          Defendant,

10        Counterclaimant.

     _____

11

12   IN RE APPLE IPHONE             Case No. 4:11-cv-06714

     ANTITRUST LITIGATION           YGR

13   _____

14

15

16

17

18

19

20

21

22

23

24

25   (caption cont'd)

                                         Page 1
```

United States District Court
Northern District of California

Case No.  **4:20-cv-05640-YGR**
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. **DX-3036**
Date Entered_____
                    Susan Y. Soong, Clerk
By: _____, Deputy Clerk

Δ DEFENDANT Δ

DX-3036.001

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

```
 1   DONALD R. CAMERON, et al.,
 2        Plaintiffs,
 3            vs.              Case No. 4:19-cv-03074
                                    YGR
 4   APPLE INC.,
 5        Defendant.
     _____
 6
 7
 8
 9
10
11    **HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**
12            ZOOM DEPOSITION OF MARK REIN
13   (Reported Remotely via Video & Web Videoconference)
14         Ocala, Florida Deponent's location)
15         Wednesday, February 10, 2021
16                  Volume I
17
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 4453817
25   PAGES 1 - 161
```

                                        Page 2

DX-3036.002

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.    When did you join Epic Games, sir?              09:15:46

21      A.    Around early 1992.

22

23

24

25      Q.    And you've been with the company ever          09:16:04

Page 19

DX-3036.003

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    since?                                              09:16:06

2         A.    Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.   And are the things that you are involved

24   in today still in the arena of sales and marketing

25   and sales and marketing strategy?                  09:18:55
```

Page 21

DX-3036.005



1       A.    Typically, yes.                          09:18:57

2

3

4

5

6

7

8             And do you currently sit on the board of

9     directors for Epic?

10      A.    Yes.                                     09:19:21

11      Q.    And how long have you been on the board?

12      A.    Since we created the board.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 22

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
 1

 2

 3

 4

 5

 6              And in the course of your

 7    responsibilities or your job function, have you had

 8    dealings with Apple?

 9        A.    Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 24
```

DX-3036.007

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    Q.   Well, while Fortnite was on the

23    App Store, did Apple offer marketing and

24    promotional support for it?

25    A.   Yes.                                    09:51:51

Page 48

DX-3036.008

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    Q.   Okay.  And what sort of marketing and          09:51:51

2   promotional support did Apple provide?

3    A.   Apple would feature your app occasionally

4   when you had something important going on.

5    Q.   You mean --                                     09:52:08

6    A.   Sorry.  Apple would feature Fortnite

7   occasionally when we had something important going

8   on.

9    Q.   And what does that mean in the context of

10  an App Store to feature it?                            09:52:15

11   A.   It means they would give it a prominent

12  placement on one of the pages of the App Store.

13

14

15

16   Q.   What other sorts of promotion and

17  marketing did Apple provide for Fortnite?

18   A.   One time they put us up on stage and they

19  demonstrated Fortnite at one of their -- I can't

20  remember if it was a developer conference or a        09:52:54

21  product launch.

22

23

24

25

Page 49

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

```
 1

 2

 3

 4

 5

 6

 7      Q.   Did Apple and Epic collaborate

 8   effectively on the marketing and promotional

 9   efforts that you do recall?

10      A.   I think so.                        09:53:43

11      Q.   And did the marketing and promotion

12   provided by Apple benefit Epic?

13      A.   I -- I think it did.

14      Q.   How?

15      A.   Through more people being aware of the   09:54:00

16   game.

17      Q.   No matter which platform they ultimately

18   played it on?

