# EXHIBIT K

# The Washington Post

*Democracy Dies in Darkness*

# Travis Scott will go on a 'world tour' inside Fortnite

By Mike Hume

April 20, 2020 at 11:00 a.m. CDT

⌴ 💬 2

While the world's population isolates to battle the covid-19 pandemic, Travis Scott is embarking on a world tour ... of sorts. Starting April 23 at 7 p.m. Eastern time, the rapper will perform what Fortnite's makers are calling "an experience" titled "Astronomical," inside of the game.

Additional performances will be held around the globe at 10 a.m. April 24, as well as midnight, 11 a.m. and 6 p.m. April 25. (All times are Eastern.) Players can arrive in the game 30 minutes ahead of each performance to find their preferred perch.

The event will extend into the game's storefront as well, where player can purchase Scott's outfits and emotes beginning April 21. And much like Fortnite's Star Wars event, every attendee for the live performance will get a special glider and two load screen images free.

The live performances by Scott are just the latest crossover events between the game and real-world entertainers. American DJ Marshmello previously held a live concert inside the game. Director J.J. Abrams also unveiled a scene from Star Wars: The Rise of Skywalker in Fortnite shortly before the movie's premier.

The event is another example of the so-called Metaverse, porting real-world moments and people into a virtual world. Epic Games CEO Tim Sweeney has openly discussed this as an ambition for Fortnite.

**Read more:**

Jason Schreier is leaving Kotaku, citing G/O Media as reason

Sportsbooks struggling, Vegas embraces esports betting despite match-fixing concerns

Valorant's super-fast servers are attracting streamers and pros in droves. Here's why.

By Mike Hume

Mike Hume is the editor for Launcher, The Washington Post's home for coverage of video games and esports. He formerly served as an assignment editor in the sports department leading The Post's NFL, NHL, fantasy football and esports coverage. 🐦 Twitter