# EXHIBIT P

GAMING \ ENTERTAINMENT \ FORTNITE

# Fortnite's Marshmello concert was the game's biggest event ever

*More than 10 million people watched the virtual performance*

By Andrew Webster | Feb 21, 2019, 2:30pm EST

When Marshmello took the stage inside of *Fortnite* earlier this month, it wasn't just a glimpse of the future — it was also the biggest moment in *Fortnite*'s history. According to developer Epic Games, 10.7 million people attended the concert, which tops the previous largest in-game event; back in November, 8.3 million people witnessed the destruction of a strange purple cube.

"*Fortnite* recently had two record highs for peak concurrent players," the developer told *The Verge* in a statement. "On February 2nd, *Fortnite* had its best event day ever with 10.7 million players showing up for the Marshmello concert. Additionally, this past weekend on Saturday, February 16th, the game saw its best non-event day ever with 7.6 million players in the game concurrently."

It's also important to note that the 10.7 million number only includes those who experienced the concert in-game. If you factor in those who watched it live-streamed on Twitch and other platforms, the number will definitely be much larger, and the official recap of the event has nearly 27 million views on YouTube.

It's a good sign that, despite increased competition, *Fortnite* still remains an immensely popular game. And Epic will look to keep that momentum going as the battle royale heads into its much anticipated eighth season next week. Already, the game is being changed in the lead-up, with a series of earthquakes literally rocking the *Fortnite* island and a brand-new hoverboard for getting around.