# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Utherverse Gaming LLC,<br><br>        Plaintiff<br><br>    v.<br><br>Epic Games, Inc.,<br><br>        Defendant. | No. 2:21-CV-0799<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Plaintiff Utherverse Gaming LLC is wholly owned by CFIP Utherverse Holdings LLC, and no publicly held corporation owns 10% or more of its stock.

DATED this 11th day of June, 2021.

By:  /s/ Gary E. Hood
Gary E. Hood
WSBA No. 26209
POLSINELLI P.C.
1000 Second Avenue, Suite 3500
Seattle, Washington 98104
Tel: (206) 393-5400
Fax: (206) 393-5401
Email: ghood@polsinelli.com



Of Counsel:

Colby B. Springer (to be admitted *pro hac vice*)
Barrington Dyer (to be admitted *pro hac vice*)
Melenie Van (to be admitted *pro hac vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, California 94111
Tel: (415) 248-2100
Fax: (415) 248-2101
Email: cspringer@polsinelli.com
bdyer@polsinelli.com
mvan@polsinelli.com

Enes Ovcina (to be admitted *pro hac vice*)
POLSINELLI P.C.
1000 Louisiana Street
Suite 6400
Houston, TX 77002
Tel: (713) 374-1600
Fax: (713) 374-1601
Email: eovcina@polsinelli.com

Mark Deming (to be admitted *pro hac vice*)
POLSINELLI P.C.
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
Tel: (312) 819-1900
Fax: (312) 819-1901
Email: mdeming@polsinelli.com

*Attorneys for Utherverse Gaming, LLC*

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT – 2
(Case No. 21-CV-0799)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record:

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of June, 2021, at Seattle, Washington.

*/s/ Gary E. Hood*
Gary E. Hood

PLAINTIFF'S 7.1 DISCLOSURE STATEMENT – 3
(Case No. 21-CV-0799)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400