UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UTHERVERSE GAMING LLC,

            Plaintiff,

   v.

EPIC GAMES INC,

            Defendant.

Case No. 2:21-cv-799-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Court Denies defendant's motion to dismiss (Dkt. 34); and

(3) the Clerk is directed to send a copy of this Order to the parties in this litigation.

DATED this 3rd day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE