THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF LETTER ROGATORY** |

　　　Having considered Defendant Epic Games, Inc.'s Motion for Issuance of Letter Rogatory, and all materials submitted in support of its Motion:  IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED.  The Court will issue letters rogatory in the form submitted with the Motion.

Dated this ___ day of _____, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1  Presented By:

2  By: *s/ Matthaeus Martino-Weinhardt*
3  Matthaeus Martino-Weinhardt (*pro hac vice*)
   mweinhardt@durietangri.com
4  Mark A. Lemley (*pro hac vice*)
   mlemley@durietangri.com
5  Timothy C. Saulsbury (*pro hac vice*)
   tsaulsbury@durietangri.com
6  Bethany D. Bengfort (*pro hac vice*)
   bbengfort@durietangri.com
7  Nari E.C. Ely (*pro hac vice*)
   nely@durietangri.com
8  DURIE TANGRI LLP
9  217 Leidesdorff Street
   San Francisco, CA 94111
10 Telephone: (415) 362-6666
   Facsimile: (415) 236-6300
11

12 By: *s/ Antoine McNamara*
13 Antoine M. McNamara (WSBA No. 41701)
   AMcNamara@perkinscoie.com
14 Christina J. McCullough (WSBA No. 47147)
   CMcCullough@perkinscoie.com
15 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
16 Seattle, WA 98101-3099
17 Telephone: 206-359-8000
   Facsimile: 206-359-9000
18
   Attorneys for Defendant
19 EPIC GAMES, INC.

20
21
22
23
24
25
26
27
28 [PROPOSED] ORDER GRANTING MOTION FOR              **Durie Tangri LLP**, 217 Leidesdorff Street,
   ISSUANCE OF LETTER ROGATORY                       San Francisco, CA, Tel: 415-362-6666
   (CASE NO. 2:21-CV-00799-RSM-TLF)