State of Delaware
Secretary of State
Division of Corporations
Delivered 04:26 PM 10/22/2020
FILED 04:26 PM 10/22/2020
SR 20207988800 - File Number 3953061

# CERTIFICATE OF FORMATION

## OF

## UTHERVERSE GAMING LLC

..................................................................................

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

..................................................................................

**FIRST:** The name of the limited liability company is **Utherverse Gaming LLC.**

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 22 day of October 2020.

By: _____
Name: William A. Covino
Title: Authorized Person