THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>        Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

Having considered Defendant Epic Games, Inc.'s Unopposed Motion for Leave to Amend Invalidity Contentions, and all materials submitted in support of its Motion:  IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED.  Defendant is granted leave to amend its invalidity contentions as outlined in the Motion.

DATED this 22nd day of August, 2022

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO AMEND INVALIDITY
CONTENTIONS - 1
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Durie Tangri LLP**, 217 Leidesdorff Street,
San Francisco, CA, Tel: 415-362-6666

1   Presented By:

2

By: *s/ Matthaeus Martino-Weinhardt*
3   Matthaeus Martino-Weinhardt (*pro hac vice*)
mweinhardt@durietangri.com
4   Mark A. Lemley (*pro hac vice*)
mlemley@durietangri.com
5   Eugene Novikov (*pro hac vice)*
enovikov@durietangri.com
6

Timothy C. Saulsbury (*pro hac vice*)
7   tsaulsbury@durietangri.com
Bethany D. Bengfort (*pro hac vice*)
8   bbengfort@durietangri.com
Nari E.C. Ely (*pro hac vice*)
9   nely@durietangri.com
10  DURIE TANGRI LLP
217 Leidesdorff Street
11  San Francisco, CA 94111
Telephone:    (415) 362-6666
12  Facsimile:    (415) 236-6300

13

14  By: *s/ Antoine McNamara*
Antoine M. McNamara (WSBA No. 41701)
15  Christina J. McCullough (WSBA No. 47147)
16  PERKINS COIE LLP
1201 Third Avenue, Suite 4900
17  Seattle, WA 98101-3099
Telephone:    206-359-8000
18  Facsimile:    206-359-9000
Email: AMcNamara@perkinscoie.com
19  Email: CMcCullough@perkinscoie.com

20  Attorneys for Defendant
EPIC GAMES, INC.
21

22

23

24

25

26

27  ORDER GRANTING UNOPPOSED MOTION FOR    **Durie Tangri LLP**, 217 Leidesdorff Street,
LEAVE TO AMEND INVALIDITY    San Francisco, CA, Tel: 415-362-6666
28  CONTENTIONS - 2
(CASE NO. 2:21-CV-00799-RSM-TLF)