THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**STIPULATION REGARDING EPIC'S LETTERS ROGATORY AS TO THIRD PARTIES BRIAN M. SHUSTER, GARY S. SHUSTER, AND AARON BURCH** |

**WHEREAS**, Defendant Epic Games, Inc. ("Epic") moved the Court for the issuance of its Letter Rogatory on April 7, 2022 (Dkt. No. 68) and its Corrected Letter Rogatory on June 30, 2022 (Dkt. No. 97) (collectively, "Letters Rogatory");

**WHEREAS**, the Court granted the issuance of Epic's Letters Rogatory (Dkt. Nos. 85 and 99);

**NOW, THEREFORE**, Plaintiff Utherverse Gaming LLC ("Utherverse Gaming"), Epic (together with Utherverse Gaming, the "Parties"), and third parties Brian M. Shuster and Gary S. Shuster ("the Shusters") and Aaron Burch stipulate as follows:

1. Counsel for Utherverse Gaming represents the Shusters and Burch in this action and agrees to accept service of discovery on behalf of the Shusters and Burch, in their individual capacities, in this action and only this action, including subpoenas for documents and a deposition under Fed. R. Civ. P. 45 and a trial subpoena issued by this Court.

2. The Shusters and Burch, in their respective individual capacities, consent to jurisdiction of the Western District of Washington for this action and this action only with respect to any necessary enforcement of any subpoena served pursuant to paragraph 1 of this Stipulation.

3. The obligation of the Shusters and Burch to attend any properly noticed deposition, hearings, and proceedings are limited to attendance in Seattle, Washington, or remote attendance via videoconference if agreed to by the parties and/or permitted by the Court.

4. Each Party will share the reasonable costs for the attendance of the Shusters or Burch at any properly noticed deposition, hearing, or proceedings at which the Party has requested the Shusters' or Burch's attendance and for which travel to Seattle, Washington, from Vancouver, British Columbia is required.

5. Epic will serve subpoenas on the Shusters and Burch via their undersigned counsel no later than October 10. The Shusters will produce responsive documents no later than October 31. Burch will produce responsive documents no later than November 11.

6. Each of the Shusters will appear for deposition in this action at a mutually agreeable date and location in November or December 2022.

7. Aaron Burch will appear for deposition in this action at a mutually agreeable date and location in December 2022.

8. The Shusters and Burch will provide their availability for deposition at the same time they produce responsive documents pursuant to paragraph 5 of this stipulation.

9. Epic has obtained an order from the Supreme Court of British Columbia for compliance with Epic's Letters Rogatory issued to the Shusters and Burch. Epic agrees to hold those orders in abeyance as to the Shusters and Burch while the Shusters and Burch discharge their obligations under the subpoenas issued pursuant to this stipulation.

10. Though the Shusters and Burch did not appear in the Supreme Court of British Columbia to contest Epic's Letters Rogatory request, through this stipulation, the Shusters and Burch reserve all objections that they might have at law or in equity concerning this action in the Western District of Washington, other than objections relating to improper service, lack of this Court's jurisdiction, or the subpoenas' territorial reach.

STIPULATION RE EPIC'S LETTERS ROGATORY
AS TO CERTAIN THIRD PARTIES - 3
CASE NO. 2:21-CV-00799-RSM-TLF

DATED this 7th day of October, 2022

Respectfully submitted,

By: */s/ Jessica M. Andrade*
Jessica M. Andrade (WSBA No. 39297)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel:  206-393-5400
Fax: 206-393-5401
Email:  ghood@polsinelli.com
Email:  Jessica.andrade@polsinelli.com

By: */s/ Mark Deming*
Mark Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel:  312-819-1900
Fax: 312-819-1901
Email:  mdeming@polsinelli.com

By: */s/ Enes Ovcina*
Enes Ovcina (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel:  713-374-1600
Fax: 713-374-1601
Email:  eovcina@polsinelli.com

Attorneys for Plaintiff
UTHERVERSE GAMING LLC and third parties Brian M. Shuster, Gary S. Shuster, and Aaron Burch

*Of Counsel:*

By: */s/ Colby B. Springer*
Colby B. Springer (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel:  415-248-2100
Fax: 415-248-2101
Email:  cspringer@polsinelli.com

By: */s/ Melenie Van*
Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:     (310) 229-1355
Fax:    (415) 276-8959
Email:  mvan@polsinelli.com

STIPULATION RE EPIC'S LETTERS ROGATORY
AS TO CERTAIN THIRD PARTIES - 4
CASE NO. 2:21-CV-00799-RSM-TLF

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: October 7, 2022 | By: | *s/ Eugene Novikov* |

Eugene Novikov (*pro hac vice*)
enovikov@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    (415) 362-6666
Facsimile:     (415) 236-6300

Dated: October 7, 2022        By: *s/ Antoine M. McNamara*

Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:    206-359-8000
Facsimile:     206-359-9000

*Counsel for Defendant Epic Games, Inc.*

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, it is ORDERED** that discovery, depositions, hearings, and other proceedings involving Brian M. Shuster, Gary S. Shuster, and Aaron Burch, in their individual capacities, will proceed pursuant to the stipulation as set forth above.

DATED this ___ day of _____, 2022.

_____
HON. THERESA L. FRICKE

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2022, I caused to be served via CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*/s/ Eugene Novikov*
Eugene Novikov, admitted *pro hac vice*
enovikov@durietangri.com

CERTIFICATE OF SERVICE - 1
CASE NO. 2:21-CV-00799-RSM-TLF