THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**DECLARATION OF MELENIE VAN IN SUPPORT OF PLAINTIFF UTHERVERSE GAMING LLC'S MOTION TO COMPEL AMAZON WEB SERVICES, INC.'S COMPLIANCE WITH SUBPOENA**<br><br>Date:　December 2, 2022<br>Hon. Theresa L. Fricke<br><br>ORAL ARGUMENT REQUESTED |

## DECLARATION OF MELENIE VAN

I, Melenie Van, declare:

1. I am an attorney at the law firm of Polsinelli LLP, attorneys for Plaintiff Utherverse Gaming LLC ("Plaintiff" or "Utherverse Gaming"). I am admitted *pro hac vice* in this matter. I am otherwise licensed to practice law in the State of California. I make this declaration in support of Plaintiff's Motion to Compel. The facts set forth in this declaration are true of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION issued on Amazon Web Services, Inc. ("AWS") on May 26, 2022.

3. Attached hereto as Exhibit "B" is a true and correct copy of Amazon's Responses and Objections to Subpoena dated June 9, 2022.

4. Attached hereto as Exhibit "C" is a true and correct copy of email correspondence exchanged between counsel for Utherverse Gaming and AWS on June 9, 17, 21 and July 1 and 11, 2022.

5. Attached hereto as Exhibit "D" is a true and correct copy of Utherverse Gaming's letter to AWS dated July 1, 2022.

6. Attached hereto as Exhibit "E" is a true and correct copy of email correspondence exchanged between counsel for Utherverse Gaming and AWS on July 22 and 25, 2022.

7. Attached hereto as Exhibit "F" is a true and correct copy of email correspondence exchanged between counsel for Utherverse Gaming and AWS on August 1, 2022.

8. Attached hereto as Exhibit "G" is a true and correct copy of Utherverse Gaming's letter to AWS dated August 3, 2022.

9. Attached hereto as Exhibit "H" is a true and correct copy of Utherverse Gaming's letter to AWS dated September 23, 2022.

10. Attached hereto as Exhibit "I" is a true and correct copy of email correspondence exchanged between counsel for Utherverse Gaming and AWS on October 3, 7, 12, 19, 26, and 31, 2022.

11. Attached hereto as Exhibit "J" is a true and correct copy of Notice of Service of Subpoena to AWS with Proof of Service on May 27, 2022.

12. Attached hereto as Exhibit "K" is a true and correct copy of Epic Games, Inc.'s ("Epic") Second Amended Non-Infringement Charts served on July 11, 2022.

13. Attached hereto as Exhibit "L" is a true and correct copy of Utherverse Gaming's letter to Epic dated August 3, 2022.

14. Attached hereto as Exhibit "M" is a true and correct copy of the webpage at URL https://pages.awscloud.com/fortnite-case-study.html.

15. Attached hereto as Exhibit "N" is a true and correct copy of the webpage at URL https://press.aboutamazon.com/news-releases/news-release-details/epic-games-goes-all-aws.

16. Attached hereto as Exhibit "O" is a true and correct copy of the webpage at URL https://aws.amazon.com/solutions/case-studies/epic-games/.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct and this declaration was made this 7th day of November, 2022 in Rowland Heights, California.

*/s/ Melenie Van*
Melenie Van

