# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UTHEVERSE GAMING LLC,**<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**EPIC GAMES, INC.,**<br><br>　　　　　　　Defendant. | Civil Action No.  2:21-CV-00799-RSM-TLF<br><br>**AMAZON'S RESPONSES AND OBJECTIONS TO SUBPOENA**<br><br>DWT REF NO.: PAT1000355 |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, nonparty Amazon Web Services, Inc. ("Amazon") responds and objects to the Subpoena to Testify at a Deposition in a Civil Action (the "subpoena") from Plaintiff, Utheverse Gaming LLC ("Plaintiff") in the above-referenced matter.

## I.  GENERAL OBJECTIONS

1.　　**Failure to Provide Notice.**  Amazon objects to the subpoena as failing to show that prior notice has been provided to other parties to the litigation, as required by Fed. R. Civ. P. 45(a)(4).

2.　　**Unreasonable Time for Compliance.**  Amazon objects to the demanded time of compliance, June 27, 2022.  This short turn-around time is particularly unreasonable in light of the volume and sensitivity of the information sought.

AMAZON'S OBJECTIONS TO SUBPOENA - 1
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3.  **Failure to Reduce Burden on Nonparty.**  Amazon objects to the subpoena for failing to take reasonable efforts to reduce the burden and expense on nonparty Amazon. Nonparty status is a significant factor a court must consider when assessing undue burden.  *United States v. Amerigroup Illinois, Inc.,* 2005 WL 3111972, at *4 (N.D. Ill. Oct. 21, 2005).  In particular, Amazon objects to the subpoena to the extent certain information sought is in the possession, custody, or control of the parties to the litigation, or from publicly available sources.  See Fed. R. Civ. P. 45(d)(1); *see e.g., Rembrandt Patent Innovations v. Apple, Inc*., 2015 WL 4393581, at *2 (W.D. Tex. July 15, 2015) (holding subpoena issued to non-party is unduly burdensome "until and unless Plaintiffs can establish they are unable to obtain the requested information from the Defendant"); *In re Allergan,* 2016 WL 5922717, at *9 (C.D. Cal. Sept. 23, 2016) ("'Courts are particularly reluctant to require a non-party to provide discovery that can be produced by a party'" (citation omitted)); *Nidec Corp. v. Victor Co. of Japan,* 249 F.R.D. 575, 577 (N.D. Cal. 2007) ("There is simply no reason to burden nonparties when the documents sought are in possession of the party defendant."); *Moon v. SCP Pool Corp.,* 232 F.R.D. 633, 638 (C.D. Cal. 2005) ("[T]hese requests all pertain to defendant, who is a party, and, thus, plaintiffs can more easily and inexpensively obtain the documents from defendant, rather than from [the] nonparty") (citing *Dart Indus. Co. v. Westwood Chem. Co.,* 649 F.2d 646, 649 (9th Cir. 1980))); *Haworth, Inc. v. Herman Miller, Inc.,* 998 F.2d 975, 978 (Fed. Cir. 1993) (affirming denial of motion to compel production from nonparty, holding "the district court could properly require [defendant] to seek discovery from its party opponent before burdening the nonparty [] with [an] ancillary proceeding"); *Brown v. City of Syracuse,* 648 F. Supp. 2d 461, 466 (N.D.N.Y. 2009) (when balancing hardships between requesting party and nonparty, court should consider whether there are other sources for obtaining the material); *Enviropak Corp. v. Zenfinity Capital, LLC*, 2014 WL 4715384, at *4 (E.D. Mo. Sept. 22, 2014) ("there is no indication the discoverable information to which Defendant is entitled cannot be

AMAZON'S OBJECTIONS TO SUBPOENA - 2
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

produced by Plaintiff.  Requiring Defendant to initially seek the information at issue from Plaintiff relieves … a non-party … from a burdensome task").  Obtaining records from a party also allows the parties to the litigation to directly address any confidentiality and privacy issues.

Moreover, the deposition topics substantially overlap with the document requests.  Amazon objects to Plaintiff's request for a deposition to the extent testimony is sought merely for the purpose of authenticating documents and/or to the extent the information sought is available through other less burdensome means, such as the production of a narrow set of authenticated documents.

4. **Overbroad and Unduly Burdensome.**  Amazon objects to the subpoena as overbroad and unduly burdensome. *See* Fed. R. Civ. P. 26(b)(1).  In particular, the subpoena includes nine exceptionally broad and vague document requests, six deposition topics, and 93 pages of supporting documentation --without making any showing that the document requests and topics cannot be reasonably narrowed.

