THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**JOINT STATUS REPORT**<br>**[DKT. NO. 140]** |

1   Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games
2   Inc. ("Epic") (collectively, the "Parties") hereby submit the following Joint Status Report
3   pursuant to the Court's Order of November 7, 2022 (Dkt. No. 140):
4   In accordance with the Court's instructions, the Parties have continued to work together
5   in good faith to address open discovery issues, and there are no current disputes relating to
6   Utherverse's motion to compel that require the Court's assistance. The Parties therefore propose
7   the Court set a deadline for an additional status report for December 2, 2022.

JOINT STATUS REPORT - 1   **Durie Tangri LLP**, 217 Leidesdorff Street,
(CASE NO. 2:21-CV-00799-RSM-TLF)   San Francisco, CA, Tel: 415-362-6666

| | | |
|---|---|---|
| 1 | DATED this 18th day of November, 2022 | Respectfully submitted, |

                                             */s/ Jessica M. Andrade*

By:    Jessica M. Andrade (WSBA No. 39297)
          **POLSINELLI PC**
          1000 Second Avenue, Suite 3500
          Seattle, WA  98104
          Tel:  206-393-5400
          Fax: 206-393-5401
          Email:  jessica.andrade@polsinelli.com

*Of Counsel*:

By:    *Colby B. Springer*
          Colby B. Springer (admitted *pro hac vice*)
          **POLSINELLI LLP**
          Three Embarcadero Center, Suite 2400
          San Francisco, CA  94111
          Tel:  415-248-2100
          Fax:  415-248-2101
          Email:  cspringer@polsinelli.com

By:    *Mark T. Deming*
          Mark T. Deming (admitted *pro hac vice*)
          **POLSINELLI PC**
          150 N. Riverside Place, Suite 3000
          Chicago, IL  60606
          Tel:  312-819-1900
          Fax: 312-819-1901
          Email:  mdeming@polsinelli.com

By:    *Melenie Van*
          Melenie Van (admitted *pro hac vice*)
          **POLSINELLI LLP**
          2049 Century Park East, Suite 2900
          Los Angeles, CA 90067
          Tel:     (310) 229-1355
          Fax:    (415) 276-8959
          Email:  mvan@polsinelli.com

Attorneys for Plaintiff
UTHERVERSE GAMING LLC

Dated: November 18, 2022    By: */s/ Matthaeus Martino-Weinhardt*
Matthaeus Martino-Weinhardt (*pro hac vice*)
mweinhardt@durietangri.com
Mark A. Lemley (*pro hac vice*)
mlemley@durietangri.com
Eugene Novikov (*pro hac vice*)
enovikov@durietangri.com
Timothy C. Saulsbury (*pro hac vice*)
tsaulsbury@durietangri.com
Bethany D. Bengfort (*pro hac vice*)
bbengfort@durietangri.com
Nari E.C. Ely (*pro hac vice*)
nely@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     (415) 362-6666
Facsimile:     (415) 236-6300

Dated: November 18, 2022    By: */s/ Antoine M. McNamara*
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206-359-8000
Facsimile:     206-359-9000

Attorneys for Defendant
EPIC GAMES, INC.

JOINT STATUS REPORT - 3
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Durie Tangri LLP**, 217 Leidesdorff Street,
San Francisco, CA, Tel: 415-362-6666

**[PROPOSED] ORDER**

Having considered the foregoing joint status report submitted by the Parties, it is hereby ORDERED that the Parties submit an additional joint status report on December 2, 2022.

Dated this ___ day of _____, 2022

_____
HONORABLE THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the attorneys of record in this case.

DATED this 18th day of November at Seattle, Washington.

/s/   Jessica M. Andrade
Jessica M. Andrade (WSBA No. 39297)