THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>                    Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

Having considered Defendant Epic Games, Inc.'s Unopposed Motion for Leave to Amend Invalidity Contentions, and all materials submitted in support of its Motion: IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Defendant is granted leave to amend its invalidity contentions as outlined in the Motion.

DATED this 10th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

By:     */s/ Matthaeus Martino-Weinhardt*
Matthaeus Martino-Weinhardt (*pro hac vice*)
mweinhardt@mofo.com

MORRISON & FORESTER LLP
425 Market Street
San Francisco, CA 94111
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522


By: */s/ Antoine M. McNamara*
Antoine M. McNamara (WSBA No. 41701)
Christina J. McCullough (WSBA No. 47147)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206-359-8000
Facsimile:     206-359-9000
Email: AMcNamara@perkinscoie.com
Email: CMcCullough@perkinscoie.com

Attorneys for Defendant
EPIC GAMES, INC.