THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>EPIC GAMES, INC.,<br><br>          Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 8,812,954 AND 9,123,157 AND DISMISSAL WITHOUT PREJUDICE OF RELATED AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br><br>FEBRUARY 16, 2023 |

STIPULATED MOTION AND
ORDER - 1
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel:  206-393-5400

Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games Inc. ("Epic") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move for entry of judgment of non-infringement of U.S. patent numbers 8,812,954 (the "'954 Patent") and 9,123,157 (the "'157 Patent") and for dismissal without prejudice of related affirmative defenses and counterclaims pursuant to the following stipulation:

**WHEREAS**, on June 11, 2021, Utherverse Gaming filed its Complaint for Patent Infringement of U.S. patent number 8,276,071 (the "'071 Patent"), the '954 Patent, the '157 Patent, and U.S. patent number 9,724,605 (the "'605 Patent") (collectively, the "Asserted Patents") (ECF No. 1);

**WHEREAS**, Epic asserted various affirmative defenses and counterclaims on January 18, 2022, in its Answer to Complaint for Patent Infringement and Counterclaims (ECF No. 58), including its Third and Fourth Affirmative Defense of invalidity and non-infringement of the '954 Patent; its Fifth and Sixth Affirmative Defense of invalidity and non-infringement of the '157 Patent; its Third and Fourth Counterclaim for non-infringement and invalidity of the '954 Patent; and its Fifth and Sixth Counterclaim for non-infringement and invalidity if the '157 Patent (collectively, the "'954 Patent and '157 Patent Affirmative Defenses and Counterclaims");

**WHEREAS**, Utherverse Gaming served its Disclosure of Asserted Claims and Infringement Contentions on November 2, 2021 (the "Infringement Contentions") in which it identified the asserted claims of the '954 Patent as claims 3, 4, 9, 10, 14, 16, 17, 18, 19, and 27 and the asserted claims of the '157 Patent as claims 1, 2, 8, 10, 11, 12, 13, 21, and 26 (the "Asserted Claims");

**WHEREAS**, the Court issued a claim construction order on October 20, 2022 and an order denying Utherverse Gaming's motion for reconsideration of the claim construction order on November 15, 2022 (ECF Nos. 133, 146) (the "Claim Construction Orders"), after consideration of the Parties' related briefings (ECF Nos. 63, 72, 73, 75, 76, 81, 82, 83, 84, 137, 145) and oral arguments held on August 16, 2022 (*see* ECF No. 111);

STIPULATED MOTION AND
ORDER - 2
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel: 206-393-5400

**WHEREAS**, in the Claim Construction Orders, the Court construed the term "multi-dimensional avatar" to mean "an avatar that has a multi-instance presence in more than one dimension" (ECF Nos. 133 at p. 12);

**WHEREAS**, the Parties now agree by way of stipulation to move for entry of judgment of non-infringement of all the Asserted Claims of the '954 Patent and the '157 Patent with respect to the products and configurations as specifically identified in the Infringement Contentions (the "Accused Products") based on the Court's construction of "multi-dimensional avatar"; and

**WHEREAS**, Utherverse Gaming expressly indicates its intent to appeal the Court's construction of at least "multi-dimensional avatar" (ECF Nos. 133, 146) following entry of a final judgment.

**THEREFORE**, and subject to the approval of the Court and Utherverse Gaming's rights to appeal at least the construction of "multi-dimensional avatar" following an entry of final judgment, the parties **HEREBY STIPULATE AND AGREE** as follows:

1. In light of the Court's Claim Construction Orders (ECF Nos. 133, 146), the Accused Products have not infringed and currently do not infringe the Asserted Claims of the '954 Patent and the '157 Patent because the Accused Products do not include "multi-dimensional avatars" (as presently construed); the Accused Products thus do not meet the "multi-dimensional avatar" limitation contained in the Asserted Claims of the '954 Patent and '157 Patent;

