THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, | Case No. 2:21-cv-00799-RSM-TLF |
| Plaintiff, | **NOTICE OF SERVICE OF SUBPOENA TO GOOGLE LLC TO TESTIFY IN A CIVIL ACTION** |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | |



TO ALL PARTIES IN THIS ACTION AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Subpoena to Testify at a Deposition in a Civil Action was served on Google LLC on May 9, 2023.  Please see Proof of Service of the subpoena attached as **Exhibit "A."**

DATED this 10th day of May, 2023         Respectfully submitted,

*Of Counsel*:

*Colby B. Springer*
Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Tel:  415-248-2100
Fax:  415-248-2101
Email:  cspringer@polsinelli.com
Email:  myusa@polsineilli.com


*Mark T. Deming*
Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL  60606
Tel:  312-819-1900
Fax:  312-819-1901
Email:  mdeming@polsinelli.com

By:  */s/ Emily McNally*
Emily McNally (WSBA No. 60710)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA  98104
Tel:  206-393-5413
Fax:  206-393-5401
Email:  emcnally@polsinelli.com

By:  *Melenie Van*
Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:     (310) 229-1355
Fax:     (415) 276-8959
Email:  mvan@polsinelli.com

By:  *Jonathan Spivey*
Jonathan Spivey (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel.:    (713) 374-1600
Fax:    (713) 374-1601
Email:  jspivey@polsinelli.com

**Attorneys for Plaintiff**
**UTHERVERSE GAMING LLC**



# CERTIFICATE OF SERVICE

I am employed in the County of King, State of Washington, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 1000 2nd Ave., Seattle, WA 98104.

On May 10, 2023, I caused to be served the foregoing document(s) in the manner described below:

**NOTICE OF SERVICE OF SUBPOENA TO GOOGLE LLC TO TESTIFY IN A CIVIL ACTION**

to be served on the following parties as indicated below:

| | |
|---|---|
| Antoine M. McNamara<br>Christina J. McCullough<br>PERKINS COIE (SEA)<br>1201 3rd Avenue, Ste. 4900<br>Seattle, WA 98101-3099<br>Fax:   (206) 359-9000<br>Email:  amcnamara@perkinscoie.com<br>Email:  cmccullough@perkinscoie.com | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |
| Bethany D. Bengfort<br>Eugene Novikov<br>Matthaeus Martino-Weinhardt<br>Timothy C. Saulsbury<br>Katherine McNutt<br>Eric C. Wiener<br>MORRISON FOERSTER<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   (415) 268-7000<br>Facsimile:    (415) 268-7522<br>Email: bbengfort@mofo.com<br>Email: enovikov@mofo.com<br>Email: mmartinoweinhardt@mofo.com<br>Email: tsaulsbury@mofo.com<br>Email: kmcnutt@mofo.com<br>Email: ewiener@mofo.com<br>PENDRAGON@mofo.com | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |
| Mark A. Lemley<br>LEX LUMINA PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Telephone:   (646) 898-2055<br>Facsimile:    (646) 906-8657<br>Email:  mlemley@lex-lumina.com | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |
| Daniel Weinger<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ☐ By United States Mail<br>☒ By Electronic Mail |

CERTIFICATE OF SERVICE - 1
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel:  206-393-5400

1  and POPEO, P.C.  ☐ By Facsimile
   One Financial Center
2  Boston, MA 02111
   Fax:    (617) 542-2241
3  Email:  dbweinger@mintz.com

4  **COUNSEL FOR DEFENDANT
   EPIC GAMES, INC.**

5

6

7
        I declare under penalty of perjury under the laws of the United States of America that the
8
   foregoing is true and correct.  Executed May 10, 2023 at Seattle, Washington.
9

10                                    By:  */s/  Emily McNally*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2
CASE NO. 2:21-CV-00799-RSM-TLF



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel:  206-393-5400

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Miya Yusa SBN 314563<br>Polsinelli<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(314) 552-6896 | FOR COURT USE ONLY |
|---|---|---|
| WESTERN DISTRICT, SEATTLE<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | | |
| SHORT TITLE OF CASE:<br>UTHERVERSE GAMING LLC v. EPIC GAMES, INC. | | |
| DATE:        TIME:         DEP./DIV.<br>05/23/2023   9:00 AM | | CASE NUMBER:<br>2:21-cv-00799-RSM-TLF |
| | **Declaration of Service** | Ref. No. or File No:<br>111181/681060 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Subpoena to Testify at a Deposition in a Civil Action**

On: **GOOGLE LLC**

I served the summons at:

**2710 Gateway Oaks Dr, 150N  Sacramento, CA 95833**

On: **5/9/2023**          Date: **02:05 PM**

In the above mentioned action  by personally serving to and leaving with

**CSC-Lawyers Incorporating Service (agent)  -  by serving Nicole Stauss (authorized to accept)**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **John Arnold**
  b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
  c. Telephone number: **877-446-2051**
  d. **The fee** for this service was: **129.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

John Arnold                    Date: **05/09/2023**

Declaration of Service                                                    Invoice #: 7544380