UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                Plaintiff,<br>    v.<br><br>EPIC GAMES INC,<br><br>                Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>[PROPOSED] ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation; and

    (2)    Defendant's motion for leave to amend (Dkt. 236, 240) is GRANTED.

Dated this __ day of _____, 2023.

                                                                               _____
                                                                               Ricardo S. Martinez
                                                                               United States District Judge

[PROPOSED] ORDER - 1