UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UTHERVERSE GAMING LLC,

           Plaintiff,

  v.

EPIC GAMES INC,

           Defendant.

Case No. 2:21-cv-799-RSM-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) Defendant's motion for leave to amend (Dkt. 236, 240) is GRANTED.

DATED this 1st day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1