UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UTHERVERSE GAMING LLC,

Plaintiff,

v.

EPIC GAMES INC,

Defendant.

Case No. 2:21-cv-799-RSM-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate

Theresa L. Fricke, objections to the Report and Recommendation, if any, and the

remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's motion for leave to file amended infringement contentions (Dkt.

        209) is GRANTED.

DATED this 1st day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1