THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

UTHERVERSE GAMING LLC,

    Plaintiff,

v.

EPIC GAMES, INC.,

    Defendant.

Case No. 2:21-cv-00799-RSM-TLF

**JOINT STATUS REPORT**

Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games Inc. ("Epic") (collectively, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's Order on July 10, 2023 (Dkt. No. 276) granting Utherverse Gaming's Motion to Compel Documents (Dkt. No. 214).

On July 26, 2023, Epic produced documents EPIC00029392-EPIC00030378 containing (1) Epic's fair market valuations with report dates of June 4, 2019 through January 3, 2023; and (2) Epic's quarterly consolidated financial statements.

On July 31, 2023, Utherverse Gaming sent Epic a letter correspondence seeking further clarifications on whether Epic's production was complete and whether any other types of documents existed that was under the scope of the Court's Order.

On August 4 and 7, 2023, counsel further corresponded via email. Epic confirmed that it does not have valuations specifically addressing technology related to the Multi-Instance Events, the Accused Products, and/or patents claiming technology like that of the Asserted Patents. Epic also confirmed that it does not have external presentations tied to the valuations it produced. Epic stated that it did make presentations to investors and potential investors in connection with investment rounds in 2020 and 2021. Epic stated that no such investment rounds had occurred in 2019 and so no such presentations exist for 2019. Utherverse Gaming has requested Epic to produce the 2020 and 2021 presentations, and Utherverse Gaming stated that production of these documents would resolve the issues pertaining to its Motion and the Court's Order. Epic expects to produce these two presentations by this Friday, August 11.

Both parties anticipate continuing to work together in good faith to address the Court's Order.

JOINT STATUS REPORT - 2
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

1  DATED this 8th day of August, 2023          Respectfully submitted,

                                              */s/ Emily McNally*
                                        By:   Emily McNally (WSBA No. 60710)
                                              **POLSINELLI PC**
                                              1000 Second Avenue, Suite 3500
                                              Seattle, WA  98104
                                              Tel:  206-393-5400
                                              Fax: 206-393-5401
   *Of Counsel:*                              Email:  emcnally@polsinelli.com

   Colby B. Springer (admitted *pro hac vice*)   Mark T. Deming (admitted *pro hac vice*)
   Miya Yusa (admitted *pro hac vice*)           **POLSINELLI PC**
   **POLSINELLI LLP**                            150 N. Riverside Place, Suite 3000
   Three Embarcadero Center, Suite 2400          Chicago, IL  60606
   San Francisco, CA  94111                      Tel:  312-819-1900
   Tel:  415-248-2100                            Fax: 312-819-1901
   Fax: 415-248-2101                             Email:  mdeming@polsinelli.com
   Email:  cspringer@polsinelli.com
   Email:  myusa@polsinelli.com               Jonathan Spivey (admitted *pro hac vice*)
                                              **POLSINELLI PC**
   Melenie Van (admitted *pro hac vice*)      1000 Louisiana Street, Suite 6400
   **POLSINELLI LLP**                         Houston, TX 77002
   2049 Century Park East, Suite 2900         Tel.: (713) 374-1600
   Los Angeles, CA 90067                      Fax: (713) 374-1601
   Tel:     (310) 229-1355                    Email: jspivey@polsinelli.com
   Fax:    (415) 276-8959
   Email:  mvan@polsinelli.com                Attorneys for Plaintiff
                                              UTHERVERSE GAMING LLC

1  Dated: August 8, 2023

2                                          By:      */s/ Matthaeus Martino-Weinhardt*
                                                Matthaeus Martino-Weinhardt (*pro hac vice*)
3                                               MMartinoWeinhardt@mofo.com
                                                Timothy C. Saulsbury (*pro hac vice*)
4                                               TSaulsbury@mofo.com
                                                Eric C. Wiener (*pro have vice)*
5                                               EWiener@mofo.com
                                                MORRISON & FOERSTER LLP
6                                               425 Market Street
                                                San Francisco, CA 94105
7                                               Telephone:   415-268-7000
                                                Facsimile:   415-268-7522
8

9  Dated: August 8, 2023               By:         */s/ Antoine M. McNamara*
                                                Antoine M. McNamara (WSBA No. 41701)
10                                              AMcNamara@perkinscoie.com
                                                Christina J. McCullough (WSBA No. 47147)
11                                              CMcCullough@perkinscoie.com
                                                PERKINS COIE LLP
12                                              1201 Third Avenue, Suite 4900
                                                Seattle, WA 98101-3099
13                                              Telephone:   206-359-8000
                                                Facsimile:   206-359-9000
14
                                                *Attorneys for Defendant Epic Games, Inc.*
15

16

17

18

19

20

21

22

23

24

25

26