THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, | Case No. 2:21-cv-00799-RSM-TLF |
| Plaintiff, | **DECLARATION OF BETHANY D. BENGFORT IN SUPPORT OF DEFENDANT EPIC GAMES, INC.'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION** |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | |

BENGFORT DECLARATION
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

I, Bethany D. Bengfort, hereby declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Defendant Epic Games, Inc. ("Epic"). I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of a document titled "ex parte reexamination historical statistics" found on the United States Patent and Trademark Office ("PTO") website on October 3, 2023 at the following URL: https://www.uspto.gov/learning-and-resources/statistics/reexamination-information

3. Attached hereto as **Exhibit 2** is a true and correct copy of invalidity contentions served by Epic to counsel for Plaintiff Utherverse Gaming, LLC ("Utherverse") on December 1, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the *ex parte* reexamination request of U.S. Patent No. 8,276,071 filed by Epic with the PTO on March 14, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an information disclosure statement ("IDS") filed by Utherverse with the PTO in U.S. Patent Application No. 17/339,872 on December 10, 2021. Utherverse filed identical IDS in U.S. Patent Application Nos. 17/339, 873 and 17/339,874.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an Office Action by the PTO issuing a final rejection of claims in U.S. Patent Application No. 17/339,872 on September 21, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an Office Action by the PTO issuing a final rejection of claims in U.S. Patent Application No. 17/339,873 on September 20, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an Office Action by the PTO issuing a final rejection of claims in U.S. Patent Application No. 17/339,874 on September 19, 2022.

| | |
|---|---|
| 1 | 9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter to Utherverse's counsel Mark T. Deming from me dated November 1, 2022. |
| 3 | 10. Attached hereto as **Exhibit 9** is a true and correct copy of e-mail exchanges between counsel for Epic (myself and Matthaeus Martino-Weinhardt) and counsel for Utherverse (Colby Springer) dating from December 1, 2022 to February 14, 2023. |
| 6 | 11. Attached hereto as **Exhibit 10** is a true and correct copy of the Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 8,276,071 issued by the PTO in Reexamination Control No. 90/015,212 on April 20, 2023. |
| 9 | 12. Attached hereto as **Exhibit 11** is a true and correct copy of an Office Action by the PTO issuing a rejection of claims 1-8, 10, 12-15, 20, and 23-25 of U.S. Patent No. 8,276,071 in Reexamination Control No. 90/015,212 on September 18, 2023. |
| 12 | 13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Expert Report of Benjamin Ellinger dated April 14, 2023. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 20, 2023 in San Francisco, California.

                                                */s/ Bethany D. Bengfort*
                                                Bethany D. Bengfort

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Bethany D. Bengfort*
BETHANY D. BENGFORT

BENGFORT DECLARATION - 3
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000