UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UTHERVERSE GAMING, LLC,

                Plaintiff,

    v.

EPIC GAMES, INC.,

                Defendant.

Case No. 2:21-cv-799-RSM-TLF

ORDER ON EPIC GAMES, INC.'S MOTION TO EXCLUDE UTHERVERSE GAMING, LLC'S DAMAGES EXPERT, MICHELE RILEY (DKT. 309)

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    Epic Games, Inc.'s motion to exclude Utherverse Gaming, LLC's damages expert, Michele Riley, is DENIED.


Dated this ___ day of January, 2024

                                      _____
                                        Ricardo S. Martinez
                                        United States District Judge