UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UTHERVERSE GAMING, LLC,

        Plaintiff,

v.

EPIC GAMES, INC.,

        Defendant.

Case No. 2:21-cv-799-RSM-TLF

ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 308)

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) Plaintiff's motion for partial summary judgment on infringement regarding claims 1 and 8 of the '071 Patent is DENIED;

(3) Plaintiff's motion for partial summary judgment on the '071 Patent regarding inventorship is GRANTED; and

(4) Plaintiff's motion for partial summary judgment on the '071 Patent regarding inequitable conduct is GRANTED.

1  Dated this ___ day of January, 2024

```
                                        _____
                                        Ricardo S. Martinez
                                        United States District Judge
```

ORDER ON PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT (DKT. 308) - 2