UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES INC.,<br><br>Defendant. | Case No. C21-799-RSM-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AT DKT. #370 |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation, Dkt. #370;

(2) Epic Games, Inc.'s motion to exclude Utherverse Gaming, LLC's damages expert, Michele Riley, Dkt. #309, is DENIED.

DATED this 12th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AT DKT. #370 - 1