THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>                    Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**ORDER GRANTING DEFENDANT EPIC GAMES, INC.'S MOTION TO REDACT AND SEAL PORTIONS OF THE TRANSCRIPT OF THE HEARING REGARDING SUMMARY JUDGMENT AND DAUBERT MOTIONS** |

Upon consideration of Defendant Epic Games, Inc.'s Motion to Redact and Seal Portions of the Transcript of the Hearing Regarding Summary Judgment and Daubert Motions, and this Court having reviewed the Motion and accompanying filings, including Exhibit A to the Declaration of Eric Wiener:

IT IS HEREBY ORDERED THAT Plaintiff's Motion is GRANTED.

The Case Administrator is further directed to provide a copy of this order to the Courtroom Reporter of record for the hearing regarding the summary judgment and Daubert motions.

SO ORDERED this __18__ day of _____January_____, 2024.

*Theresa L. Fricke*

THE HONORABLE THERESA L. FRICKE

ORDER GRANTING MOTION TO SEAL - 1
(CASE NO. 2:21-CV-00799-RSM-TLF)