# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 12/26/2023 at 12:44 PM PST and filed on 12/26/2023

**Case Name:** Utherverse Gaming LLC v. Epic Games Inc
**Case Number:** 2:21-cv-00799-RSM-TLF
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Unredacted Report and Recommendations - dkts 369, 371, and 373 - mailed to attorneys McNally, McNamara, and Snodgrass. (MW)**

**2:21-cv-00799-RSM-TLF Notice has been electronically mailed to:**

Daralyn J Durie     DDurie@mofo.com, JCotton@mofo.com, daralyn-j-durie-7590@ecf.pacerpro.com

Colby Brian Springer     cspringer@polsinelli.com, dmcnichol@polsinelli.com, sfdocketing@polsinelli.com

Antoine M McNamara     AMcNamara@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com

Jonathan Spivey     jspivey@polsinelli.com

Christina J McCullough     CMcCullough@perkinscoie.com, DocketSEA@perkinscoie.com, ypoletaeva@perkinscoie.com

Mark A Lemley     mlemley@lex-lumina.com, docketing@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, mark-lemley-durie-tangri-5500@ecf.pacerpro.com

Jessica M Andrade     jessica.andrade@polsinelli.com, dcdocketing@polsinelli.com, jbonanno@polsinelli.com, jhadley@polsinelli.com

Ramie O Snodgrass     ramiesnodgrass@dwt.com

Melenie Van     MVan@Polsinelli.com, adminsupport@polsinelli.com, sfdocketing@polsinelli.com

Mark T Deming     mdeming@polsinelli.com, ckyes@polsinelli.com

Enes Ovcina     eovcina@azalaw.com

Timothy C. Saulsbury     TSaulsbury@mofo.com, CAlas@mofo.com, tim-c-saulsbury-4259@ecf.pacerpro.com

Bethany Bengfort     BBengfort@mofo.com, bethany-d-bengfort-4559@ecf.pacerpro.com

Matthaeus Martino-Weinhardt     MMartinoWeinhardt@mofo.com, matthaeus-h-martino-weinhardt-5749@ecf.pacerpro.com

Eugene Novikov     ENovikov@mofo.com, CAlas@mofo.com, eugene-novikov-7623@ecf.pacerpro.com

Daniel Weinger     dbweinger@mintz.com

Miya Yusa     MYusa@Polsinelli.com, adminsupport@polsinelli.com, sfdocketing@polsinelli.com

Katherine E McNutt     kmcnutt@mofo.com

Eric C Wiener     ewiener@mofo.com, JCotton@mofo.com, eric-c-wiener-3774@ecf.pacerpro.com

Emily C McNally     emcnally@polsinelli.com

**2:21-cv-00799-RSM-TLF Notice will not be electronically mailed to:**