UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UTHERVERSE GAMING LLC,

    Plaintiff,

    v.

EPIC GAMES INC.,

    Defendant.

Case No. C21-799-RSM-TLF

ORDER ADOPTING REPORTS AND
RECOMMENDATIONS AT DKT. #369
AND DKT. #373

The Court, having reviewed the Reports and Recommendations of Judge Theresa L. Fricke, United States Magistrate Judge, objections, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation at Dkt. #369;

(2) Defendant's motion for summary judgment as to the '071 Patent is GRANTED on the basis it is invalid under 35 U.S.C. § 101 and *Alice Corp. Pty. Ltd. V. CLS Bank Int'l*, 573 U.S. 208 (2014);

(3) Defendant's motion for summary judgment as to the '071 Patent is GRANTED on the basis of non-infringement;

(4) Defendant's motion for summary judgment as to each claim asserted for the '605 Patent is DENIED;

ORDER ADOPTING REPORTS AND RECOMMENDATIONS AT DKT. #369 AND DKT. #373 - 1

(5) the Court adopts in part the Report and Recommendation at Dkt. #373;

(6) Plaintiff's motion for partial summary judgment on infringement regarding claims 1 and 8 of the '071 Patent is DENIED; the motion is otherwise DENIED on all remaining issues as MOOT given the Court's adoption of the Report and Recommendation at Dkt. #369 and Defendant's statement in briefing, "[i]f the Court adopts the Report and Recommendation to grant Epic's Motion for Summary Judgment with respect to noninfringement and/or invalidity of the '071 Patent (Dkt. 369), the Court need not address these objections, which pertain only to the '071 Patent." *See* Dkt. #383 at 1 n.1.  The Court believes that the findings of non-infringement and invalidity as to the '071 Patent render Defendants' applicable affirmative defenses and counterclaims moot.

(7) The parties are to file a joint status report setting forth the remaining issues in this case, remaining/proposed case scheduling deadlines, and a proposed trial date.  This report shall be filed no later than fourteen (14) days from the date of this Order.

DATED this 12th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE