THE HONORABLE RICARDO S. MARTINEZ
THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**NOTICE OF SCREENING** |

This notice shall serve to inform the Court and the parties, pursuant to Rule 1.12(c) of the Washington Rules of Professional Conduct, that Nitika Arora, who will join Epic Games, Inc. ("Epic Games") as inhouse counsel on February 26, 2024, is being screened from participating in the representation of Epic Games in the above-captioned case (the "Litigation"). This screening procedure and notice has been implemented due to Ms. Arora's former role as Judicial Law Clerk to Judge Ricardo S. Martinez from January 2022 until November 2023, before whom the Litigation is pending. The declaration of David Kohtz, Associate General Counsel for Epic Games, describing the screening procedures that Epic Games has implemented has been attached hereto.

NOTICE OF SCREENING – 1
(No. 2:21-CV-00799-RSM-TLF)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: February 16, 2024. | **PERKINS COIE LLP**<br><br>By: */s/   Stevan R. Stark*<br>Christina J. McCullough (WSBA No. 47147)<br>CMcCullough@perkinscoie.com<br>Antoine M. McNamara (WSBA No. 41701)<br>AMcNamara@perkinscoie.com<br>Stevan Stark (WSBA No. 39639)<br>SStark@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206-359-8000<br>Facsimile: 206-359-9000<br><br>*Attorneys for Defendant Epic Games, Inc.* |

NOTICE OF SCREENING – 2
(No. 2:21-CV-00799-RSM-TLF)

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I caused copies of the foregoing document to be served via ECF to the counsel of record in this matter.

/s/ Stevan R. Stark
Stevan R. Stark

NOTICE OF SCREENING – 3
(No. 2:21-CV-00799-RSM-TLF)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000