THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT STATUS REPORT** |

Having considered the Parties' Stipulated Motion for Extension of Time to Submit Status Report,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The Parties are to file a joint status report no later than **March 4, 2024,** setting forth the remaining issues in the case, remaining/proposed case scheduling deadlines, and a proposed trial date.

Dated this 27th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME - 1
CASE NO. 2:21-CV-00799-RSM-TLF

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel: 206-393-5400