THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(b)(3), Eugene Novikov of the law firm of Morrison & Foerster LLP, hereby gives notice of his withdrawal as counsel for Defendant Epic Games, Inc. in this proceeding, effective immediately.  Mark Lemley of Lex Lumina PLLC, Stevan R. Stark, Antoine McNamara and Christina McCullough of Perkins Coie, LLP, and Timothy Saulsbury, Daralyn Durie, Eric Wiener, Bethany Bengfort, Katherine E. McNutt and Matthaeus Martino-Weinhardt of Morrison & Foerster LLP, remain attorneys of record for Defendant Epic Games, and will continue to represent Defendant in this action.

Dated:  March 4, 2024                    Respectfully submitted,

By: /s/ Timothy C. Saulsbury
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Bethany D. Bengfort (*pro hac vice*)
BBengfort@mofo.com
Matthaeus Martino-Weinhardt (*pro hac vice*)
MMartinoWeinhardt@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:     415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    213-892-5200
Facsimile:     213-892-5454

Mark A. Lemley (*pro hac vice*)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

| | | |
|---|---|---|
| 1 | Dated: March 4, 2024 | By: */s/ Stevan R. Stark* |

Stevan R. Stark (WSBA No. 39639)
SStark@perkinscoie.com
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:   206-359-8000
Facsimile:    206-359-9000

*Attorneys for Defendant Epic Games, Inc.*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Timothy C. Saulsbury*
Timothy C. Saulsbury

NOTICE OF WITHDRAWAL OF COUNSEL - 3
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000