THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**JOINT STATUS REPORT** |

Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games Inc. ("Epic") (collectively, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's Order on February 12, 2024 (Dkt. No. 391) requiring the parties to file a joint status report setting forth the remaining issues in the case, remaining/proposed case scheduling deadlines, and a proposed trial date.

**Remaining Issues:** The only remaining issues to be decided during a trial by jury are Utherverse Gaming's allegations of Epic's direct infringement of claims 2, 5 and 8 (collectively "the Asserted Claims") of U.S. Patent No. 9,724,605 ("the '605 Patent"), and Epic's defense and counterclaim of noninfringement and affirmative defense and counterclaim of invalidity of the Asserted Claims of the '605 Patent.

**Proposed Case Scheduling Deadlines:** The Parties agreed to participate in alternative dispute resolution post summary judgement and anticipate scheduling a neutral third-party directed mediation prior to the filing the Joint Pretrial Order. Fact and expert discovery are completed, the Court has issued its rulings on all filed Summary Judgment and Daubert motions, and the only remaining scheduling deadlines for proposal to the Court are for pretrial activities and trial. The Parties proposed the following pretrial schedule:

| Deadline | Task | Includes |
| --- | --- | --- |
| July 22, 2024 | Parties exchange proposed jury instructions and proposed verdict form | |
| July 22, 2024 | Plaintiff's Pretrial Statement | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Claims<br>3. Admitted Facts<br>4. Issues of Law<br>Witness list and expected testimony<br>Exhibit list<br>Deposition designations |

| Deadline | Task | Includes |
|---|---|---|
| August 5, 2024 | Defendant's Pretrial Statement<br><br>Defendant's objections to Plaintiff's: Witness List, Exhibit List, and Depo Designations<br><br>Defendant's Counter Depo Designations | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Affirmative defenses<br>3. Admitted Facts<br>4. Issues of Law<br>Witness list and expected testimony<br>Exhibit list<br>Affirmative Deposition designations |
| August 12, 2024 | Parties exchange redlines of jury instructions, verdict form | |
| August 19, 2024 | Plaintiff's objections to Defendant's: Witness List, Exhibit List, Depo Designations, and Counter Depo Designations<br><br>Plaintiff's Counter Depo Designations<br><br>Plaintiff's Rebuttal Exhibit List (Invalidity) | |
| August 27, 2024 | Meet and Confer re: Joint Proposed Pretrial Order | |
| August 27, 2024 | Defendant's objections to Plaintiff's Counter Depo Designations<br><br>Defendant's objections to Plaintiff's Rebuttal Exhibit List | |
| August 30, 2024 | Motions in Limine Due | |
| September 6, 2024 | Joint Proposed Pretrial Order<br><br>Submit combined Jury instructions with color coded not agreed to | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Claims and defenses<br>3. Admitted Facts |

| Deadline | Task | Includes |
|---|---|---|
| | instructions (red for Plaintiff, blue for Defendant)  Submit proposed verdict form | 4.  Issues of Law Witness list and expected testimony Exhibit list w/objections Proposed deadline as to voir dire |
| September 9, 2024 | Response to Motions in Limine Due | |
| September 13, 2024 | Noting date for Motions in Limine | |
| September 23, 2024 | Pretrial conference | |
| October 7, 2024 | Trial Date | |

**Proposed Trial Date:**  The Parties anticipate that trial should only be 4 to 5 days, and propose the first day of trial begin on October 7, 2024.

DATED this 4th day of March, 2024

Respectfully submitted,

*/s/ Emily C. McNally*
By: Emily McNally (WSBA No. 60710)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA  98104
Tel:  206-393-5400
Fax:  206-393-5401
Email:  emcnally@polsinelli.com

*Of Counsel:*

Colby B. Springer (admitted *pro hac vice)*
Miya Yusa (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Tel:  415-248-2100
Fax:  415-248-2101
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com

Melenie Van (admitted *pro hac vice)*
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:     (310) 229-1355
Fax:    (415) 276-8959
Email:  mvan@polsinelli.com

Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL  60606
Tel:  312-819-1900
Fax:  312-819-1901
Email:  mdeming@polsinelli.com

Jonathan Spivey (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel.: (713) 374-1600
Fax: (713) 374-1601
Email: jspivey@polsinelli.com

Attorneys for Plaintiff
UTHERVERSE GAMING LLC

Dated: March 4, 2024

By: /s/ *Eric C. Weiner*
Matthaeus Martino-Weinhardt (*pro hac vice*)
MMartinoWeinhardt@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:	415-268-7000
Facsimile:	415-268-7522

Dated: March 4, 2024

By:  /s/ *Antoine M. McNamara*
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:	206-359-8000
Facsimile:	206-359-9000

*Attorneys for Defendant Epic Games, Inc.*