THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>   Plaintiff,<br><br> v.<br><br>EPIC GAMES, INC.,<br><br>   Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**ORDER ACCEPTING JOINT STATUS REPORT** |



1      Having considered the Parties' Joint Status Report and proposed trial schedule, IT IS HEREBY ORDERED that the Report and schedule is accepted.

     1.     The Court accepts the issues for trial as Utherverse Gaming's allegations of Epic's direct infringement of claims 2, 5 and 8 (collectively "the Asserted Claims") of U.S. Patent No. 9,724,605 ("the '605 Patent"), and Epic's defense and counterclaim of noninfringement and affirmative defense and counterclaim of invalidity of the Asserted Claims of the '605 Patent.

     2.     The Court understands the Parties will participate in alternative dispute resolution before trial and will schedule a neutral third-party-directed mediation prior to the filing the Joint Pretrial Order.

     3.     The Court sets the following deadlines:

| Deadline | Task | Includes |
|---|---|---|
| July 22, 2024 | Parties exchange proposed jury instructions and proposed verdict form | |
| July 22, 2024 | Plaintiff's Pretrial Statement | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Claims<br>3. Admitted Facts<br>4. Issues of Law<br>Witness list and expected testimony<br>Exhibit list<br>Deposition designations |
| August 5, 2024 | Defendant's Pretrial Statement<br><br>Defendant's objections to Plaintiff's: Witness List, Exhibit List, and Depo Designations<br><br>Defendant's Counter Depo Designations | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Affirmative defenses<br>3. Admitted Facts<br>4. Issues of Law<br>Witness list and expected testimony<br>Exhibit list<br>Affirmative Deposition designations |

| Deadline | Task | Includes |
|---|---|---|
| August 12, 2024 | Parties exchange redlines of jury instructions, verdict form | |
| August 19, 2024 | Plaintiff's objections to Defendant's: Witness List, Exhibit List, Depo Designations, and Counter Depo Designations<br><br>Plaintiff's Counter Depo Designations<br><br>Plaintiff's Rebuttal Exhibit List (Invalidity) | |
| August 27, 2024 | Meet and Confer re: Joint Proposed Pretrial Order ||
| August 27, 2024 | Defendant's objections to Plaintiff's Counter Depo Designations<br><br>Defendant's objections to Plaintiff's Rebuttal Exhibit List | |
| August 30, 2024 | Motions in Limine Due ||
| September 6, 2024 | Joint Proposed Pretrial Order<br><br>Submit combined Jury instructions with color coded not agreed to instructions (red for Plaintiff, blue for Defendant)<br><br>Submit proposed verdict form | Brief statement as to:<br>1. Federal Jurisdiction<br>2. Claims and defenses<br>3. Admitted Facts<br>4. Issues of Law<br>Witness list and expected testimony<br>Exhibit list w/objections<br>Proposed deadline as to voir dire |
| September 9, 2024 | Response to Motions in Limine Due | |
| September 13, 2024 | Noting date for Motions in Limine | |
| September 23, 2024 | Pretrial conference | |
| October 7, 2024 | Trial Date | |

4. Trial in this matter is anticipated to last 4 to 5 days and will begin October 7, 2024.

DATED this 5th day of March, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: JOINT STATUS
REPORT - 3
CASE NO. 2:21-CV-00799-RSM

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400