Case 2:21-cv-00799-RSM   Document 406-1   Filed 08/30/24   Page 1 of 2

THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| UTHERVERSE GAMING LLC, | Case No. 2:21-cv-00799-RSM-TLF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UTHERVERSE GAMING LLC'S MOTION TO SEAL** |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | |

Upon consideration of Plaintiff Utherverse Gaming LLC's ("Utherverse Gaming") Motion to Seal portions of and certain exhibits to its Motions in Limine filed concurrently herewith, and this Court having reviewed the Motion and accompanying filings;

IT IS HEREBY ORDERED THAT Plaintiff's Motion is GRANTED.

SO ORDERED this _____ day of September, 2023.

_____
THE HONORABLE RICARDO MARTINEZ



[PROPOSED] ORDER GRANTING MOTION TO SEAL- 1
CASE NO. 2:21-CV-00799-RSM-TLF

1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

Presented by:

*Of Counsel*:

<u>Colby B. Springer</u>
Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel:  415-248-2100
Fax: 415-248-2101
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com

<u>Mark T. Deming</u>
Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel:  312-819-1900
Fax: 312-819-1901
Email:  mdeming@polsinelli.com

By:  <u>*/s/ Emily McNally*</u>
Emily McNally (WSBA No. 60710)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel:  206-393-5400
Fax: 206-393-5401
Email:  emcnally@polsinelli.com

By:  <u>*Melenie Van*</u>
Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:     (310) 229-1355
Fax:    (415) 276-8959
Email:  mvan@polsinelli.com

<u>*Jonathan Spivey*</u>
By:  Jonathan Spivey (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel:  (713) 374-1600
Fax: (713) 374-1601
Email:  jspivey@polsinelli.com

Attorneys for Plaintiff
UTHERVERSE GAMING LLC

