THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>     Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC,<br><br>     Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF UTHERVERSE GAMING LLC'S MOTIONS *IN LIMINE*** <br><br>Noting Date:  September 13, 2024 |

Having considered Plaintiff Utherverse Gaming LLC's Motions in Limine and all materials submitted in support thereof, IT IS HEREBY ORDERED that Plaintiff's Motions are GRANTED.

DATED this _____ day of _____, 2024.

_____
Honorable Ricardo S.  Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTIONS IN LIMINE
CASE NO. 2:21-CV-00799-RSM-TLF



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel:  206-393-5400