THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>                    Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EPIC GAMES, INC.'S TO SEAL REGARDING MOTIONS IN LIMINE**<br><br>NOTE ON MOTION CALENDAR:<br>Date: September 20, 2024 |

1  THIS MATTER having come before the Court on Defendant Epic Games, Inc.'s Motion
2  to Seal Regarding Motions *in limine*, and the Court having reviewed and considered the motion
3  and all associated papers filed in support of and in opposition to the motion, hereby ORDERS
4  that Defendant's Motion to Seal Regarding Motions *in limine* is GRANTED.

6  Dated: _____

              HONORABLE RICARDO S. MARTINEZ
              United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Katherine E. McNutt*
KATHERINE E. MCNUTT

PROPOSED ORDER GRANTING EPIC'S MIL - 2
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000