# EXHIBIT 1

HIGHLY CONFIDENTIAL - SOURCE CODE

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF WASHINGTON
 3                       AT SEATTLE
    _____
 4
     UTHERVERSE GAMING LLC,         )
 5                                  )
                    Plaintiff,      )
 6                                  )Case No.
          vs.                       )2:21-cv-00799-RSM-TLF
 7                                  )
     EPIC GAMES, INC.,              )
 8                                  )
                    Defendant.      )
 9  _____
10      VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
11                 CRAIG ROSENBERG, Ph.D.
12           **HIGHLY CONFIDENTIAL - SOURCE CODE**
13  _____
14
15                      9:08 A.M.
16                 TUESDAY, MAY 30, 2023
17              1201 THIRD AVENUE, SUITE 4900
18                   SEATTLE, WASHINGTON
19
20                     **CORRECTED**
21
22
23
24   REPORTED BY: CARLA R. WALLAT, CRR, RPR
25            WA CCR 2578, OR CSR 16-0443, CA CSR 14423


                                                  Page 1
```

| | | |
|---|---|---|
| 1 | initial scene state includes at least a position and | 03:07 |
| 2 | orientation of the object, including avatars." | 03:07 |
| 3 | So that including avatars when talking about | 03:07 |
| 4 | the initial scene state, well, the Court has construed | 03:07 |
| 5 | that whenever the patent is talking about initial scene | 03:07 |
| 6 | state that avatars are optional. | 03:07 |
| 7 | So I think that would carry over to the | 03:07 |
| 8 | playing back limitation where when it says at line 50 | 03:07 |
| 9 | and 51 of column 10 "including one or more avatars" -- | 03:08 |
| 10 | oh, I'm sorry.  Let me go back before it. | 03:08 |
| 11 | So 49 to 51, "Objects of the initial scene | 03:08 |
| 12 | state and the new instance, including one or more | 03:08 |
| 13 | avatars," I think that should be understood as being | 03:08 |
| 14 | essentially the same as what I just recited from column | 03:08 |
| 15 | 6 as a description of initial scene state. | 03:08 |
| 16 | Q.  So in column 6, it says, "The initial scene | 03:08 |
| 17 | state includes at least a position and orientation of | 03:08 |
| 18 | objects." | 03:08 |
| 19 | A.  Can you point me to which line you're -- | 03:08 |
| 20 | Q.  Exactly where you are.  Column 6, line 7. | 03:08 |
| 21 | A.  7, okay. | 03:08 |
| 22 | Q.  "The initial scene state includes at least a | 03:08 |
| 23 | position and orientation of objects, including | 03:08 |
| 24 | avatars." | 03:08 |
| 25 | So that is saying that objects, including if | 03:08 |

Page 186

| | | |
|---|---|---|
| 1 | were -- if we were to watch those six seconds of video, | 04:03 |
| 2 | we would -- we would see that happen. | 04:03 |
| 3 | Q.  So is it your opinion that the entire stage is | 04:03 |
| 4 | the common space or some smaller portion? | 04:03 |
| 5 | A.  It's whatever -- again, stage isn't in the | 04:04 |
| 6 | claim language.  Stage just represents what many of us | 04:04 |
| 7 | would understand to be an area where a performer is or | 04:04 |
| 8 | some element to the performance is. | 04:04 |
| 9 | But there's no avatars there close to the -- | 04:04 |
| 10 | close to the circular screen at that time. | 04:04 |
| 11 | Q.  You haven't offered any opinions about US | 04:04 |
| 12 | Patent 6,720,962, right? | 04:04 |
| 13 | A.  That's correct. | 04:04 |
| 14 | Q.  And you haven't performed any -- you haven't | 04:04 |
| 15 | made any effort to value that patent, right? | 04:04 |
| 16 | A.  That's correct.  What are the last three | 04:04 |
| 17 | numbers? | 04:04 |
| 18 | Q.  962. | 04:04 |
| 19 | A.  962, no, I don't recall reviewing that. | 04:04 |
| 20 | Q.  Are you familiar with the -- a product that is | 04:04 |
| 21 | called Ornatrix for Maya? | 04:04 |
| 22 | A.  No.  I'm familiar with the company Maya, but | 04:05 |
| 23 | I'm not familiar with that product. | 04:05 |
| 24 | Q.  I take it, therefore, you have not performed | 04:05 |
| 25 | any technical analysis of it? | 04:05 |

Page 209

```
1        A.   Correct.                                      04:05
2        Q.   Okay.                                         04:05
3             MS. DURIE:  That's it.  I don't have any      04:05
4   further questions.  Thank you.                          04:05
5             MS. McNALLY:  Okay.  Nothing from us          04:05
6   either.                                                 04:05
7             THE VIDEOGRAPHER:  We're going off the        04:05
8   record at 4:05 and this concludes this deposition for   04:05
9   today.                                                  04:05
10            (Deposition concluded at 4:05 p.m.)
11            (Signature was reserved.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 210

```
 1                REPORTER'S CERTIFICATE
 2         I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned
 3    Certified Court Reporter, authorized to administer oaths and
 4    affirmations in and for the states of Washington (2578),
 5    Oregon (16-0443), and California (14423) do hereby certify:
 6         That the sworn testimony and/or proceedings, a
 7    transcript of which is attached, was given before me at the
 8    time and place stated therein; that any and/or all witness(es)
 9    were duly sworn to testify to the truth; that the sworn
10    testimony and/or proceedings were by me stenographically
11    recorded and transcribed under my supervision.  That the
12    foregoing transcript contains a full, true, and accurate
13    record of all the sworn testimony and/or proceedings given and
14    occurring at the time and place stated in the transcript; that
15    a review of which was requested; that I am in no way related
16    to any party to the matter, nor to any counsel, nor do I have
17    any financial interest in the event of the cause.
18         WITNESS MY HAND AND DIGITAL SIGNATURE this 31st day of
19    May, 2023.
20
21
22    [signature: Carla R. Wallat]
23    CARLA R. WALLAT, RPR, CRR
      Washington CCR #2578, Expires 1/5/2024
24    Oregon CSR #16-0443, Expires 9/30/2024
      California CSR #14423, Expires 1/31/2024
25
```

Page 211