# EXHIBIT 2

```
                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT SEATTLE
_____

                                    )
                                    )
 UTHERVERSE GAMING LLC,             ) CASE NO:
                                    ) 2:21-CV21-799-RSM-TLF
             Plaintiff,             )
                                    ) Seattle, Washington
 v.                                 )
                                    ) August 16, 2022
 EPIC GAMES INC.,                   ) 9:00 a.m.
                                    )
             Defendant.             ) Markman Hearing
                                    )
                                    ) Zoom
_____

                   VERBATIM REPORT OF PROCEEDINGS
               BEFORE THE HONORABLE RICARDO S. MARTINEZ
                     UNITED STATES DISTRICT JUDGE
_____
```

**APPEARANCES:**

| | |
|---|---|
| For the Plaintiff: | COLBY BRIAN SPRINGER<br>Polsinelli LLP (SF)<br>Three Embarcadero Center, Ste 2400<br>San Francisco, CA 94111 |
| | MARK T. DEMING<br>Polsinelli PC (Chicago)<br>150 N Riverside Plaza, Ste 3000<br>Chicago, IL 60606 |
| | MELENIE VAN<br>Polsinelli LLP (LA)<br>2049 Century Park E, Ste 2900<br>Los Angeles, CA 90067 |
| For the Defendant: | BETHANY BENGFORT, EUGENE NOVIKOV,<br>and MATTHAEUS MARTINO-WEINHARDT<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111 |

Proceedings recorded by mechanical stenography; transcript produced with aid of computer.

```
Reported by:              MARCI E.C. CHATELAIN, CCR, RPR, RMR,
                          CRR, Federal Court Reporter
                          700 Stewart Street, Suite 17205
                          Seattle, WA 98101
                          marci_chatelain@wawd.uscourts.gov
```

1  environment.
2       So the claims, the specification, and the overall purpose
3  of the invention demonstrate that the proper construction of
4  initial scene state includes avatars that are rendered at the
5  beginning of a recording, as the specification states.
6       Thank you, Your Honor.  That's all for me.
7            THE COURT:  Thank you, Counsel.
8            MR. SPRINGER:  Thank you, Your Honor.
9       So Ms. Bengfort's presentation included both initial scene
10 state and recorded experience file, which is fine.  If the Court
11 would indulge, I'd like to go through our recorded experience
12 file and I guess sort of hook in that because we didn't present
13 that particular term just yet, so...
14      So let me share my screen here.
15 So coming out of the initial scene state discussion, you
16 know, essentially it sounds as if Epic Games agrees with us
17 because the recitation of the avatar actually appears in the
18 claim, so having it be part of the construction and both the
19 claim would actually make it redundant and repetitive.  But,
20 nevertheless, moving from that initial scene state into here to
21 the recorded experience file, we see the discussion of the
22 initial scene state changing over time, and that's that concept
23 we discussed earlier, Your Honor, with respect to the various
24 states of the game, the initial, the intermediate, and the
25 final.  But we're obviously talking about here the -- commencing

C E R T I F I C A T E

        I, Marci E.C. Chatelain, CCR, RPR, RMR, CRR, Court Reporter for the United States District Court in the Western District of Washington at Seattle, do hereby certify that I was present in court during the foregoing matter and reported said proceedings stenographically.

        I further certify that thereafter, I have caused said stenographic notes to be transcribed under my direction and that the foregoing pages are a true and accurate transcription to the best of my ability.

    Dated this 23rd day of August, 2022.

        /s/  Marci E.C. Chatelain

        Marci E.C. Chatelain, CCR, RPR, RMR, CRR
        Federal Court Reporter