# EXHIBIT 5

```
 1         IN THE UNITED STATES DISTRICT COURT
 2       FOR THE WESTERN DISTRICT OF WASHINGTON
 3                     AT SEATTLE
 4
 5   UTHERVERSE GAMING      *
 6   LLC,                   *
 7         Plaintiff,       * CASE NO.:
 8   vs.                    * 2:21-cv-00799-RSM-TLF
 9   EPIC GAMES, INC.,      *
10         Defendant.       *
11                   *   *   *
12   VIDEOTAPED DEPOSITION OF:
13
14              MICHELE M. RILEY,
15   was held on Friday, June 2, 2023, commencing
16   at 9:07 a.m., at Morrison Foerster, 2100 L
17   Street, N.W., Suite 900, Washington, D.C.,
18   reported by Mary Grace Castleberry, RPR.
19                   *   *   *
20
21
```

Page 1

```
 1   you didn't put that detail in the report,
 2   you're not going to provide that detail at
 3   trial, right?
 4          A.    Relating to what?
 5          Q.    Ephere.
 6          A.    I mean, anything that I'm relying
 7   on Dr. Rosenberg for I've described in the
 8   report.
 9          Q.    Okay.
10          A.    Yeah, and it's -- that is -- the
11   summary as described in the report is
12   what -- is the extent of my reliance on him.
13          Q.    Okay.
14          A.    Yeah.
15          Q.    What exactly do you recall him
16   telling you about Ephere?
17          A.    That the patents-in-suit were
18   more valuable than the '962.
19          Q.    Anything else?
20          A.    Let's see if there's anything
21   else I listed in here.  Do you know where
```

Page 187

```
 1    that is off the top of your head, to save
 2    time?
 3         Q.    I believe that that's on page
 4    134 --
 5         A.    Thank you.
 6         Q.    -- if memory serves.
 7         A.    Yeah.
 8         Q.    Aided by my outline.
 9         A.    Yeah, '962 was less valuable than
10    the technology of the patents-in-suit would
11    be to Epic at the hypothetical negotiation.
12         Q.    And so to be clear, he was
13    telling you that the technology licensed to
14    Ephere -- well, let me strike that.
15               He was providing a relative value
16    opinion to you between the '962 patent,
17    which was licensed in the Ephere agreement,
18    and the asserted patents in this case,
19    right?
20         A.    Yes.  To that question of
21    technical comparability, this is what --
```

```
 1          Q.    Well --
 2          A.    This is --
 3          Q.    This was a statement about value,
 4    right?
 5          A.    Less valuable, right.
 6          Q.    Less valuable, okay.  Meaning
 7    that the '962 patent was less valuable to
 8    Epic than the asserted patents would be?
 9          A.    Correct.
10          Q.    Do you recall anything else that
11    he told you about the Ephere agreement?
12          A.    No.
13          Q.    Did he tell you anything about
14    the product that had been licensed in the
15    Ephere agreement?
16          A.    I don't think that we asked about
17    the product because we had the agreement.
18    We knew what it was.  So that -- it was just
19    is this more or less valuable from a
20    technological comparison.
21          Q.    To Epic?
```

Page 189

```
 1           CERTIFICATE OF COURT REPORTER
 2               I, MARY GRACE CASTLEBERRY, do
 3   hereby certify that the proceedings were
 4   recorded by me stenographically and
 5   electronically at the time and place
 6   mentioned on the cover sheet thereof, and,
 7   thereafter, transcribed; that said hearing
 8   is a true record of the statements made;
 9   that I am neither counsel for, related to,
10   nor employed by any of the parties to this
11   proceeding;
12               And further, that I am not
13   financially or otherwise interested in the
14   outcome of this matter.
15               As Witnessed by my hand and
16   signature as indicated below.
17
18           [signature: Mary Grace Castleberry]
19
20           MARY GRACE CASTLEBERRY, RPR
21   My commission expires:  7/14/2026
```

Page 456