# EXHIBIT 6

**Exhibits and Deposition Designations Containing Epic Company-Wide and Aggregated Overall *Fortnite* Revenue**

**Exhibits**

- TX-005
- TX-167
- TX-168
- TX-169
- TX-174
- TX-216
- TX-218
- TX-219
- TX-220
- TX-221
- TX-264
- TX-265
- TX-266
- TX-267
- TX-268
- TX-269
- TX-270
- TX-271
- TX-272
- TX-273
- TX-274
- TX-275
- TX-276
- TX-277
- TX-278
- TX-279
- TX-280
- TX-281
- TX-282
- TX-283
- TX-284
- TX-285
- TX-286
- TX-287
- TX-288

**Deposition Designations**

- Brian Boyle Deposition Tr.:
    - 61:11-16
    - 69:23-70:12
    - 83:1-12
    - 83:16-84:6
    - 159:8-160:1
    - 166:20-167:8
    - 167:25-168:16