# EXHIBIT A

## Mark Imbriaco
### 30(b)(6), 30(b)(1)

| Utherverse's Designations | Epic's Objections | Epic's Counters | Utherverse's Objections | Utherverse's Counter-Counters | Epic's Objections |
|---|---|---|---|---|---|
| 4:23 – 4:24 | IR | | | | |
| 11:15 – 11:23 | | | | | |
| 11:24 | I | 11:25 | VA | | |
| 12:1 – 12:11 | I | 12:12-14, 12:18-20, 12:21 ("four") | IR, 403, IC | | |
| 12:15 – 12:17 | I | 12:12-14, 12:18-20, 12:21 ("four") | IR, 403, IC | | |
| 12:21 – 12:24 (exclude the word "four" from 12:21) | I | 12:12-14, 12:18-20, 12:21 ("four") | IR, 403, IC | | |
| 14:4 – 14:5 | I | 14:6-7 | I | 14:8 - 14:23 | |
| 23:23 – 24:4 | VA | | | | |
| 24:14 – 24:19 (exclude "shared experiences - - I'm sorry - -") | I, VA | 24:15-16 (include "shared experience - - I'm sorry - -"); 24:20-25:8 | | | |
| 25:21 – 26:1 | | | | | |
| 26:3 – 26:15 | | | | | |
| 26:17 | | 26:19-27:1 | | | |
| 27:23 – 28:8 | | | | | |
| 28:17 – 28:21 | | | | | |
| 28:24 – 29:3 | | | | | |
| 31:3 – 31:12 (exclude "four" from 31:3), (exclude "Marshmello, Star Wars from 31:4), (exclude "four" from 31:7) | I | 31:3-4 ("four," "Marshmello," "Star Wars") | IR, 403, IC | | |
| 31:14 | | | | | |
| 48:10 – 48:16 | I, 403, VA | 47:23-48:4, 48:7-9, 48:18-49:5 | IR, 403, VA | | |
| 52:9 – 53:10 | 403, VA, NR | | | | |
| 54:19 – 54:25 (exclude "Marshmello" from 54:20) | I, 403 | 54:20 ("Marshmello"), 55:1-2 | IR, 403, IC | | |
| 55:15 – 55:17 | | | | | |
| 55:19 | | | | | |
| 55:21 – 56:6 | | | | | |
| 58:15 – 58:21 (exclude "Marshmello event, Star Wars event, and" from 58:18) | I | 58:18 ("Marshmello event," "Star Wars event, and") | IR, 403, IC | | |
| 61:21 – 62:11 (exclude "four" from 62:9) | I, F | 60:23-24, 61:1-20, 62:9 ("four") | IR, 403, IC | | |
| 62:19 – 62:22 (exclude "four" from 62:20) | I, C | 62:20 ("four") | IR, 403, IC | | |
| 68:12 – 68:16 | C, I, VA | 68:17-69:3, 69:6-9; 69:11-13 | C | | |
| 69:15 – 69:22 (exclude "four" from 69:20) | I | 69:20 ("four") | IR, 403, IC | | |
| 69:24 – 69:25 | | | | | |
| 70:2 – 70:3 | | | | | |

