# EXHIBIT B

## Case No. 2:21-cv-00799-RSM
## UTHERVERSE GAMING LLC v. EPIC GAMES, INC.
### Plaintiff's Pretrial Exhibit List

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | PTX014 | 8/8/2017 | US Patent 9.724,605 | UG00000020 | UG00000035 | |
| 2 | PTX004 | | Deposition of Mark Imbriaco | n/a | n/a | BRPL |
| 3 | PTX005 | | Deposition of Peter Axt | n/a | n/a | BRPL |
| 4 | PTX010 | | Deposition of Matt Weissinger | n/a | n/a | BRPL |
| 5 | PTX013 | | Deposition of Brian Boyle | n/a | n/a | BRPL |
| 6 | PTX015 | 5/12/2023 | Expert David Crane's Resume | n/a | n/a | H, BRPL |
| 7 | PTX016 | 4/14/2023 | Expert Craig Rosenberg's Resume | n/a | n/a | H, BRPL |
| 8 | PTX017 | 4/14/2023 | Expert Michele Riley's Resume | n/a | n/a | H, BRPL |
| 9 | PTX019 | | Brochure and User Manual for UE | EPIC00022261 | EPIC00022451 | F, 403, PK |
| 10 | PTX021 | 9/2/2022 | Epic's Third Amended Non-infringement Chart '605 Patent | n/a | n/a | BRPL |
| 11 | PTX022 | 9/2/2022 | Epic's Third Amended Non-infringement Chart '605 Patent - Exhibit G | n/a | n/a | BRPL |
| 12 | PTX023 | 9/2/2022 | Epic's Third Amended Non-infringement Chart '605 Patent - Exhibit K | n/a | n/a | BRPL |
| 13 | PTX025 | | Run-of-Show Spreadsheet for Ariana Grande Event | EPIC00014957 | | |
| 14 | PTX026 | | Buffet_Rec_Retrieve_Refs.png | EPIC-SRC-0000031 | EPIC-SRC-0000031 | F, DESC, Metadata, SC |
| 15 | PTX027 | | Buffet_Rec_Sequence_png | EPIC- SRC-0000032 | EPIC- SRC-0000032 | F, DESC, Metadata, SC |
| 16 | PTX028 | | Buffet_Recorded_Experience_File.png | EPIC- SRC-0000035 | EPIC- SRC-0000035 | F, DESC, Metadata, SC |
| 17 | PTX029 | | Buffet_Synchronization_Animation_Graph.png | EPIC- SRC-0000036 | EPIC- SRC-0000036 | F, DESC, Metadata, SC |
| 18 | PTX030 | | Buffet_Synchronizing_Animation.png | EPIC- SRC-0000037 | EPIC- SRC-0000037 | F, DESC, Metadata, SC |
| 19 | PTX031 | | https://docs.unrealengine.com/4.27/en-US/AnimatingObjects/Sequencer/Overview | UG00046712 | UG00046719 | A, F, H, 403, PK |
| 20 | PTX032 | | https://www.youtube.com/watch?v=D3trMpkxAFk | n/a | n/a | A, F, H, 403, NP, PK |
| 21 | PTX034 | | Buffet_Population_Limit_Athena_GameMode_Zoomed.png | EPIC- SRC0000025 | EPIC- SRC0000025 | F, DESC, Metadata, SC |
| 22 | PTX035 | | Buffet_Population_Limit_Athena_GameMode.png | EPIC- SRC-0000026 | EPIC- SRC-0000026 | F, DESC, Metadata, SC |
| 23 | PTX036 | | Buffet_Population_Limit_Athena_PlayerController_Zoomed.png | EPIC- SRC-0000027 | EPIC- SRC-0000027 | F, DESC, Metadata, SC |
| 24 | PTX037 | | Buffet_Population_Limit_Athena_PlayerController.png | EPIC- SRC-0000028 | EPIC- SRC-0000028 | F, DESC, Metadata, SC |
| 25 | PTX038 | | Buffet_Population_Limit_Lobby_Level_Zoomed.png | EPIC- SRC-0000029 | EPIC- SRC-0000029 | F, DESC, Metadata, SC |
| 26 | PTX039 | | Buffet_Population_Limit_Lobby_Level.png | EPIC- SRC-0000030 | EPIC- SRC-0000030 | F, DESC, Metadata, SC |
| 27 | PTX040 | | Unreal Engine 4 Terminology | EPIC000020291 | EPIC000020291 | F |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 28 | PTX042 | 11/9/2021 | Understanding latency or Ping in Fortnite | UG00002791 | UG00002795 | A, F, Q |
| 29 | PTX043 | | https://www.epicgames.com/fortnite/en-US/news/fortnite-presents-the-rift-tour-featuring-ariana-grande | UG00002744 | UG00002748 | |
| 30 | PTX046 | | Jerky_Synchronization_Animation_Sequence_Anim1_Zoomed..png | EPIC-SRC-0000118 | EPIC-SRC-0000118 | F, DESC, Metadata, SC |
| 31 | PTX047 | | Jerky_Synchronization_Animation_Anim1.png | EPIC-SRC-0000119 | EPIC-SRC-0000119 | F, DESC, Metadata, SC |
| 32 | PTX048 | | JerkyMaster.uasset - Sequence file for animation of Travis Scott | EPIC-SRC-0000101 | EPIC-SRC-0000101 | F, SC |
| 33 | PTX049 | | https://www.epicgames.com/fortnite/en-US/news/astronomical | UG000002786 | UG000002790 | A, F, H |
| 34 | PTX050 | | Run-of-Show Spreadsheet for Travis Scott Event | EPIC00014958 | EPIC00014958 | |
| 35 | PTX051 | | Rift Tour GTM PPT | EPIC00014594 | EPIC00014658 | DESC, H |
| 36 | PTX052 | | Jerky_Rec_Retrieve_Refs_Zoomed.png | EPIC-SRC-0000110 | EPIC-SRC-0000110 | F, DESC, Metadata, SC |
| 37 | PTX053 | | Jerky_Rec_Retrieve_Refs.png | EPIC-SRC-0000111 | EPIC-SRC-0000111 | F, DESC, Metadata, SC |
| 38 | PTX054 | | Jerky_Recorded_Experience_Playback_Zoomed.png | EPIC-SRC-0000112 | EPIC-SRC-0000112 | F, DESC, Metadata, SC |
| 39 | PTX055 | | Jerky_Recorded_Experience_Playback.png | EPIC-SRC-0000113 | EPIC-SRC-0000113 | F, DESC, Metadata, SC |
| 40 | PTX056 | | Jerky_Player_Limit2_Zoomed.png | EPIC-SRC-0000106 | EPIC-SRC-0000106 | F, DESC, Metadata, SC |
| 41 | PTX057 | | Jerky_Player_Limit2.png | EPIC-SRC-0000107 | EPIC-SRC-0000107 | F, DESC, Metadata, SC |
| 42 | PTX058 | | Jerky_Player_Limit_Zoomed.png | EPIC-SRC-0000108 | EPIC-SRC-0000108 | F, DESC, Metadata, SC |