19      A.   Well, the marketing would have been

20   targeted at iOS users.                     09:54:14

21      Q.   One of the significant elements of

22   Fortnite is cross-platform play, correct?

23      A.   Yes.

24

25
```



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          (Exhibit 188 was marked for

24     identification by the court reporter and is

25     attached hereto.)                              09:56:03

Page 51

DX-3036.011

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    Q.   (By Mr. Doren)   Mr. Rein, while you          09:56:08

2    review that, I will describe for the record that

3    this Exhibit 188 is a two-page document which

4    contains an email string, and the first page of the

5    exhibit is EPIC_00010165.                          09:56:18

6         Please take a moment and review that

7    document.

8         THE DEPONENT:   Yup.   I've reviewed it.

9    Q.   (By Mr. Doren)   Thank you very much, sir.

10        First of all, do you recognize this as an     09:57:02

11   email chain in which you participated including

12   various Epic colleagues on January -- from

13   January 17th, 2018?

14   A.   Yes.

15

16

17

18

19

20

21

22

23

24

25

Page 52

1

2

3

4

5

6

7

8      Q.   In 2019 Epic hosted a virtual concert

9   with the DJ named Marshmello, correct?

10      A.   I believe it was in 2019, yes.          10:18:54

11      Q.   But you recall the event, correct?

12      A.   I recall the event.  I don't recall the

13   exact date.

14      Q.   Thank you.

15           And can you describe what the event was,   10:19:02

16   please.

17      A.   The Marshmello concert was an in-game

18   event where we had the Marshmello character doing a

19   show and to Marshmello music.

20      Q.   And for those of us that aren't quite as   10:19:20

21   hip as others, what is Marshmello?  Or who is

22   Marshmello?

23      A.   He's a famous DJ artist.

24      Q.   And did Epic consider this to be a major

25   event?                                          10:19:36

Page 65

**\*\*HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER\*\***

1      A.   Yes, I believe we did.                    10:19:38

2      Q.   And when you say it was "an in-game

3   experience," was it within Fortnite?

4      A.   It was within Fortnite.

5      Q.   And was it available on all platforms?     10:19:47

6      A.   Yes, I believe it was.

7      Q.   Meaning mobile and consoles and PCs?

8      A.   Yes, whatever -- within Fortnite.

9   Wherever you played it.

10     Q.   Was it available on the web-based          10:20:07

11  versions of Fortnite?

12     A.   What web-based versions of Fortnite?

13     Q.   Those available, for example, through

14  GeForce?

15     A.   It should have been, yes.                  10:20:22

16     Q.   Thank you.

17          And did viewers purchase tickets to

18  attend that event?

19     A.   No.

20     Q.   It was free?                               10:20:30

21     A.   It was a free event.

22     Q.   And did Apple offer marketing support for

23  the Marshmello event?

24     A.   I believe they did.

25     Q.   And do you recall what it was?             10:20:47

1        A.    I believe they did some sort of featuring          10:20:52

2    on the store.

3        Q.    And when you say featuring on the store,

4    what do you mean?

5        A.    I think they wrote a story about it or            10:21:01

6    placed a Fortnite imagery in -- in -- in a featured

7    location on App Store.

8        Q.    And do you recall any other marketing or

9    promotion that Apple did with Epic around the

10   event?                                                       10:21:19

11       A.    Apple Music did some advertising, some

12   outdoor advertising, I believe.

13       Q.    Do you recall?

14       A.    And featured -- and featured music from

15   the event in Apple Music.                                    10:21:32

16       Q.    And did you consider that to be a benefit

17   to Epic's profile?

18

19

20            THE DEPONENT:   I -- it helped get more            10:21:49

21   people to listen to the music that was from the

22   Fortnite Marshmello concert, perhaps.

23       Q.    (By Mr. Doren)  And do you consider that

24   to be a good thing?

25       A.    If you like that kind of music, it's a            10:22:02

Page 67

1    good thing, yes.                                          10:22:04

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 68

DX-3036.016

1

2

3

4

5

6

7

8

9

10

11

12          Exhibit 190 is a multipage email string,

13     the first page of which begins with an email from

14     Edward Zobrist to you and others sent on

15     January 30th, 2019.  The document bears numbers          10:44:09

16     EPIC_00193236 through 40.

17

18

19

20

21

22        Q.   Mr. Rein, have you had an opportunity to

23     review Exhibit 190?

24        A.   Yes.

25        Q.   And do you recognize it as an email chain          10:47:57

Page 69

DX-3036.017

1    among various Epic employees, including yourself,        10:48:01

2    from January of 2019?

3        A.    Yes.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 70

DX-3036.018

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10          You then go on and state:  "With                11:02:07

11    controller support and if Apple gets behind

12    promoting that, we could see huge growth on iOS."

13          Do you see that?

14     A.    Yes.  I wrote that.

15     Q.    What did you mean by that statement?           11:02:18

16     A.    I think I mean what it said.  With

17    control and support and if Apple gets behind

18    promoting, we could see huge growth on iOS.

19

20

21

22

23

24

25

Page 82

1

2          And you mentioned that -- and why is it a

3   good thing to have Apple advertise your product?

4       A.   Any -- almost any advertising for your

5   product is a good thing.                          11:08:18

6       Q.   And Apple is a -- a well-known brand?

7       A.   Yes.

8       Q.   And a highly regarded brand?

9       A.   Yes.

10      Q.   And being affiliated with Apple is        11:08:28

11  beneficial to Epic?

12      A.   I believe it's beneficial to Fortnite

13  when they are marketing Fortnite.

14

15

16

17

18

19

20

21

22

23

24

25

Page 87

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          MR. DOREN:  Sarah, let's, please, look at          11:26:55

Page 100

DX-3036.021



1    Tab 34, which is a document previously marked as          11:26:56

2    Exhibit 35.

3              THE DEPONENT:   I'm looking at it.

4        Q.   (By Mr. Doren)   Great.

5              And, Mr. Rein, we will be talking about          11:27:35

6    the last paragraph in your email on page 1, and I'm

7    going to be asking you some questions about the

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 101

DX-3036.022

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6      Q.   (By Mr. Doren)   The first page of the

7   exhibit begins with an April 15th, 2019, email from

8   Mr. Rein.

9           Mr. Rein, you've had an opportunity to

10   review Exhibit 35?                                    11:33:06

11      A.   Yes.

12

13

14

21

22

23

24

25

Page 102

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3      Q.   We've discussed earlier GeForce as -- as

4   a web -- as a source for a web-accessible version

5   of Fortnite, correct?                          11:34:16

6      A.   GeForce is a cloud streaming service that

7   has Fortnite on it.

8      Q.   And --

9      A.   Or does now.  Sorry.

10      Q.   Thank you.                             11:34:27

11           And we have in front of us documents

12   discussing an initiative at Walmart called Project

13   Storm back in April 2019, correct?

14      A.   Yes.

15

16

17

18

19

20

21

22

23

24

25

Page 103

1

2

3

4

5

6

7

8

9        Q.   Is that a trend in gaming, the

10   cloud-based streaming?                          11:35:47

11       A.   I don't know if I'd say it's a trend.

12   There are companies attempting to do it.

13       Q.   Do you consider that to be the future of

14   gaming?

15       A.   Not really.                            11:36:02

16

17

18

19

20

21

22

23

24

25

Page 104

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



Page 105

DX-3036.026

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
 1

 2

 3

 4        Q.    (By Mr. Doren)   Looking, please, at the

 5   first page of Exhibit 35.   And in the third              11:38:59

 6   ████████████████████████    ████████████████████████████

 7   █   ██████████████████████████████████████████████████

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    (By Mr. Doren)   It was -- it was what

24   they had to offer as -- as of April 15 as their

25   streaming service for you to try out; is that fair?      11:40:04
```