5. **Vague and Ambiguous.**  Amazon objects to the subpoena's use of vague and ambiguous terms, phrases, and definitions, including but not limited to, "you," "your," "parent," "predecessor," "subsidiary," "affiliate," "successor," "member," "affiliated entities," "any person," "any . . . entity," "acting," "on behalf of," "officers," "executives," "partners," "directors," "employees," "attorneys," "agents," "representatives," "Utheverse Gaming LLC," "Epic Games, Inc.," "related company," "predecessor-in-interest," "members," "managers," ""employees," "accountants," "investigators," "economists," "auditors," "consultants," "other person," "purporting to act," "*Fortnite*," "video game(s) developed by Defendant and released since 2017," "game mode," "platform," "console," "device," "Accused Products," "software," "executed on a server," "enables," "*Fortnite* participants," "experience," "same virtual worlds," "virtual social events," "concerts," "*Fortnite/* Marshmello concert of February 2019," "*Fortnite*/ Star Wars Event of

AMAZON'S OBJECTIONS TO SUBPOENA - 3
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

December2019," "*Fortnite/* Travis Scott concert of April 2020," "*Fortnite/* Ariana Grande Concert of August 2021," "Multi-Instance Events," "multi-user gameplay experiences," "event," "occurs," "multiple instances of the game," "events created by the Accused Products," "*Fortnite*/ Kaskade Event of March 2021," "*Fortnite/* Diplo Event of July 2021," without providing additional clarifying definitions, identifying information, and/or additional information to explain what exactly is sought. Moreover, the definitions of "you," "your," "Defendant," "describe," "development," "reflecting," "referring," "relating/related," "concerning," "role," "third party," "communication," and "identify," are so overbroad as to render them vague and ambiguous.

6. **Failure to Limit Time Period.** Amazon objects to the failure to reasonably limit the time period covered by the subpoena -- which encompasses a period of nearly *ten years*, "from September 25, 2012" -- as unduly burdensome and overbroad, and seeking documents not kept and maintained in the ordinary course of business.

7. **No Showing of Relevance.** Amazon objects to the subpoena because it seeks confidential, sensitive, or proprietary information without making an adequate showing of relevance as to any issue in the litigation involving the parties, or any showing that the request is proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1).

8. **Improper Request for Confidential, Proprietary or Trade Secret Information.** Amazon objects to the subpoena to the extent it seeks information that is confidential, proprietary, or trade secret information. Amazon expressly reserves all rights with respect to the protective order entered in the case pertaining to the production of information containing any confidential, proprietary, or trade secret information, and reserves all rights to seek additional protections.

9. **Privacy.** Amazon objects to the subpoena on the grounds of privacy because it seeks sensitive and/or proprietary information without making an adequate showing that there is a need for such information that would override state or federal privacy rights.

AMAZON'S OBJECTIONS TO SUBPOENA - 4
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

10. **Contrary to the Stored Communications Act.** Amazon objects to the subpoena to the extent it seeks any communications protected from disclosure by the Stored Communications Act, 18 U.S.C. § 2701 *et seq*. ("SCA"). The SCA states that any "person or entity providing an electronic communication service to the public shall not knowingly divulge to any person or entity the contents of a communication while in electronic storage by that service," with limited exceptions. 18 U.S.C. § 2702(a)(1). The contents of such communications cannot be disclosed to civil litigants, even when requested through a valid subpoena. *See, e.g., Viacom Intern. Inc. v. Youtube Inc.*, 253 F.R.D. 256, 264 (S.D.N.Y. 2008) ("§ 2702 contains no exception for disclosure of [the content of] communications pursuant to civil discovery requests"); *Thayer v. Chiczewski*, No. 07 C 1290, 2009 WL 2957317, at *5 (N.D. Ill. Sept. 11, 2009) ("most courts have concluded that third parties cannot be compelled to disclose electronic communications pursuant to a civil … discovery subpoena.").

11. **Electronically Stored Information.** Amazon objects to the subpoena to the extent it seeks production of electronically stored information from sources not reasonably accessible (*e.g.*, legacy systems, backup media, temporary or ambient data), in light of the burdens or costs required to locate, restore, review, and produce whatever responsive information may be found.

12. **Privileged Information.** Amazon objects to the subpoena to the extent it seeks information that is protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege, including by defining Amazon to include its "attorneys." To the extent that there is any disclosure of such protected or privileged information, such disclosure is inadvertent and is not intended to waive any privilege or protection.