2. Utherverse Gaming and Epic, therefore, stipulate to entry of judgment that the Accused Products have not infringed and currently do not infringe the Asserted Claims of the '954 Patent and the '157 Patent under the Court's construction of "multi-dimensional avatar." (ECF Nos. 133, 146);

3. Utherverse Gaming and Epic stipulate to the dismissal *without prejudice* of the '954 Patent and '157 Patent Affirmative Defenses and Counterclaims and Utherverse Gaming's first affirmative defense as it pertains to and only to the '954 Patent and the '157 Patent subject to Utherverse Gaming and Epic's right to revive any such affirmative defenses and counterclaims, in

STIPULATED MOTION AND
ORDER - 3
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104  •  Tel: 206-393-5400

the event of a remand from the United States Court of Appeals for the Federal Circuit;

4. The Parties reserve their right to challenge the construction of not only "multi-dimensional avatar" but any other construction of the disputed claim terms on appeal. Utherverse Gaming and Epic reserve all appellate rights arising from this action, expressly including the right to appeal the Court's Claim Construction Orders to the United States Court of Appeals for the Federal Circuit.

5. Should the Court's Claim Construction Orders be altered on appeal or during the underlying district court litigation, nothing herein shall be deemed an admission by Utherverse Gaming or Epic.

6. The foregoing stipulation serves only as a judgment of non-infringement as it pertains to the '954 Patent and '157 Patent and not a final judgment to the action in its entirety.

STIPULATED MOTION AND
ORDER - 4
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

1  DATED this 16th day of February, 2023         Respectfully submitted,

2

3                                                                  */s/ Jessica M. Andrade*
                                                         By:  Jessica M. Andrade (WSBA No. 39297)
4  *Of Counsel*:                                              **POLSINELLI PC**
                                                              1000 Second Avenue, Suite 3500
5  Colby B. Springer                                          Seattle, WA  98104
   Colby B. Springer (admitted *pro hac vice*)                Tel:  206-393-5400
6  Miya Yusa (admitted *pro hac vice*)                        Fax: 206-393-5401
   **POLSINELLI LLP**                                         Email:  jessica.andrade@polsinelli.com
7  Three Embarcadero Center, Suite 2400
   San Francisco, CA  94111
8  Tel:  415-248-2100                              By:  *Melenie Van*
   Fax: 415-248-2101                                    Melenie Van (admitted *pro hac vice*)
9  Email:  cspringer@polsinelli.com                     **POLSINELLI LLP**
   Email:  myusa@polsinelli.com                         2049 Century Park East, Suite 2900
10                                                      Los Angeles, CA 90067
                                                        Tel:      (310) 229-1355
11 Mark T. Deming                                       Fax:      (415) 276-8959
   Mark T. Deming (admitted *pro hac vice*)             Email:  mvan@polsinelli.com
12 **POLSINELLI PC**
   150 N. Riverside Place, Suite 3000                   *Jonathan Spivey*
13 Chicago, IL  60606                              By:  Jonathan Spivey (admitted *pro hac vice*)
   Tel:  312-819-1900                                   **POLSINELLI PC**
14 Fax: 312-819-1901                                    1000 Louisiana Street, Suite 6400
   Email:  mdeming@polsinelli.com                       Houston, TX 77002
15                                                      Tel:  (713) 374-1600
                                                        Fax: (713) 374-1601
16                                                      Email:  jspivey@polsinelli.com

17                                                      Attorneys for Plaintiff
                                                        UTHERVERSE GAMING LLC
18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND
ORDER - 5
CASE NO. 2:21-CV-00799-RSM-TLF


1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel: 206-393-5400

| | | |
|---|---|---|
| 1 | DATED this 16th day of February, 2023 | Respectfully submitted, |

/s/ Matthaeus Martino-Weinhardt
Matthaeus Martino-Weinhardt (pro hac vice)
Eugene Novikov (pro hac vice)
Timothy C. Saulsbury (pro hac vice)
**MORRISON FOERSTER**
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522
Email: mmartinoweinhardt@mofo.com
Email: enovikov@mofo.com
Email: tsaulsbury@mofo.com