## Mark Imbriaco
### 30(b)(6), 30(b)(1)

| | | | | | |
|---|---|---|---|---|---|
| 71:18 – 71:19 | I, F, VA | 71:6-8, 71:10-12 | I | 71:13 - 71:14 | |
| 71:21 – 72:2 | I, F, VA | 71:6-8, 71:10-12 | C | 71:13 - 71:14 | |
| 76:16 – 76:19 | IR | 76:20-22 | | | |
| 76:23 | IR, 403 | | | | |
| 76:25 – 77:1 | IR, 403 | | | | |
| 77:7 – 77:11 | IR, 403, F | | | | |
| 77:13 – 77:15 | IR, 403 | | | | |
| 78:3 – 78:5 | IR, ARG | | | | |
| 78:17 – 78:19 | I | | | Agree to Remove | |
| 78:23 – 79:15 | IR, 403 | 80:11-13, 80:15-18 | | | |
| 80:25 – 81:1 | IR, VA | | | | |
| 81:3 – 81:4 | IR, VA | | | | |
| 81:6 – 81:10 | IR, VA | | | | |
| 81:12 – 81:13 | IR, VA | | | | |
| 81:15 – 81:17 | IR, VA | 81:19-24. | IR, Scope | | |
| 105:5 – 105:6 | I | | | | |
| 105:17 – 106:12 (exclude "Star Wars, . . . and Marshmello" from 106:10 and 106:11) | I VA | 106:10 ("Star Wars"), 106:11 ("and Marshmello") | IR, 403 | | |
| 106:14 – 106:15 (exclude "Marshmello, Star Wars" from 106:14) | I | 106:14 ("Marshmello, Star Wars") | IR, 403 | | |
| 106:17 – 106:19 (exclude "four" from 106:17) | I, VA | 106:17 ("four") | IR, 403 | | |
| 106:21 – 106:23 | | | | | |
| 107:18 – 107:21 | | | | | |
| 110:19 – 110:20 | I, VA | 109:24-110:10 | | | |
| 110:22 – 110:24 | | 109:24-110:10 | C | | |
| 111:2 – 111:5 | VA | 111:13-15, 111:17-20 | IR, 403 | | |
| 111:7 – 111:11 | | | | | |
| 112:1 – 114:9 | VA | | | | |
| 115:8 – 116:8 | IR, 403 | | | | |
| 116:10 – 116:11 | IR, 403 | | | | |
| 116:20 – 117:3 | IR, 403, ARG | | | Revise to: 116:20 - 116:21; 116:23 - 117:3 | |
| 117:5 – 117:11 Stop at "communicated?" | I, IR, 403 | 117:11-13 | | Revise to: 117:5 - 117:8 | |
| 117:14 – 117:18 | IR, 403, C | | | | |
| 117:19 – 117:21 | IR, 403 | | | | |
| 117:23 – 119:18 | IR, 403 | | | | |
| 119:20 – 119:25 | IR, 403 | | | | |
| 120:2 – 120:16 | IR, 403 | | | | |
| 120:17 – 120:22 | IR, 403 | | | | |
| 121:8 – 121:11 | I, IR, 403 | 120:23-24, 121:1-2 | | | |

## Mark Imbriaco
### 30(b)(6), 30(b)(1)

| | | | | | |
|---|---|---|---|---|---|
| 122:3 – 122:13 (exclude "four" from 122:10) (exclude "Star Wars and Marshmello" from 122:12) | I, IR, 403 | 122:10-12 ("four," "Star Wars and Marshmello") | | | |
| 123:14 | I, IR | | | | |
| 123:19 – 124:12 | IR, 403 | | | | |
| 124:14 (Beginning with "What") | | | | | |
| 124:15 (stopping at "Engine" | | | | | |
| 124:20 – 124:22 | | | | | |
| 124:24 – 125:20 | | | | | |
| 125:22 – 126:15 | | | | | |
| 128:6 – 128:9 (exclude "four" from 128:7) | I, C | 128:7 ("four") | IR, 403, IC | | |
| 128:11 – 128:13 (exclude "the Marshmello event, the Star Wars event" from 128:11 – 128:12) | I, C | 128:11-13 ("the Marshmello event, the Star Wars event") | IR, 403, IC | | |
| 141:4 – 141:10 | IR | 141:11-25 | | | |
| 142:2 – 142:6 | I, IR | 141:11-25 | | | |
| 142:8 – 142:11 | IR | | | | |
| 142:15 – 142:16 | I, IR | 142:13 | | | |
| 142:18 – 142:19 | IR, C | | | | |
| 142:21 – 142:24 | IR, C | | | | |
| 143:2 – 143:3 | IR, C | | | | |
| 143:5 – 143:6 | IR, C | | | | |
| 148:11 – 149:15 (exclude "four" from 149:5) | IR | 149:5 ("four") | IR, 403, IC | | |
| 149:21 – 150:1 | IR | | | | |
| 150:3 – 150:5 | IR | | | | |
| 150:7 – 150:8 | IR | | | | |
| 150:10 – 150:12 | IR | | | | |
| 156:5 – 157:9 | IR | | | | |
| 157:12 – 157:16 | I, IR | 157:10-11 | IR, VA | | |
| 158:6 – 158:16 | IR,VA | | | | |
| 159:3 – 159:10 | IR | | | | |
| 159:12 – 159:13 | IR | 159:15-25, 160:5-13, 160:15-161:3 | IR, 403, IC (inclusion of "four") | | |
| 161:4 – 161:11 | | | | 161:7 (exclude "four") | |
| 168:8 – 168:12 | | | | | |
| 168:17 – 169:1 | | | | | |
| 169:3 | | | | | |
| 169:5 – 169:14 | | | | | |
| 169:16 – 169:25 | | | | | |
| 170:6 – 170:15 | C | | | | |
| 170:18 | C | | | | |