| 43 | PTX059 | | Jerky_Synchronization_Animation_Graph_Zoomed.png | EPIC-SRC-0000114 | EPIC-SRC-0000114 | F, DESC, Metadata, SC |
| 44 | PTX060 | | Jerky_Synchronization_Animation_Graph.png | EPIC-SRC-0000115 | EPIC-SRC-0000115 | F, DESC, Metadata, SC |
| 45 | PTX061 | | Jerky_Synchronization_Animation_Refs_Zoomed.png | EPIC-SRC-0000116 | EPIC-SRC-0000116 | F, DESC, Metadata, SC |
| 46 | PTX062 | | Jerky_Synchronization_Animation_Refs.png | EPIC-SRC-0000117 | EPIC-SRC-0000117 | F, DESC, Metadata, SC |
| 47 | PTX063 | | Jerky_Synchronization_Animation_Sequence_Master_Zoomed.png | EPIC-SRC-0000120 | EPIC-SRC-0000120 | F, DESC, Metadata, SC |
| 48 | PTX064 | | Jerky_Synchronization_Animation_Sequence_Master.png | EPIC-SRC-0000121 | EPIC-SRC-0000121 | F, DESC, Metadata, SC |
| 49 | PTX067 | | Video of GameMax | UG00003325 | UG00003325 | A, F, 403, H |
| 50 | PTX073 | | Video: Opening scen is a space ship and rated T for Teen | UG00003313 | UG00003313 | A, F, H |
| 51 | PTX075 | | intentionally omitted | | | A, F, DESC, NP |
| 52 | PTX076 | Website Link | https://dev.epicgames.com/documentation/en-us/unreal-engine/keyframing?application_version=4.27 | n/a | n/a | A, F, 403, NP, PK |
| 53 | PTX078 | Website Link | https://www.youtube.com/watch?v=jwiyfbGGzgI | n/a | n/a | A, F, H, 403, NP, PK |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 54 | PTX079 | Website Link | https://aws.amazon.com/compare/the-difference-between-containers-and-virtual-machines/ | n/a | n/a | A, F, H, 403, NP, PK |
| 55 | PTX080 | Website Link | https://aws.amazon.com/what-is/virtualization/ | n/a | n/a | A, F, H, 403, NP, PK |
| 56 | PTX082 | Website Link | https://docs.unrealengine.com/4.26/en-US/AnimatingObjects/Sequencer/HowTo/TracksPlayRate/ | n/a | n/a | A, F, H, 403, NP, PK |
| 57 | PTX083 | Website Link | Epic internal wiki: Dedicated Server Deployment Architecture | EPIC-00020439 | EPIC00020459 | F, I, 403, PK |
| 58 | PTX084 | Website Link | https://www.epicgames.com/help/en-US/fortnite-c5719335176219/technical-support-c5719372265755/what-platforms-or-devices-are-compatible-with-fortnite-a5720385202331 | n/a | n/a | A, F, NR, NP, PK |
| 59 | PTX085 | | GamesSessionDedicatedAthena.cpp | EPIC-SRC-0000093 | EPIC-SRC-0000093 | F, DESC, SC |
| 60 | PTX086 | | FortPlaylist.h | EPIC-SRC-0000094 | EPIC-SRC-0000094 | F, DESC, SC |
| 61 | PTX087 | | FortPlaylistManager.cpp | EPIC-SRC-0000095 | EPIC-SRC-0000095 | F, DESC, SC |
| 62 | PTX088 | | PartyBeaconHost.cpp | EPIC-SRC-0000103 | EPIC-SRC-0000105 | F, SC |
| 63 | PTX089 | | FortMatchmakingV2.cpp | EPIC-SRC-0000160 | EPIC-SRC-0000164 | F, DESC, SC |
| 64 | PTX090 | | https://dev.epicgames.com/documentation/en-us/unreal-engine/API/Plugins/OnlineSubsystemUtils/APartyBeaconHost?application_version=4.27 | n/a | n/a | A, F, 403, NP, PK |
| 65 | PTX091 | | FortPlayerControllerAthena.cpp | EPIC- SRC-0000001 | EPIC- SRC-0000002 | F, DESC, SC |
| 66 | PTX092 | | ConcertServer.cpp | EPIC- SRC-0000006 | EPIC- SRC-0000006 | F, DESC, SC |
| 67 | PTX093 | | FortAthenaMutator_SpecialEvent.cpp | EPIC- SRC-0000012 | EPIC- SRC-0000013 | F, DESC, SC |
| 68 | PTX094 | | FortPlaylist.h | EPIC- SRC-0000014 | EPIC- SRC-0000014 | F, DESC, SC |
| 69 | PTX095 | | FortPlaylistManager.cpp | EPIC- SRC-0000015 | EPIC- SRC-0000015 | F, DESC, SC |
| 70 | PTX096 | | FortMatchmakingV2.cpp | EPIC- SRC-0000122 | EPIC- SRC-0000122 | F, DESC, SC |
| 71 | PTX097 | | PartyBeaconHost.cpp – Reservations during matchmaking process | EPIC-SRC-0000124 | EPIC-SRC-0000126 | F, DESC, SC |
| 72 | PTX098 | | Buffet_Record_Retrive_BP.png | EPIC-SRC-000033 | EPIC-SRC-000033 | F, DESC, Metadata, SC |
| 73 | PTX099 | | Unreal Engine page: Physics | EPIC00020285 | EPIC00020285 | |
| 74 | PTX100 | | Unreal Engine page: Animating Characters and Objects | EPIC00020380 | EPIC00020384 | F, 403, M |
| 75 | PTX101 | | Unreal Engine page: Collision Overview | EPIC00020389 | EPIC00020389 | F, 403 |
| 76 | PTX102 | | Unreal Engine page: Collision Response Reference | EPIC00020390 | EPIC00020390 | F, 403 |
| 77 | PTX103 | | Unreal Engine video: Using Collision - Build a Detective's Office Game Environment | EPIC00020405 | EPIC00020405 | F, H, NR |
| 78 | PTX105 | | Epic Games announcement: Ariana Grande Steps into the Metaverse as the Headliner for Fortnite's Rift Tour | UG00003221 | UG00003225 | |
| 79 | PTX106 | | Jerky_Synchronization_Animation_Graph_Zoomed.png | EPIC- SRC-0000114 | EPIC- SRC-0000114 | F, DESC, Metadata, SC |
| 80 | PTX107 | | Jerky_Synchronization_Animation_Graph.png | EPIC- SRC-0000115 | EPIC- SRC-0000115 | F, DESC, Metadata, SC |
| 81 | PTX108 | | Jerky_Synchronization_Animation_Refs_Zoomed.png | EPIC- SRC-0000116 | EPIC- SRC-0000116 | F, DESC, Metadata, SC |