Page 107



1    A.   What I played in our office that date.          11:40:07

Page 108

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 109

DX-3036.029

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4      Q.   Do you know what factors went into

5   setting the 12 percent commission level?                11:42:45

6      A.   Yes.

7      Q.   What do you know about that?

8      A.   The -- the cost of operating the service

9   went into -- was one of the factors in deciding

10   what was a fair amount to charge.                        11:43:05

11      Q.   And when you say cost of operating the

12   service, what service are you referring to?

13      A.   The service of -- that we provide to --

14   to games that are sold in the Epic Games Store.

15      Q.   You mean the payment processing service     11:43:22

16   or do you mean something more than that?

17      A.   I'm -- payment processing would be one of

18   the costs.

19      Q.   What other costs went into it?

20      A.   Some of the others could be the -- the      11:43:36

21   actual distribution cost, the internet bandwidth

22   cost, the -- you know, the -- the cost of

23   maintaining it.

24      Q.   Maintaining the store?

25      A.   Yes.                                         11:43:54

Page 110

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22        (Exhibit 198 was marked for

23    identification by the court reporter and is

24    attached hereto.)

25        Q    (By Mr. Doren) Mr. Rein, you are                12:23:32

Page 129

DX-3036.031

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1   presented with Exhibit 198, which is a three-page          12:23:35

2   document which contains an email chain.  The first

3   email on the document at the top of the first page

4   is dated March 14th, 2018 from Canon Pence to

5   Daniel Vogel, with cc's to others, including            12:23:59

6   yourself.  The document bears Bates

7   No. EPIC_01919888, et cetera.

8            Please take a moment and review this

9   document.

10       A.   Okay.  I reviewed it.                         12:24:57

11       Q.   Mr. Rein, you had an opportunity to

12   review Exhibit 198?

13       A.   Yes.

14       Q.   And is this an email string that you

15   received on March 14th, 2018 from Mr. Pence?           12:25:05

16       A.   It appears to be, yes.

17

18

19

20

21

22

23

24

25

Page 130