13. **Not Within Amazon's Possession, Custody or Control.** Amazon objects to the subpoena to the extent it purports to require Amazon to provide information not within its

AMAZON'S OBJECTIONS TO SUBPOENA - 5
4826-1834-7773v.1 0051461-001872

possession, custody or control, or that is available from public sources. Amazon objects to the definitions of "you" and "your" as overbroad and vague, and responds on behalf of Amazon Web Services, Inc. only.

## II.   SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS

In addition to its general objections above, incorporated into each of the responses below, Amazon makes the following specific objections to Plaintiff's document requests.

REQUEST FOR PRODUCTION NO. 1:

All agreements related to all Multi-Instance Events conducted by You with Defendant, and any communications exchanged between the parties relating to such agreements, including but not limited to the negotiation of such agreements, the exchange of drafts of such agreements, and the money or other compensation (monetary, in kind, or otherwise) received by You as a direct or indirect result of such agreements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "*[a]ll* agreements related to *all* Multi-Instance Events conducted by You with Defendant, and *any* communications exchanged between the parties relating to such agreements, *including but not limited to* the negotiation of such agreements, the exchange of drafts of such agreements, and the money or other compensation (monetary, in kind, or otherwise) received by You as a direct or indirect result of such agreements," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "agreements," "Multi-Instance Events," "conducted," "with Defendant," "communications," "the parties," "negotiation," "drafts," "money," "other compensation," "otherwise," "received by You,"

AMAZON'S OBJECTIONS TO SUBPOENA - 6
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

and "direct or indirect result," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 2

Documents related to the conception, creation, design, development, and/or execution of all Multi-Instance Events conducted by You with Defendant.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments related to the conception, creation, design, development, and/or execution of *all* Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "Multi-Instance Events," "conception," "creation," "design," "development," "execution," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 3

Documents sufficient to identify Your role in the conception, creation, design, development, and/or execution of all Multi-Instance Events conducted by You with Defendant.

AMAZON'S OBJECTIONS TO SUBPOENA - 7
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPONSE TO REQUEST FOR PRODUCTION NO. 3

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments sufficient to identify Your role in the conception, creation, design, development, and/or execution of *all* Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "identify," "Your," "role," "Multi-Instance Events," "conception," "creation," "design," "development," "execution," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 4

Documents sufficient to identify the technical infrastructure, tools, and/or services provided and/or utilized by You involved in all Multi-Instance Events conducted by You with Defendant.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments sufficient to identify the technical infrastructure, tools, and/or services provided and/or utilized by You involved in *all* Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed

AMAZON'S OBJECTIONS TO SUBPOENA - 8
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

to seek only relevant and reasonably ascertainable information (emphases added).  Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "identify," "technical infrastructure," "tools," "services," "provided," "utilized," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 5

Documents sufficient to show the organization of the technical infrastructure, tools, and/or services provided and/or utilized by You involved in all Multi-Instance Events conducted by You with Defendant, including but not limited to the relation of the technical infrastructure, tools, and/or services to each other.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation.  Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments sufficient to show the organization of the technical infrastructure, tools, and/or services provided and/or utilized by You involved in *all* Multi-Instance Events conducted by You with Defendant, *including but not limited to* the relation of the technical infrastructure, tools, and/or services to each other," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added).  Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "organization," "technical infrastructure," "tools," "services," "provided," "utilized," "Multi-Instance Events," "conducted," "You," "with Defendant," "relation," "technical infrastructure," "tools," "services," "to each other," without

AMAZON'S OBJECTIONS TO SUBPOENA - 9
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 6

Documents sufficient to identify the technical infrastructure, tools, and/or services provided and/or utilized by any third party involved in all Multi-Instance Events conducted by You with Defendant.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments sufficient to identify the technical infrastructure, tools, and/or services provided and/or utilized by *any* third party involved in *all* Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "identify," "technical infrastructure," "tools," "services," "provided," "utilized," "any third party," "involved," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 7

Documents sufficient to show the number of unique participants in each of the Multi-Instance Events conducted by You with Defendant.