/s/ Mark A. Lemley
Mark A. Lemley
**LEX LUMINA PLLC**
745 Fifth Ave Ste 500
New York, NY 10151
Telephone:    646-898-2055
Facsimile:     646-906-8657
Email:MLemley@lex-lumina.com

/s/ Antoine M. McNamara
Antoine M. McNamara
(WSBA No. 41701)
Christina J. McCullough
(WSBA No. 47147)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel.:    (206) 359-8000
Fax:    (206) 359-9000
Email:  amcnamara@perkinscoie.com
Email: cmccullough@perkinscoie.com

Attorneys for Defendant
EPIC GAMES, INC.



# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment of Non-Infringement of U.S. patent numbers 8,812,954 (the "'954 Patent") and 9,123,157 (the "'157 Patent") is entered for Defendant Epic Games, Inc. given the Court's construction of "multi-dimensional avatar."

2. The '954 Patent and '157 Patent Affirmative Defenses and Counterclaims and Utherverse Gaming's first affirmative defense as it pertains to and only to the '954 Patent and the '157 Patent are DISMISSED WITHOUT PREJUDICE.

3. This order serves only as a judgment on claims of non-infringement for the '954 Patent and the '157 Patent. This order does not serve as a final judgment for the entirety of the action whereby the time to appeal otherwise runs.

DATED this 20th day of April, 2023.

_____
HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE



Presented By:

/s/ Jessica M. Andrade
Jessica M. Andrade (WSBA No. 39297)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA  98104
Tel:   206-393-5400
Fax:   206-393-5401
Email:   jessica.andrade@polsinelli.com

/s Colby B. Springer
Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Tel:   415-248-2100
Fax:   415-248-2101
Email:   cspringer@polsinelli.com
Email: myusa@polsinelli.com

/s/ Mark T. Deming
Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL  60606
Tel:   312-819-1900
Fax:   312-819-1901
Email:   mdeming@polsinelli.com

/s/ Melenie Van
Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:       (310) 229-1355
Fax:      (415) 276-8959
Email:   mvan@polsinelli.com

/s/ Jonathan Spivey
Jonathan Spivey (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel:   713.374.1600
Fax:   713.374.1601
Email: jspivey@polsinelli.com

Attorneys for Plaintiff
UTHERVERSE GAMING LLC

/s/ Matthaeus Martino-Weinhardt
Timothy Saulsbury (admitted *pro hac vice)*
Eugene Novikov (admitted *pro hac vice*)
Bethany Bengfort (admitted *pro hac vice)*
Matthaeus Martino-Weinhardt (admitted *pro hac vice*)
**MORRISON FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
Email: TSaulsbury@mofo.com
Email: ENovikov@mofo.com
Email: BBengfort@mofo.com
Email: MMartinoWeinhardt@mofo.com

s/ Antoine M. McNamara
Antoine M. McNamara (WSBA No. 41701)
Christina J. McCullough (WSBA No. 47147)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000
Email: AMcNamara@perkinscoie.com
Email: CMcCullough@perkinscoie.com

/s/ Mark A. Lemley
Mark A. Lemley
**LEX LUMINA PLLC**
745 Fifth Ave Ste 500
New York, NY 10151
Telephone:    646-898-2055
Facsimile:    646-906-8657
Email:MLemley@lex-lumina.com

Attorneys for Defendant
EPIC GAMES, INC.



**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I electronically filed the foregoing Joint Stipulation for Entry of Final Judgment of Non-Infringement of U.S. Patent Nos. 8,812,954 and 9,123,157 and Proposed Order with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the attorneys of record in this case.

DATED this 16th day of February at Seattle, Washington.

/s/     *Jessica M. Andrade*
Jessica M. Andrade (WSBA No. 39297)