## Mark Imbriaco
### 30(b)(6), 30(b)(1)

| | | | | |
|---|---|---|---|---|
| 170:20 – 170:23 (exclude "four" from 170:20 and 170:23) | I, C | 170:20 ("four") 170:23 ("four") | IR, 403, IC | |
| 175:4 – 175:7 | IR | | | |
| 186:8 – 186:9 | IR, VA | 184:22-185:17 | IC | |
| 186:11 – 186:12 | | | | |
| 186:17 – 187:4 | | | | |
| 187:7 – 187:16 | S, F | 187:5-6 | | |
| 187:18 – 187:20 | | | | |
| 188:8 – 188:9 | S, F | | | |
| 188:11 – 188:18 | | | | |
| 191:22 – 192:10 | S, F, SCOPE | | | |
| 192:12 | S, F, SCOPE | | | |
| 192:14 – 193:3 (exclude "would any event – I'm sorry – of 20222, my apologies" from 192:15 – 192:16) | S, F, SCOPE | | | |
| 193:5 – 193:6 | S, F, SCOPE | | | |
| 194:7 – 194:19 | S, F, SCOPE | | | |
| 194:25 – 195:7 | | | | |
| 195:10 – 195:11 | | | | |
| 195:13 – 195:15 | | | | |
| 195:17 – 195:19 | | | | |
| 195:21 – 195:23 | | | | |
| 195:25 – 196:4 | | | | |
| 196:14 – 197:5 | IR, 403 | | | |
| 198:4 – 198:8 | IR, 403 | | | |
| 198:10 – 198:11 | IR, 403 | | | |
| 199:2 – 199:8 | IR, 403 | | | |
| 199:16 – 199:17 | IR, 403 | | | |
| 199:19 | IR, 403 | | | |
| 203:14 – 204:1 | IR, VA, 403 | 202:18-203:1, 203:3-6 | | |
| 204:6 - 204:11 | IR, 403 | | | |
| 205:3 – 206:18 | IR, 403 | | | |
| 206:20 – 206:25 | IR, 403 | | | |
| 207:2 – 207:25 | IR, 403 | | | |
| 212:4 – 212:6 | IR, 403 | | | |
| 212:8 – 212:12 | IR, 403 | | | |
| 239:23 – 240:7 | | | | |
| 249:7 – 249:16 | IR, 403 | | | |
| 249:21 – 250:9 | IR, 403 | | | |
| 256:10 – 256:13 | | | | |
| 257:9 – 257:11 | | | | |
| 257:13 – 257:16 | | | | |
| 257:18 – 257:21 | | | | |

Mark Imbriaco
30(b)(6), 30(b)(1)

| | | | | | |
|---|---|---|---|---|---|
| 259:3 – 259:15 | | | | | |
| 259:19 – 260:16 (exclude "four" from 260:8) (exclude "Marshmello, Star Wars" from 260:10) (exclude "Marshmello, Star Wars" from 260:15) | I, IR, 403 | 260:8 ("four"), 260:10 ("Marshmello, Star Wars"), 260:15 ("Marshmello, Star Wars") | IR, 403, IC | | |
| 262:1 – 262:20 | F, IR, 403 | | | | |
| 262:21 – 262:22 | IR, 403 | | | | |
| 262:24 – 263:1 | IR, 403 | | | | |
| 314:11 – 314:18 | IR, 403 | | | | |
| 314:20 – 315:5 | IR, 403 | | | | |
| 322:16 – 322:24 | IR, 403 | | | | |
| 323:11 – 323:21 | IR, 403 | | | | |
| 324:6 – 324:21 | IR, 403 | | | | |
| 326:14 – 326:16 (exclude "four" from 326:14) | I, IR, 403 | 326:14 ("four") | IR, 403, IC | | |
| 326:18 | IR, 403 | | | | |
| 326:20 -326:21 | IR, 403 | | | | |
| 326:23 – 326:24 | IR, 403 | | | | |
| 334:14 – 334:22 | | | | | |

## Brian Boyle
## 30(b)(6), 30(b)(1)

| Utherverse's Designations | Epic's Objs | Epic's Counters | Utherverse's Objections | Utherverse's Counter-Counters | Epic's Objections |
|---|---|---|---|---|---|
| 6:21-7:14 | IR, ARG | | | | |
| 10:12-11:8 | | | | | |
| 14:23-20:11 | ARG | | | Remove 19:24 and 20:9 | |
| 23:18-24:2 | ARG | | | Remove 23:21 | |
| 24:6-13 | | | | | |
| 25:24-26:2 | | | | | |
| 27:1-8 | | | | | |
| 28:1-15 | | | | | |
| 29:12-30:17 | | 30:18-23 | | | |
| 30:24-31:11 | | | | | |
| 37:19-41:5 | SCOPE, ARG | | | Withdraw | |
| 41:15-42:20 | SCOPE, ARG | | | | |
| 61:11-16 | IR, SCOPE, 403, ARG | | | Remove 61:13-61:14 | |
| 67:24-68:5 | IR, SCOPE, 403, ARG | | | Remove 68:2 | |
| 69:23-70:12 | IR, SCOPE, 403, ARG | | | Remove 70:7-70:8 | |
| 74:21-75:3 | SCOPE, ARG | | | Remove 75:1-75:2 | |
| 76:3-7 | SCOPE, VA, ARG | | | Remove 76:5 | |
| 76:16-77:6 | I, SCOPE, ARG | 76:8-13 | | | |
| 77:9-78:15 | IR, SCOPE, 403, ARG | | | Remove 77:11<br>Remove 77:21-77:22<br>Remove 78:1 | |
| 79:6-9 | IR, SCOPE | | | | |
| 79:17-80:2 | SCOPE, ARG | | | 79:10-79:12<br>79:22-80:2 | |
| 80:13-82:9 | SCOPE, 403, S, F, ARG | | | Remove 80:18<br>Remove 81:15<br>Remove 81:23-81:24<br>Remove 82:8 | |
| 83:1-12 | IR, SCOPE, 403, S, F, ARG | | | Remove 83:3 | |
| 83:16-84:1 | I, IR, SCOPE, 403, ARG | 84:2-6 | | Remove 83:18<br>Remove 83:24 | |
| 113:10-114:3 | SCOPE, ARG | | | Remove 113:13<br>Remove 113:20 – 113:21 | |
| 114:14-115:4 | I | 115:5-17 | | 114:7-114:9<br>114:11-114:13 | |
| 116:2-117:3 | SCOPE | | | Withdraw | |
| 143:2-8 | | | | | |
| 143:16-144:14 | SCOPE, F, ARG, 403 | | | Remove 143:18<br>Remove 144:11 - 12 | |
| 157:22-160:1 | IR, 403 | | | | |
| 161:14-17 | | | | | |
| 163:15-165:16 | IR, 403 | | | | |
| 165:18-169:5 | IR, SCOPE, 403, S, I, ARG | 169:6-17 | | Remove 167:20-167:21<br>Remove 168:6-168:7<br>Remove 168:13 | |

## Brian Boyle
## 30(b)(6), 30(b)(1)

| | | | | | |
|---|---|---|---|---|---|
| 169:19-170:14 | | | | | |
| 174:13-175:5 | | | | | |
| 177:17-178:14 | | | | | |
| 179:21-180:1 | | | | | |
| 181:7-9 | | 181:10-13 | | | |
| 181:14-182:22 | ARG | | | | |
| 183:20-20 | | | | | |
| 184:2-17 | | | | | |
| 185:12-186:18 | | | | Remove 181:16 | |
| 187:8-14 | | | | | |

| Code | Objection |
|---|---|
| ARG | Lawyer Argument or Colloquy. Epic objects to this deposition designation because it is lawyer argument and not testimony of the witness. |
| CM | Cumulative. Epic objects to this deposition designation on the ground that it is duplicative and/or cumulative of other designations. |
| F | Foundation. Epic objects to this deposition designation on the ground that the foundation necessary for its admission has not been laid. (Fed. R. Evid. 602) |
| H | Hearsay. Epic objects to this deposition designation because it constitutes or contains hearsay. (Fed. R. Evid. 801-802) |
| I | Incomplete. Epic objects to this deposition designation because it does not contain the complete testimony. (Fed. R. Evid. 106) Epic generally objects to all designations that include only part of a question and/or part of an answer, or that do not include any question. |
| IR | Not Relevant. Epic objects to this deposition designation because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401-402) |
| LO | Lay Opinion. Epic objects to this deposition designation because it constitutes or contains improper opinion by a lay witness. (Fed. R. Evid. 701-702) |
| NRT | Non-Responsive Testimony. Epic objects to this deposition designation because it includes statements that are not responsive to the question asked. |
| S | Speculative. Epic objects to this deposition designation because it includes statements that are speculative as to matters of fact or law. |
| SCOPE | Beyond Scope of 30(b)(6) Notice or Topics. Epic objects to this deposition designation because it is outside the scope of the topics on which the witness was designated as a corporate representative. |
| 403 | FRE 403. Epic objects to this deposition designation because any probative value it has is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403) |
| VA | Vague and Ambiguous. Epic objects to this deposition designation because it includes vague and indefinite statements. |
| L | Leading.  Epic objects as an improper leading question. |
| ICD | Improper Counter Designation.  Epic objects to this counter-designation because it is not necessary or relevant to be considered along with Epic's affirmative designation. |

| Objection Code | Utherverse Designation Objection Explanation |
|---|---|
| ARG | Lawyer Argument or Colloquy. Utherverse Gaming objects to this deposition designation because it is lawyer argument and not testimony of the witness. |
| CM | Cumulative. Utherverse Gaming objects to this deposition designation on the ground that it is duplicative and/or cumulative of other designations. |
| F | Foundation. Utherverse Gaming objects to this deposition designation on the ground that the foundation necessary for its admission has not been laid. (Fed. R. Evid. 602) |
| H | Hearsay/Improper use of Deposition. Utherverse Gaming objects to this deposition designation because it constitutes or contains hearsay. (Fed. R. Evid. 801-802); (Fed. R. Civ. P. 32) |
| I | Incomplete. Utherverse Gaming objects to this deposition designation because it does not contain the complete testimony. (Fed. R. Evid. 106) Utherverse generally objects to all designations that include only part of a question and/or part of an answer, or that do not include any question. |
| IC | Improper Counter-Designation. Utherverse Gaming objects to this deposition counter-designation because it does not contain the complete context of the testimony. (Fed. R. Evid. 106) Utherverse generally objects to all counter-designations that are taken out of context only part of the context of a question and/or part of the context of an answer, or that do not include the questions that put the testimony in context. |
| IR | Not Relevant. Utherverse Gaming objects to this deposition designation because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401-402) |
| LO | Lay Opinion. Utherverse Gaming objects to this deposition designation because it constitutes or contains improper opinion by a lay witness. (Fed. R. Evid. 701-702) |
| NRT | Non-Responsive Testimony. Utherverse Gaming objects to this deposition designation because it includes statements that are not responsive to the question asked. |
| S | Speculative. Utherverse Gaming objects to this deposition designation because it includes statements that are speculative as to matters of fact or law. |
| SCOPE | Beyond Scope of 30(b)(6) Notice or Topics. Utherverse Gaming objects to this deposition designation because it is outside the scope of the topics on which the witness was designated as a corporate representative. |
| 403 | FRE 403. Utherverse Gaming objects to this deposition designation because any probative value it has is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403) |
| VA | Vague and Ambiguous. Utherverse Gaming objects to this deposition designation because it includes vague and indefinite statements. |
| L | Leading. Utherverse Gaming objects as an improper leading question. |