| 82 | PTX109 | | Jerky_Synchronization_Animation_Refs.png | EPIC- SRC-0000117 | EPIC- SRC-0000117 | F, DESC, Metadata, SC |
| 83 | PTX110 | | Jerky_Synchronization_Animation_Sequence_Master_Zoomed.png | EPIC- SRC-0000120 | EPIC- SRC-0000120 | F, DESC, Metadata, SC |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 84 | PTX111 | | Jerky_Synchronization_Animation_Sequence_Master.png | EPIC- SRC-0000121 | EPIC- SRC-0000121 | F, DESC, Metadata, SC |
| 85 | PTX112 | Website Link | Youtube video: Travis Scott and Fortnite Present_Astronomical (Full Event Video) | UG00003321 | UG00003321 | A, F, H |
| 86 | PTX113 | | BuffetAnimationEscher.uasset | EPIC-SRC-0000003 | EPIC-SRC-0000003 | F, DESC, SC, C |
| 87 | PTX115 | | BlockingVolume.cpp | EPIC-SRC-0000004 | EPIC-SRC-0000004 | F, DESC, SC |
| 88 | PTX116 | | BlockingVolume.h | EPIC-SRC-0000005 | EPIC-SRC-0000005 | F, DESC, SC |
| 89 | PTX117 | | Buffet_Escher_Editor_Blockers_Zoomed.png | EPIC-SRC-0000007 | EPIC-SRC-0000007 | F, DESC, Metadata, SC |
| 90 | PTX118 | | Buffet_Escher_Seq_Blocker_Zoomed.png | EPIC-SRC-0000008 | EPIC-SRC-0000008 | F, DESC, Metadata, SC |
| 91 | PTX119 | | Buffet_Recorded_Experience_File.png | EPIC-SRC-0000035 | EPIC-SRC-0000035 | F, DESC, Metadata, SC |
| 92 | PTX120 | | Buffet_Synchronization_Animation_Graph.png | EPIC-SRC-0000036 | EPIC-SRC-0000036 | F, DESC, Metadata, SC |
| 93 | PTX121 | | Buffet_Synchronizing_Animation.png | EPIC-SRC-0000037 | EPIC-SRC-0000037 | F, DESC, Metadata, SC |
| 94 | PTX122 | Video | https://www.youtube.com/watch?v=kjj3FwzRQms | UG00009490 | UG00009490 | A, F, H |
| 95 | PTX123 | Video | Youtube video: THE FORTNITE TRAVIS SCOTT EVENT WAS INSANE W DRLUPO COURAGEJD SYPHERPK | UG00003324 | UG00003324 | A, F, H |
| 96 | PTX125 | | Epic internal wiki: MMS Overview | EPIC00000620 | EPIC0000621 | F, I, 403, PK |
| 97 | PTX127 | | Epic internal wiki: Dedicated Server Platform | EPIC00000622 | EPIC00000706 | F, NR, I, 403 |
| 98 | PTX129 | | Epic internal wiki: AutoScaler | EPIC00020437 | EPIC00020438 | F, NR, 403, I |
| 99 | PTX130 | | Epic internal wiki: Platform Overview | EPIC00020460 | EPIC00020472 | F, H, 403, I, C |
| 100 | PTX131 | | Epic internal wiki: Master Control Program - Data Asset Directory | EPIC00020525 | EPIC00020526 | F, 403, PK |
| 101 | PTX132 | | Epic internal wiki: Master Control Program - Terms and Concepts | EPIC00020542 | EPIC00020544 | F, I, 403, PK |
| 102 | PTX133 | | Epic internal wiki: Master Control Program - Data Model | EPIC00020546 | EPIC00020549 | F, I, 403, PK |
| 103 | PTX134 | | Epic internal wiki: Master Control Program - Templates | EPIC00020553 | EPIC00020554 | F, I, 403, PK |
| 104 | PTX136 | | Epic internal wiki: MMS V1 Explainer (MMS Documentation) | EPIC00020555 | EPIC00020574 | |
| 105 | PTX137 | | Epic internal wiki: Dedicated Server Deployment Architecture | EPIC00021219 | EPIC00021239 | F, H, I, 403, PK |
| 106 | PTX138 | | Epic internal wiki: Use AWS CloudFormation to create RDS DB instance | EPIC00021502 | EPIC00021502 | F, NR, 403, PK |
| 107 | PTX139 | | Epic internal wiki: Waiting Room Service | EPIC00021503 | EPIC00021504 | F, I, 403, PK |
| 108 | PTX140 | | Epic internal wiki: Waiting Room Service Operating Instructions | EPIC00021510 | EPIC00021510 | F, 403, PK |
| 109 | PTX141 | | Epic internal wiki: Online Gameplay Engineer Onboarding and more | EPIC00021511 | EPIC00021576 | F, NR, I, 403, PK |
| 110 | PTX142 | | Epic internal wiki: Former Team Members and more | EPIC00022452 | EPIC00022669 | F, NR, I, 403, PK |
| 111 | PTX143 | Video | https://www.youtube.com/watch?v=Ae75UuXQ0eU | UG00009491 | UG00009491 | A, F, H |
| 112 | PTX144 | Video | Youtube video: ARIANA GRANDE EVENT very cool_1080pFHR | UG00003308 | UG00003308 | A, F, H |
| 113 | PTX145 | Video | Youtube video: Fortnite X Ariana Grande Rift Tour Concert Gameplay_1080pFHR | UG00003318 | UG00003318 | A, F, H |
| 114 | PTX146 | | Fortnite Tweet on Twitter | UG000003271 | UG00003274 | A, F, H, I |
| 115 | PTX147 | | Jerky_Player_Limit_Zoomed.png | EPIC-SRC-0000108 | EPIC-SRC-0000108 | F, DESC, Metadata, SC, C |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 116 | PTX148 | | Jerky_Player_Limit.png | EPIC-SRC-0000109 | EPIC-SRC-0000109 | F, DESC, Metadata, SC |
| 117 | PTX150 | | https://dev.epicgames.com/documentation/en-us/fortnite-creative/fortnite-creative-documentation | n/a | n/a | NP |
| 118 | PTX151 | | https://dev.epicgames.com/docs/game-services/lobbies-and-sessions/lobbies/lobbies-intro | n/a | n/a | A, F, H, NR, 403, NP, PK |
| 119 | PTX152 | | Epic internal wiki: Runbook - AWS EC2 Events | EPIC00021392 | EPIC00021398 | F, NR, I, 403, PK |
| 120 | PTX153 | | FortMatchingMakingV2.cpp | EPIC-SRC-0000127 | EPIC-SRC-0000130 | F, DESC, SC |
| 121 | PTX154 | | Buffet_Escher_Seq_Blocker.png | EPIC-SRC-0000009 | EPIC-SRC-0000009 | F, DESC, Metadata, SC |
| 122 | PTX155 | Video | Automating Management of Amazon EC2 Instances - March 2017 AWS Online Tech Talks | EPIC00017835 | EPIC00017835 | F, H, NR, I, 403, PK |
| 123 | PTX156 | Video | AWS re_Invent 2018_ Chris Dyl, Director of Platform at Epic Games, Speaks at Monday Night Live | EPIC00020243 | EPIC00020243 | F, H, NR, I, 403, PK |
| 124 | PTX157 | Video | AWS re_Invent 2021 - How Epic Games develops Fortnite faster with a build farm on AWS | EPIC00020244 | EPIC00020244 | F, H, NR, I, 403, PK |
| 125 | PTX158 | Video | DEPLOY DEDICATED GAME SERVERS FOR MULTIPLAYER GAMES | EPIC00020248 | EPIC00020248 | F, H, I, C, 403, PK |
| 126 | PTX159 | Video | Unreal Engine video: Refining Collision for Gameplay - Creating a Level Blockout | EPIC00020266 | EPIC00020266 | F, H, NR PK |
| 127 | PTX160 | Video | Youtube video: F1116587-Nick-Eh-30-reacts-to-the-Fortnite-Marshmello-Event!-(Concert-in-Pleasant-Park) | UG000009492 | UG000009492 | A, F, H |
| 128 | PTX161 | | BlockingVolume.cpp | EPIC-SRC-0000091 | EPIC-SRC-0000091 | F, DESC, SC |
| 129 | PTX162 | | BlockingVolume.h | EPIC-SRC-0000092 | EPIC-SRC-0000092 | F, DESC, SC |
| 130 | PTX163 | | FortInputData.cpp | EPIC-SRC-0000100 | EPIC-SRC-0000100 | F, SC |
| 131 | PTX164 | | DefaultPawn.cpp | EPIC-SRC-0000016 | EPIC-SRC-0000018 | F, DESC, SC |
| 132 | PTX165 | | FortInputData.cpp | EPIC-SRC-0000019 | EPIC-SRC-0000019 | F, DESC, SC |
| 133 | PTX166 | | FortInputData.cpp | EPIC-SRC-0000020 | EPIC-SRC-0000020 | F, DESC, SC |
| 134 | PTX167 | | Jerky_Blockers.png | EPIC-SRC-0000159 | EPIC-SRC-0000159 | F, DESC, Metadata, SC |
| 135 | PTX168 | Video | Network Multiplayer Fundamentals _ Live from HQ _ Inside Unreal.mp4 | EPIC00020249 | EPIC00020249 | F, H, C, 403, PK |
| 136 | PTX170 | | Unreal Engine page: Sequencer Editor Reference | UG00050003 | UG00050010 | A, F, H, Q, PK |
| 137 | PTX171 | | Unreal Engine page: Cinematics Sequencer | UG00045234 | UG00045238 | DESC A, F, H, Q, PK |
| 138 | PTX172 | | Unreal Engine page: Actors | UG00044959 | UG00044960 | A, F, H, 403, Q, PK |
| 139 | PTX173 | | IBISWorld Industry Report NN003: Video Games in the US, May 2019 | UG00052997 | UG00053050 | A, F, H |
| 140 | PTX174 | | IPSCIO Reports Royalty Rate Industry Summary 2020 | UG00052644 | UG00052650 | A, F, H, 403, I |
| 141 | PTX176 | 12/21/2020 | Patent Purchase and License Agreement | UG00000848 | UG00000901 | |
| 142 | PTX177 | 12/21/2020 | Trademark License Agreement | UG00000902 | UG00000912 | |
| 143 | PTX178 | 12/21/2020 | Assignment of Patent Rights | UG00000913 | UG00000918 | |
| 144 | PTX181 | | Utherverse Co-Creating the Future | BRIANS_004031 | BRIANS_004068 | A, F, H, NR, 403 |
| 145 | PTX185 | | Table of Contents of Patents | BRIANS_034465 | BRIANS_034544 | A, F, H, NR, 403 |
| 146 | PTX192 | | Background on Gary and Brian Shuster with list of US patents | UDi_005650 | UDi_005660 | A, F, H |
| 147 | PTX195 | Sep-20 | Roadmap to 18MM | EPIC00000953 | EPIC00000962 | F, H, 403 |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 148 | PTX198 | | Travis Scott Concert Compared to Season Launches | EPIC00014491 | EPIC00014512 | F, I, PK |
| 149 | PTX199 | | Anstronomial Post Project ReCap | EPIC00014528 | EPIC00014574 | F, H, I |
| 150 | PTX201 | | Powerpoint Slide about Success?  Check | EPIC00014828 | EPIC00014863 | F, H, 403, I, PK |
| 151 | PTX203 | | Rift Tour Phases and dates | EPIC00014585 | EPIC00014593 | F, PK |
| 152 | PTX204 | | Ariana Grande Rift Tour Event Sentiment Snapshot | EPIC00014725 | EPIC00014745 | F, H, PK |
| 153 | PTX205 | | Travis Scott Party Royale Highlights | EPIC00014824 | EPIC00014827 | H |
| 154 | PTX206 | | Rift Tour: Insights Powerpoint | EPIC00014864 | EPIC00014882 | F, H,  I, PK |
| 155 | PTX208 | 1/29/2019 | Amendment Two to Services Agreement | EPIC00014917 | EPIC00014921 | F, NR, TPC |
| 156 | PTX209 | 1/31/2019 | Amendment Three to Services Agreement | EPIC00014922 | EPIC00014929 | F, NR, TPC |
| 157 | PTX212 | 4/7/2020 | Services and License Agreement between Epic and LaFlame (signed) | EPIC00014965 | EPIC00014993 | F, TPC |
| 158 | PTX213 | 4/7/2020 | Amendment Agreement  between Epic and LaFlame (signed) | EPIC00014994 | EPIC00014996 | F, TPC |
| 159 | PTX218 | | Scorecard for Travis Scott | EPIC00017428 | EPIC00017432 | F, H |
| 160 | PTX219 | | Utherverse Event Attendance Spreadsheet | EPIC00017446 | | F |
| 161 | PTX223 | 4/14/2020 | Cross License and Settlement Agreement with Acceleration Bay | EPIC00017495 | EPIC00017513 | F, NR, TPC |
| 162 | PTX224 | 7/30/2021 | Service and License Agreement between Epic and AGent, LLC | EPIC00017526 | EPIC00017550 | F, TPC |
| 163 | PTX225 | 10/7/2021 | Merchandise Agreement betweeen Epic and Bravado International Group | EPIC00017551 | EPIC00017557 | F, 403, TPC |
| 164 | PTX226 | | Travis Scott Forecast and Scorecard Spreadsheet | EPIC00017571 | EPIC00017571 | F, PK |
| 165 | PTX227 | | Fortnite Live Events Objective | EPIC00017572 | EPIC00017613 | F, 403, I, PK, MIL |
| 166 | PTX228 | | Fortnite Music Strategy dated December 2021 | EPIC00017614 | EPIC00017635 | F, H, I, PK |
| 167 | PTX229 | 12/31/2017 | Epic Games, Inc. Consolidated Financial Statements for 2016 and 2017 | EPIC00017645 | EPIC00017673 | H, 403, MIL |
| 168 | PTX230 | 12/31/2019 | Epic Games, Inc. Consolidated Financial Statements for 2018 and 2019 | EPIC00017703 | EPIC00017733 | H, 403, MIL |
| 169 | PTX231 | 12/31/2021 | Epic Games, Inc. Consolidated Financial Statements for 2020 and 2021 | EPIC00017773 | EPIC00017816 | H, 403, MIL |
| 170 | PTX232 | | ** | EPIC00022670 | EPIC0002740 | F, PK |
| 171 | PTX233 | 1/30/2019 | Email s between Mark Imbriaco and Jon Snedl regarding Texas for Concert population target and updates | EPIC00023187 | EPIC00023192 | F, H, 403, PK, MIL |
| 172 | PTX234 | | ** | EPIC00025394 | EPIC00025394 | F, PK |
| 173 | PTX235 | | ** | EPIC00025395 | EPIC00025395 | F, PK |
| 174 | PTX236 | | Spreadsheet of Live Events in 2019 | EPIC00025906 | EPIC00025946 | F, NR, 403, MIL |
| 175 | PTX237 | 4/7/2020 | Services and License Agreement between Epic and LaFlame (signed) | LAFLAME 000001 | LAFLAME 000029 | F, TPC |
| 176 | PTX238 | 4/7/2020 | Amendment Agreement  between Epic and LaFlame (signed) | LAFLAME 000030 | LAFLAME 000036 | F, I, M, TPC |
| 177 | PTX239 | 4/23/2020 | Contract for the Sale of Goods between Jazwares and Cactus Jack Design | LAFLAME 000037 | LAFLAME 000048 | M, TPC |
| 178 | PTX327 | 3/6/2023 | Epic Games, Inc.'s Objections and Responses to Utherverse Gaming LLC's Fourth Set of Interrogatories (No. 14) | n/a | n/a | BRPL |
| 179 | PTX331 | Website Link | https://ephere.com/plugins/autodesk/maya/ornatrix/ | UG00052848 | UG00052850 | A, F, H |
| 180 | PTX332 | Website Link | https://ephere.com/plugins/autodesk/maya/ornatrix/docs/4/About_Ornatrix_Maya.html | UG00052851 | UG00052852 | A, F, H |
| 181 | PTX333 | Website Link | https://ephere.com/services.html | UG00052855 | UG00052858 | A, F, H |
| 182 | PTX335 | Website Link | https://fortnitenews.com/fortnite-rift-tour-nominated-for-best-metaverse-performance-at-mtv-video-music-awards-2022/ | UG00052928 | UG00052930 | A, F, H |
| 183 | PTX336 | Website Link | https://store.epicgames.com/en-US/p/fortnite | n/a | n/a | A, F, NP, DESC |
| 184 | PTX337 | Website Link | https://variety.com/2020/digital/news/travis-scott-fortnite-record-viewers-live-1234589033/ | UG00048427 | UG00048435 | A, F, H |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 185 | PTX339 | Website Link | https://sea.mashable.com/entertainment/10261/travis-scotts-fortnite-concert-is-the-best-damn-thing-to-come-out-from-a-video-game | UG00051800 | UG00051808 | A, F, H |
| 186 | PTX340 | Website Link | https://www.cnet.com/culture/fortnite-travis-scott-astronomical-experience-seen-by-almost-28-million-players/ | UG00050483 | UG00050485 | A, F, H |
| 187 | PTX344 | Website Link | https://www.epicgames.com/site/en-US/about | n/a | n/a | A, F, NP, DESC |
| 188 | PTX345 | Website Link | https://medium.com/gamemakers/the-economy-of-the-metaverse-interview-with-epic-ceo-tim-sweeney-1822eed01ddf | UG00052981 | UG00052996 | A, F, H |
| 189 | PTX347 | Website Link | https://www.epicgames.com/site/en-US/news/ariana-grande-steps-into-the-metaverse-as-the-headliner-for-fortnites-rift-tour | UG00003295 | UG00003299 | A, F |
| 190 | PTX349 | Website Link | https://www.forbes.com/sites/paultassi/2019/12/27/fortnite-is-building-the-metaverse-whether-you-realize-it-or-not/?sh=39a1ed0056f6 | UG00052867 | UG000052873 | A, F, H |
| 191 | PTX350 | Website Link | https://www.fortnite.com/faq | UG00052885 | UG00052896 | A, F |
| 192 | PTX351 | Website Link | https://www.fortnite.com/news/astronomical | UG00052917 | UG00052920 | A, F |
| 193 | PTX352 | Website Link | https://www.fortnite.com/news/what-is-fortnite-beginners-guide | UG00052921 | UG00052927 | A, F |
| 194 | PTX353 | Website Link | https://www.fortnite.com/rift-tour/ | UG00052897 | UG00052901 | A, F |
| 195 | PTX354 | Website Link | https://www.fortnite.com/vbuckscard | UG00052902 | UG00052905 | A, F |
| 196 | PTX355 | Website Link | https://www.gamesradar.com/if-the-travis-scott-astronomical-performance-proved-anythingits-that-fortnite-is-changing-the-game-and-music-industries-forever/ | UG00052931 | UG00052943 | A, F, H |
| 197 | PTX356 | Website Link | https://www.hollywoodreporter.com/business/digital/fortnite-presents-rift-tour-ariana-grande-1234994287/ | UG00003161 | UG00003175 | A, F, H |
| 198 | PTX357 | Website Link | https://www.insider.com/travis-scott-fortnite-concert-video-photo-visually-stunning-the-scotts-2020-4 | UG00052789 | UG00052801 | A, F, H |
| 199 | PTX358 | Website Link | https://www.joealter.com | UG00052952 | UG00052952 | A, F, H |
| 200 | PTX359 | Website Link | https://www.pcgamer.com/epic-has-sunk-dollar500m-into-the-epic-games-store-doesnt-expect-to-make-a-profit-until-2027/ | UG00053088 | UG00053090 | A, F, H, 403 |
| 201 | PTX360 | Website Link | https://www.pcgamer.com/sony-invests-another-dollar200m-into-epics-vision-for-the-metaverse/ | UG00053091 | UG00053094 | A, F, H, 403 |
| 202 | PTX361 | Website Link | https://www.theverge.com/2020/4/23/21233637/travis-scott-fortnite-concert-astronomical-live-report | UG00048590 | UG00048597 | A, F, H |
| 203 | PTX362 | Website Link | https://www.unrealengine.com/en-US | UG00053149 | UG00053151 | A, F, 403 |
| 204 | PTX363 | Website Link | https://www.unrealengine.com/en-US/blog/shave-and-a-haircut-v9-6-for-maya | UG00053147 | UG00053148 | A, F, 403 |
| 205 | PTX365 | Website Link | https://www.youtube.com/watch?v=cldkL157x_o | UG00053794 | UG00053797 | A, F, H, 403 |
| 206 | PTX366 | Website Link | https://www.youtube.com/watch?v=h6ClJxjuRvw | UG00053781 | UG000537973 | A, F, H, 403 |
| 207 | PTX367 | 9/27/2022 | Epic Letter re Financial Documents | n/a | n/a | 403, DESC, BRPL |
| 208 | PTX370 | Website Link | https://www.theverge.com/2021/8/9/22616664/ariana-grande-fortnite-rift-tour-worldbuilding-storytelling | UG00053138 | UG00053141 | A, F, H |
| 209 | PTX372 | | First 200 Rows of Epic Data | Boyle Ex. 18 | | Metadata, I |
| 210 | PTX373 | None | ITEMS and Template IDS from Epic Data Spreadsheet | Boyle Ex. 19 | n/a | Metadata, I |
| 211 | PTX374 | None | Travis Scott Concert Compared to Season Launches | EPIC0014491 | EPIC00014512 | F, PK, C |
| 212 | PTX375 | None | Astronomical Post Project Recap | Boyle Ex. 22 | | F, H, C |
| 213 | PTX376 | None | Rift Tour: Insights | Boyle Ex. 23 | | F, H, PK, C |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 214 | PTX377 | None | Fortnite Live Events | Boyle Ex. 24 | | F, 403, PK, C, MIL |
| 215 | PTX378 | Dec-21 | Fortnite Music Strategy | Boyle Ex. 25 | | F, H, PK, C |
| 216 | PTX379 | Jul-21 | Licenses Emote Update | Boyle Ex. 26 | | F, PK, 403, MIL |
| 217 | PTX380 | None | Base Data Spreadsheet | EPIC00025906 | EPIC00052946 | F, 403, PK, MIL |
| 218 | PTX381 | None | Epic Games, Inc's Consolidated Financial Statements 12/31/2017 and 2016 | EPIC00017645 | EPIC00017673 | H, 403, C, MIL |
| 219 | PTX382 | None | Epic Games, Inc's Consolidated Financial Statements 12/31/2018 and 2017 | EPIC00017674 | EPIC00017702 | H, 403, MIL |
| 220 | PTX383 | None | Epic Games, Inc's Consolidated Financial Statements 12/31/2019 and 2020 | EPIC00017703 | EPIC00017733 | H, 403, C, MIL |
| 221 | PTTX384 | None | Epic Games, Inc's Consolidated Financial Statements 12/31/2020 and 2019 | EPIC00017734 | EPIC00017772 | H, 403, MIL |
| 222 | PTX386 | None | Spreadsheets for Fortnite Bookings | EPIC00020576 | EPIC00020576 | H, 403, MIL |
| 223 | PTX392 | | Background of Gary Shuster and Brian Shuster | UDi_005650 | UDi_005660 | A, F, H, C |
| 224 | PTX393 | | Table of Contents of Patents | BRIANS_034465 | BRIANS_034544 | A, F, H, NR, 403, C |
| 225 | PTX395 | | Audio file of Imbriaco Interview on Edgevana Podcast | UG00009735 | UG00009735 | A, F, H, 403 |
| 226 | PTX396 | | Unreal Engine Network Overview | Imbriaco Ex. 54 | | |
| 227 | PTX397 | | Setting Up Dedicated Servers | Imbriaco Ex. 55 | | |
| 228 | PTX398 | | Dedicated Server Deployment Architecture | EPIC00020439 | EPIC00020459 | F, PK, C |
| 229 | PTX399 | | Platform Overview | EPIC00020460 | EPIC00020472 | F, PK, C |
| 230 | PTX400 | | Infrastructure overview (how we use AWS, Ansible, Docker and Terraform) | EPIC00021098 | EPIC00021099 | |
| 231 | PTX401 | | Dedicated Server Platform | EPIC0000622 | EPIC0000706 | F, NR, I, C |
| 232 | PTX402 | | Cyclone Jerky Run of Show (Color Print of Native) | EPIC00014958 | EPIC00014958 | C |
| 233 | PTX403 | | Buffet - Run of Show (Color Print of Native) | EPIC00014957 | EPIC00014957 | C |
| 234 | PTX404 | | Epic Games - Data Export Definitions | Weissinger Ex. 38 | | |
| 235 | PTX405 | | Rift Tour GTM (Color Print of Native) | EPIC00014594 | EPIC00014658 | H |
| 236 | PTX406 | | Rift Tour Recap | EPIC00025794 | EPIC00025874 | H |
| 237 | PTX407 | | Non-Exclusive Patent License with Creative Technology Ltd. | EPIC00017384 | EPIC00017393 | F |
| 238 | PTX408 | | Patent License Agreement with Ephere Productions Inc. | EPIC00017394 | EPIC00017412 | F, MIL |
| 239 | PTX409 | | Patent License Agreement with Peregrine Visual Storytelling Ltd. | EPIC00017413 | EPIC00017427 | F |
| 240 | PTX411 | | Spreadsheet - Rift Tour Coverage (Color Print of Native) | EPIC00000619 | EPIC00000619 | F, H, I |
| 241 | PTX412 | | Travis Scott Party Royale Highlights (Color Print of Native) | EPIC00014824 | EPIC00014827 | H, C |
| 242 | PTX413 | | Astronomical (Color Print of Native) | EPIC00014828 | EPIC00014863 | H |
| 243 | PTX414 | | Slack Channel Spreadsheet | EPIC00014958 | EPIC00014958 | NR, 403, MIL |
| 244 | PTX415 | | Slack Channel - Run of Show Spreadsheet | EPIC00014959 | EPIC00014959 | NR, 403, MIL |
| 245 | PTX416 | | Run of Show Spreadsheet | EPIC00014930 | EPIC00014930 | NR, 403, MIL |
| 246 | PTX417 | None | Linked In Profile of Peter Axt | Axt Ex. 64 | | A, F, H |
| 247 | PTX418 | None | Understanding the Basics - Tools and Editors | Axt Ex. 67 | | |
| 248 | PTX419 | None | Slack channel information | Axt Ex. 68 | | NR, 403, MIL |
| 249 | PTX420 | None | Online Buffet Retrospective | EPIC00014938 | EPIC000014956 | |
| 250 | PTX421 | | Creation of Dimensions within a Virtual Reality Universe | UDi_000984 | UDi_000988 | A, F, H, 403 |
| 251 | PTX422 | | Printout from the web page https://www.utherverse.io | Shuster (UDi) Ex. 12 | | H |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 252 | PTX431 | Website Link | Fortnite and Travis Scott Present: Astronomical. (https://www.fortnite.com/news/astronomical, viewed on April 27, 2023.) | UG00052917 | UG00052920 | A, H |
| 253 | PTX439 | | About Epic Games | UG00052651 | 00052653 | A, F, H, PK |
| 254 | PTX440 | 4/24/2020 | Article: Travis Scott's Fortnite concert was the game's most visually impressive event to date | UG00052789 | 00052801 | A, F, H, Q, PK |
| 255 | PTX457 | | Sent to Stout on a HD | EPIC00022671 | 00022733 | F, PK |
| 256 | PTX458 | | Sent to Stout on a HD | EPIC00022734 | 00022735 | F, PK |
| 257 | PTX459 | | Sent to Stout on a HD | EPIC00022736 | 00022740 | F, PK |
| 258 | PTX463 | | Spreadsheet for Animation Roll Out and Backend Engineering | EPIC00027335 | EPIC00027335 | F, 403 |
| 259 | PTX464 | 5/31/2019 | Asset Purchase Agreement by and amoung Epic Games, Inc. and Joseph Alter | EPIC00027336 | EPIC00027377 | |
| 260 | PTX467 | 5/10/2023 | Affidavit of Custodian of Records of Ephere Productions | EPHERE0001 | EPHERE0006 | TPC |
| 261 | PTX468 | | Royalties Paid Excel Spreadsheet | EPHERE0007 | EPHERE0007 | TPC |
| 262 | PTX472 | | Google/Youtube Certificate of Authenticity | GOOGLE_0000119 | GOOGE_0000133 | NP, LD |
| 263 | PTX473 | | U.S. Patent 6,720,962 | UG00053152 | UG00053164 | LD |
| 264 | PTX474 | 11/24/2021 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of September 30, 2021 | EPIC00029392 | EPIC00029466 | H, 403, NR, LD, MIL |
| 265 | PTX475 | 4/19/2022 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of February 28, 2022 | EPIC00029467 | EPIC00029560 | H, 403, NR, LD, MIL |
| 266 | PTX476 | 6/4/2019 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2019 | EPIC00029561 | EPIC00029629 | H, 403, NR, LD, MIL |
| 267 | PTX477 | 6/2/2020 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2020 | EPIC00029630 | EPIC00029709 | H, 403, NR, LD, MIL |
| 268 | PTX478 | 5/24/2021 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2021 | EPIC00029710 | EPIC00029784 | H, 403, NR, LD, MIL |
| 269 | PTX479 | 7/13/2022 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of May 31, 2022 | EPIC00029785 | EPIC00029880 | H, 403, NR, LD, MIL |
| 270 | PTX480 | 9/14/2021 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of June 30, 2021 | EPIC00029881 | EPIC00029956 | H, 403, NR, LD, MIL |
| 271 | PTX481 | 9/15/2020 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of August 28, 2020 | EPIC00029957 | EPIC00030033 | H, 403, NR, LD, MIL |
| 272 | PTX482 | 1/3/2023 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of August 31, 2022 | EPIC00030034 | EPIC00030127 | H, 403, NR, LD, MIL |
| 273 | PTX483 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - March 31, 2019 and 2018 | EPIC00030128 | EPIC00030133 | 403, LD, MIL |
| 274 | PTX484 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending June 30, 2019 and 2018 | EPIC00030134 | EPIC00030138 | 403, LD, MIL |
| 275 | PTX485 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending September 30, 2019 and 2018 | EPIC00030139 | EPIC00030144 | 403, LD, MIL |
| 276 | PTX486 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending March 31, 2020 and 2019 | EPIC00030145 | EPIC00030151 | 403, LD, MIL |
| 277 | PTX487 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending June 30, 2020 and 2019 | EPIC00030152 | EPIC00030158 | 403, LD, MIL |

| Trial Exhibit No. | Old Number | DATE | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | EPIC OBJECTIONS |
|---|---|---|---|---|---|---|
| 278 | PTX488 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Nine Months Ended September 30, 2020 and 2019 | EPIC00030159 | EPIC00030167 | 403, LD, MIL |
| 279 | PTX489 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2021 and 2020 | EPIC00030168 | EPIC00030178 | 403, LD, MIL |
| 280 | PTX490 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Six Months Ended June 30, 2021 and 2020 | EPIC00030179 | EPIC00030189 | 403, LD, MIL |
| 281 | PTX491 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Nine Months Ended September 30, 2021 and 2020 | EPIC00030190 | EPIC00030202 | 403, LD, MIL |
| 282 | PTX492 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - December 31, 2021 and 2020 | EPIC00030203 | EPIC00030246 | 403, LD, MIL |
| 283 | PTX493 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2022 and 2021 | EPIC00030247 | EPIC00030276 | 403, LD, MIL |
| 284 | PTX494 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Six Months Ended June 30, 2022 and 2021 | EPIC00030277 | EPIC00030308 | 403, LD, MIL |
| 285 | PTX495 | 11/14/2022 | Compliance Certificate signed by Epic Games, Inc. | EPIC00030309 | EPIC00030347 | 403, LD, MIL |
| 286 | PTX496 | | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2023 and 2022 | EPIC00030348 | EPIC00030378 | 403, LD, MIL |
| 287 | PTX497 | | E2 Management Presentation (2020) | EPIC00030379 | EPIC00030414 | H, 403, LD, MIL |
| 288 | PTX498 | | E2.5 Presentation (2021) | EPIC00030415 | EPIC00030448 | H, 403, LD, MIL |

| Objection Abbreviation | Objection Explanation |
|---|---|
| A | **Lack of Authenticity.** The document does not appear regular on its face, and Utherverse has not established that it is a true and correct copy of the document through proper foundation testimony (Fed. R. Evid. 901 & 902) |
| F | **Lack of Foundation.** Epic objects to this exhibit on the ground that the foundation necessary for its admission has not been laid and is not laid in the exhibit itself. (Fed. R. Evid. 602) |
| PK | **Hearsay.** Epic objects to Utherverse introducing this exhibit because it constitutes or contains hearsay and/or hearsay within hearsay as to Utherverse and no exception applies. (Fed. R. Evid. 801 & 802, 805) |
| NR | **Not Relevant.** Epic objects to this exhibit because it is not relevant to any issue to be decided in this litigation. (Fed. R. Evid. 401 & 402) |
| 403 | **FRE 403.** Epic objects to this exhibit because its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403) |
| NP | **Not Produced During Discovery**. Epic objects to this exhibit because it is encompassed by one or more of Epic's discovery requests but the document and/or underlying data was not produced during the course of discovery |
| I | **Incomplete.** Epic objects to this exhibit because the exhibit, as submitted, does not contain the complete document. (Fed. R. Evid. 106.) Epic reserves all other objections. |
| M | **Multiple Documents.** Epic objects to this exhibit because it contains more than one document |
| Q | **Quality.** Epic objects to this exhibit because the exhibit, as submitted, is illegible or otherwise of low quality. Epic reserves all other objections |
| DESC | **Description.** Epic objects to this exhibit because of an error in the description (including bates number and deposition exhibit numbering), and until that error is resolved, is unable to specifically identify the document in question and reserves all right to object on any other grounds once Utherverse fixes the error. |
| BRPL | **Brief, Pleading, Order, Transcrip, or Expert Report or Declaration**. Epic objects to this exhibit because it is a brief, pleading, order, discovery request or expert report or declaration or an exhibit thereto and is not evidence |
| C | **Cumulative.** Epic objects to this exhibit on the ground that it is duplicative and/or cumulative of other exhibits |
| PK | **No Personal Knowledge**. Epic objects to this exhibit because the author either does not have personal knowledge of the information contained within, or the basis of that knowledge has not been established. (Fed. R. Evid. 602) |
| Metadata | **Improper Filename.** Epic objects to this exhibit because it includes a filename or other metadata that Utherverse or its expert included in the exhibit which was not present in the native file, and inclusion of this infromation would be misleading and prejudicial (Fed. R. Evid. 403). |
| TPC | **Third Party Confidentiality.** Epic objects to the exhibit because it includes third-party confidential information (including but not limited to personal identifying information). |
| SC | **Epic Source Code.** Epic objects to this exhibit being shown in open court given the highly sensitive nature of source code. |
| MIL | **Subject to Epic Motion in Limine.** This exhibit is subject to one of Epic's motions in limine, and it objects to its admission by Utherverse for the reasons articulated in those motions. |