AMAZON'S OBJECTIONS TO SUBPOENA - 10
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPONSE TO REQUEST FOR PRODUCTION NO. 7

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "[d]ocuments s sufficient to show the number of unique participants in *each* of the Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "unique participants," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION NO. 8

All device usage logs, access logs, error logs, web server logs, or any other documents that record information regarding all Multi-Instance Events conducted by You with Defendant, including records of session times and durations, lengths of service, and types of services utilized.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "*[a]ll* device usage logs, access logs, error logs, web server logs, or *any* other documents that record information regarding *all* Multi-Instance Events conducted by You with Defendant, *including* records of session times and durations, lengths of service, and types of services utilized," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed

AMAZON'S OBJECTIONS TO SUBPOENA - 11
4826-1834-7773v.1 0051461-001872

to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "device usage logs," "access logs," "error logs," "web server logs," "any other documents that record information," "Multi-Instance Events," "conducted," "You," "with Defendant," "records," "session times and durations," "lengths of service," "types of services," 'and "utilized," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

REQUEST FOR PRODUCTION FOR PRODUCTION NO. 9

All communications or correspondence between You and any third party regarding any and all of the Multi-Instance Events conducted by You with Defendant.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to this request as overbroad and unduly burdensome because it seeks "*[a]ll* communications or correspondence between You and *any* third party regarding *any and all* of the Multi-Instance Events conducted by You with Defendant," for a period of *nearly ten years*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information (emphases added). Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "communications," "correspondence," "You," "any third party," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing additional identifying or clarifying information to explain exactly what is sought. Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

AMAZON'S OBJECTIONS TO SUBPOENA - 12
4826-1834-7773v.1 0051461-001872

## III.     SPECIFIC OBJECTIONS TO DEPOSITION TOPICS

In addition to its general objections and deposition objections above, incorporated into each of the responses below, Amazon makes the following specific objections to Plaintiff's deposition topics.

TOPIC NO. 1

The terms of Your agreement with Defendant related to the Multi-Instance Events conducted by You with Defendant.

RESPONSE TO TOPIC NO. 1

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[t]he terms of Your agreement with Defendant related to the Multi-Instance Events conducted by You with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "terms," "Your," "agreement," "Defendant," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

TOPIC NO. 2

The decision to conduct the Multi-Instance Events with Defendant.

AMAZON'S OBJECTIONS TO SUBPOENA - 13
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPONSE TO TOPIC NO. 2

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[t]he decision to conduct the Multi-Instance Events with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "decision," "conduct," "Multi-Instance Events," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

TOPIC NO. 3

Your role in the conception, creation, design, development, and/or execution of the Multi-Instance Events conducted by You with Defendant.

RESPONSE TO TOPIC NO. 3

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "Your role in the conception, creation, design, development, and/or execution of the Multi-Instance Events conducted by You with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic

AMAZON'S OBJECTIONS TO SUBPOENA - 14
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "Your," "role," "conception," "creation," "design," "development," "execution," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

TOPIC NO. 4

The technical infrastructure, tools, and/or services provided and/or utilized by You involved in the Multi-Instance Events conducted by You with Defendant.

RESPONSE TO TOPIC NO. 4

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[the] technical infrastructure, tools, and/or services provided and/or utilized by You involved in the Multi-Instance Events conducted by You with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "technical infrastructure," "tools," "services," "provided," "utilized," "You," "involved in," "Multi-Instance Events," "conducted," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks

AMAZON'S OBJECTIONS TO SUBPOENA - 15
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

TOPIC NO. 5

The benefits received by You as a direct or indirect result of conducting the Multi-Instance Events with Defendant.

RESPONSE TO TOPIC NO. 5

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[t]he benefits received by You as a direct or indirect result of conducting the Multi-Instance Events with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "benefits," "received by," "You," "direct or indirect result," "conducting," "Multi-Instance Events," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

TOPIC NO. 6

Participation of users in the Multi-Instance Events conducted by You with Defendant.

AMAZON'S OBJECTIONS TO SUBPOENA - 16
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPONSE TO TOPIC NO. 6

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[p]articipation of users in the Multi-Instance Events conducted by You with Defendant," for a period *nearly ten years,* without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "participation," "users," "Multi-Instance Events," "conducted," "You," and "with Defendant," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case. Amazon objects to this topic to the extent the information sought could be obtained through less burdensome means.

DATED this 9th day of June, 2022.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon Web Services, Inc.

By */s/ Ramie Snodgrass*
Ramie O. Snodgrass, WSBA No. 40689
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-757-8208
Email: RamieSnodgrass@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 17
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I caused the foregoing document to be served by electronic mail to the following:

Melenie Van
Polsinelli LLP
mvan@polsinelli.com

DATED this 9th day of June, 2022.

                                              DAVIS WRIGHT TREMAINE LLP
                                              Attorneys for Amazon Web Services, Inc.

                                              By */s/ Ramie Snodgrass*
                                                   Ramie O. Snodgrass, WSBA No. 40689
                                                   920 Fifth Avenue, Suite 3300
                                                 Seattle, WA 98104-1610
                                                 Telephone: 206-757-8208
                                                 Email: RamieSnodgrass@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 18
4826-1834-7773v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax