# EXHIBIT C

| Deposition | Epic's Designations | Utherverse's Objections | Utherverse Counters | Epic's Objections | Epic's Counter-Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.06.02 Brian Shuster | 135:7-24 | IR; 403; I | If permitted,<br>9:1 - 9:5<br>13:3 - 13:4<br>13:10 - 13:16<br>14:7 - 14:15 | IR, ICD, I | | |
| 2023.06.02 Brian Shuster | 136:12-138:8 | IR; 403; I | If permitted,<br>138:9 - 138:23<br>138:25<br>139: - 139:5 | IR, ICD | | |

| Deposition | Epic's Designations | Utherverse's Objections | Utherverse's Counters | Epic's Objections to Utherverse's Counters | Epic's Counter-Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 29:14-30:17 | F, IR, 403 | if Epic's designations are permitted:  10:2-16; 19:13-20:14; 20:20-21:9; 22:5-13; 22:17-19; 23:2-5; 23:7; 23:17-23:18; 24:1-25:17; 27:11-19; 28:22-29:13; 31:18-32:15; 34:6-8; 34:10-14; 36:6-8; 36:11-13; 39:5-20; 40:13-42:13; 42:15-20; 43:1-2; 43:15-44:12; 44:15-45:17 | ARG, F, I, IR, NRT, ICD | If Utherverse's Counters are permitted: 25:18-22, 26:6-8, 27:4-5, 27:8-9 | Scope, IR, 403, VA |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 55:2-18 | F, IR, 403 | if Epic's designations are permitted:  56:3-57:1 | I, ICD, LO | | |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 57:2-58:2 | F, IR, 403 | if Epic's designations are permitted:  58:15-16; 58:19-59:13; 60:2-18; 62:19-64:10; 64:15-65:1; 65:11-15; 65:19-66:19; 66:22-67:2; 68:9-69:8; 69:11-70:11; 70:14-70:22; 71:18-72:3; 72:5-72:19; 74:7-75:15; 75:21-76:6; 79:1-84:5; 85:1-86:22 | I, S, VA, ICD | Remove 57:2-11  If Utherverse's counters are permitted: Add 60:19-61:1 61:12-15 Add 67:14-68:1, 68:5-7 Add 71:6-17 | Scope, IR, 403, VA, S |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 87:18-89:20 | F, IR, ARG, 403 | if Epic's designations are permitted:  90:3-17; 90:19-91:15 | | | |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 91:21-94:5 | F, IR, ARG, 403 | if Epic's designations are permitted:  94:6-11; 94:16-18 | ICD | | |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 95:2-97:11 | F, IR, ARG, 403 | if Epic's designations are permitted:  17:10-18:12; 97:12-98:3; 98:8-13 | F, S, ICD | | |
| 2023.06.06 Ami Shah 30(b)(6) - Fortress | 99:18-100:13 | F, IR, H, ARG, 403 | if Epic's designations are permitted:  100:14-16; 100:19-101:4; 101:7-16; 101:18-102:2 | F, ICD | | |

| Deposition | Epic's Designations | Utherverse's Objections | Utherverse Counters | Epic's Objections | Epic's Counter-Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.06.06 Ami Shah 30(b)(6) - Utherverse | 20:21-22:3 | Scope, IR, I, 403 | if Epic's designations are permitted: 20:14-20 | | | |
| 2023.06.06 Ami Shah 30(b)(6) - Utherverse | 22:5-16 | Scope, IR, 403 | if Epic's designations are permitted: 23:5-9; 24:18-19; 24:21-25:7 | | 22:21-23:4 | Scope, IR, 403 |
| 2023.06.06 Ami Shah 30(b)(6) - Utherverse | 22:19-20 | Scope, IR, 403 | if Epic's designations are permitted: 23:5-9; 24:18-19; 24:21-25:7 | | 22:21-23:4 | Scope, IR, 403 |

| Deposition | Epic's Designations | Utherverse's Objections | Utherverse Counters | Epic's Objections | Epic's Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.04.20 Patrick Diaz | 25:4-5 | Scope, IR, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-23 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 25:7-12 | Scope, IR, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-24 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 25:14-16 | Scope, IR, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-25 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 25:18-22 | Scope, IR, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-26 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 25:24-25 | Scope, IR, I, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:3; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-27 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 26:4-7 | Scope, IR, 403 | if Epic's designations are permitted:  5:19-20; 8:3-6; 11:18-22; 26:8; 26:10-16: 26:18-27:8; 30:9-18; 33:23-34:21; 36:9-37:8; 37:24-38:14; 39:24-40:17; 42:5-43:7 | IR, ICD, I | 19:12-22, 20:23, 20:25-21:2, 21:8-9. 21:11-15, 21:17-21, 21:23-25, 22:1-3,  22:11-13, 22:16, 22:18-25, 23:2-5, 29:12-30:8, 35:21-36:8, 37:9-28 | Scope, IR , IC, 403 |
| 2023.04.20 Patrick Diaz | 56:1-10 | F, IR, 403 | if Epic's designations are permitted: 46:15-50:4; 51:7-11; 51:25-53:8; 53:22-55:25 | IR, ICD, I | | |
| 2023.04.20 Patrick Diaz | 60:5-61:10 | F, VA | if Epic's designations are permitted: 61:11-62:25; 63:13-64:4 | IR, ICD, I | | |
| 2023.04.20 Patrick Diaz | 66:12-69:19 | I, F, VA | if Epic's designations are permitted: 46:15-50:4; 51:7-11; 51:25-53:8; 66:11 | IR, ICD, I | Accept 66:11 | |
| 2023.04.20 Patrick Diaz | 69:23-25 | F, VA | if Epic's designations are permitted: 46:15-50:4; 51:7-11; 51:25-53:8 | IR, ICD, I | | |
| 2023.04.20 Patrick Diaz | 71:18-22 | F, VA, 403 | if Epic's designations are permitted: 70:1-71:17; 91:14-16, 91:18-92:6 | IR, ICD, F, S | 93:4-94:24 | F, 403, VA, LO |
| 2023.04.20 Patrick Diaz | 96:24-98:23 | Scope, IR, 403 | if Epic's designations are permitted: 99:4-6; 99:11-100:5 | ARG | | |
| 2023.04.20 Patrick Diaz | 98:25-99:3 | Scope, IR, I, 403 | if Epic's designations are permitted: 99:4-6; 99:11-100:5 | ARG | | |
| 2023.04.20 Patrick Diaz | 100:7-8 | Scope, IR, 403 | if Epic's designations are permitted: 99:4-6; 99:11-100:5 | ARG | | |
| 2023.04.20 Patrick Diaz | 100:10-21 | Scope, IR, 403 | if Epic's designations are permitted: 99:4-6; 99:11-100:5 | ARG | | |
| 2023.04.20 Patrick Diaz | 100:23-101:10 | Scope, IR, 403 | if Epic's designations are permitted: 99:4-6; 99:11-100:5 | ARG | | |
| 2023.04.20 Patrick Diaz | 152:3-153:14 | F, VA, IR, ARG, 403 | if Epic's designations are permitted:  77:10-78:1; 78:10-16; 82:9-83:2, 89:4-91:6; 153:24-154:6; 156:24-157:4; 157:15-20 | IR, I, ICD, 403 | 73:17-24, 76:24-77:9 | F, NRT, ARG, LO, VA |
| 2023.04.20 Patrick Diaz | 153:16-17 | F, VA, IR, ARG, 403 | if Epic's designations are permitted:  77:10-78:1; 78:10-16; 82:9-83:2, 89:4-91:6; 153:24-154:6; 156:24-157:4; 157:15-20 | IR, I, ICD, 403 | 73:17-24, 76:24-77:9 | F, NRT, ARG, LO, VA |
| 2023.04.20 Patrick Diaz | 154:7-156:23 | F, VA, IR, ARG, 403 | if Epic's designations are permitted:  77:10-78:1; 78:10-16; 82:9-83:2, 89:4-91:6; 153:24-154:6; 156:24-157:4; 157:15-20 | IR, I, ICD, 403 | 73:17-24, 76:24-77:9 | F, NRT, ARG, LO, VA |
| 2023.04.20 Patrick Diaz | 157:5-14 | F, VA, IR, ARG, 403 | if Epic's designations are permitted:  77:10-78:1; 78:10-16; 82:9-83:2, 89:4-91:6; 153:24-154:6; 156:24-157:4; 157:15-20 | IR, I, ICD, 403 | 73:17-24, 76:24-77:9 | F, NRT, ARG, LO, VA |

| Deposition | Epic's Designations | Utherverse's Objections | Utherverse Counters | Epic's Objections | Epic's Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.06.07 Christopher Greenhalgh | 8:7-9 | | 29:13-29:24 | ARG, IR, H, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 9:12-19 | | 30:4-30:18 | ARG, IR, H, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 10:7-12:18 | F, S, L, ARG, NRT | 32:22-32:25; 33:2-33:3 | ARG, IR, H, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 13:3-5 | | 33:4-33:10 | ARG, IR, H, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 14:22-15:1 | L, F, S, VA | 33:14-33:21 | ARG, IR, H, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 15:16-16:4 | F, L, S, VA, H | 33:22-33:25 | ARG, IR, 403, ICD | If Utherverse's counter-designations are permitted: 34:6-9 | I |
| 2023.06.07 Christopher Greenhalgh | 17:6-18:5 | F, L, S, VA, H, NRT | 34:15-35:3 | ARG, IR, 403, ICD | If Utherverse's counter-designations are permitted: 34:6-9 | I |
| 2023.06.07 Christopher Greenhalgh | 18:7-16 | F, L, S, VA, H | 36:12-36:14; 36:17-36:22 | ARG, IR, H, 403, VA, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 18:18-23 | F, L, S, VA, H | 38:5-38:16 | IR, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 18:25-19:23 | NRT | 39:5-39:7 | IR, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 20:22-21:25 | ARG, L, F, NRT | 39:8-39:10 | IR, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 22:17-21 | L, F | 39:11-39:13 | IR, 403, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 23:15-17 | L, F | 43:11-43:19 | ARG, VA, ICD | 43:3-10 | I |
| 2023.06.07 Christopher Greenhalgh | 23:19-23 | L, F | 44:14-44:22 | ARG, I, VA | 44:23-45:1 | I |
| 2023.06.07 Christopher Greenhalgh | 24:1-22 | L, F, NRT, VA | 46:10-46:19 | ARG, I, ICD | If Utherverse's counter-designations are permitted: 46:20-47:3 | I |
| 2023.06.07 Christopher Greenhalgh | 24:24-25:9 | L, F | 48:2-48:13 | ARG, IR, 403, VA, CM | | |
| 2023.06.07 Christopher Greenhalgh | 26:2-3 | F | 48:14-48:20 | ARG, IR, 403, VA, CM, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 26:5-24 | F | 49:14-49:23 | IR, 403, VA, ICD | | |
| 2023.06.07 Christopher Greenhalgh | 27:17-22 | F, L | 50:10-50:18 | VA | | |
| 2023.06.07 Christopher Greenhalgh | 27:25-28:3 | | 50:19-51:11 | ARG, VA | | |
| 2023.06.07 Christopher Greenhalgh | 39:23-40:13 | | 51:21-52:16 | ICD | | |
| 2023.06.07 Christopher Greenhalgh | 41:14-16 | | 52:17-53:5 | ICD | | |
| 2023.06.07 Christopher Greenhalgh | 53:22-54:12 | | 54:17-54:24 | | | |
| 2023.06.07 Christopher Greenhalgh | 62:18-21 | | 54:25-55:2 | ICD | | |
| 2023.06.07 Christopher Greenhalgh | 63:8-13 | F, L | 61:23-62:16 | | 62:22-63:7 | I, H, F, LO |
| 2023.06.07 Christopher Greenhalgh | 63:23-24 | | | | | |

| Deposition | Epic's Designations | Uthervere's Objections | Utherverse's Counters | Epic's Objections | Epic's Counters | Utherverse's Objections |
|---|---|---|---|---|---|---|
| 2023.06.09 James Yen | 5:12-6:6 | | 6:14-6:17 | | | |
| 2023.06.09 James Yen | 6:18-20 | F, S, SCOPE, L | 6:24-7:2 | ICD | | |
| 2023.06.09 James Yen | 8:12-9:20 | F, S, SCOPE, L, VA, ARG | 8:4-8:11 | IR | | |
| 2023.06.09 James Yen | 9:25-10:5 | F, H, S, SCOPE, VA | 11:18-11:22 | ICD | | |
| 2023.06.09 James Yen | 10:12-11:8 | L, SCOPE | 14:16-14:20 | IR, ICD | | |
| 2023.06.09 James Yen | 11:15-17 | SCOPE | 18:16-18:23 | IR, S, VA, SCOPE, ICD | | |
| 2023.06.09 James Yen | 11:23-13:9 | L, H, SCOPE, ARG | 19:2-19:5 | VA, ICD | | |
| 2023.06.09 James Yen | 14:13-15 | F, S, SCOPE | 21:9-21:10 | IR, 403, SCOPE, ICD | | |
| 2023.06.09 James Yen | 14:21-24 | F, SCOPE, S | 21:11-21:13 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 15:7-16:13 | F, SCOPE, S, ARG | 21:14-21:20 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 17:6-9 | F, SCOPE, S, H | 21:21-22:6 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 17:15-20 | F, SCOPE, S, H | 22:7-22:9 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 18:7-11 | F, SCOPE, S, H | 22:10-22:18 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 18:24-19:1 | F, SCOPE, S | 22:19-23:6 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 19:18-20:6 | F, SCOPE, S, L | 23:7-23:10 | IR, 403, SCOPE, VA, ICD | | |
| 2023.06.09 James Yen | 20:12-21 | F, SCOPE, S, L | 23:11-23:14; 23:19 | SCOPE, VA, ICD | If Utherverse's counter-designations are permitted: 23:20-24:12 | F, S, SCOPE, LO |
| | | | 24:14-24:19 | I, SCOPE, VA, ICD | | |
| | | | 24:20-24:24 | ICD | | |
| | | | 25:6:-25:9 | I, VA, ICD | | |
| | | | 25:10-25:12 | VA, ICD | | |
| | | | 25:17-25:19 | VA, ICD | | |
| | | | 25:22-26:5 | VA, ICD | | |
| | | | 26:8-26:13 | ICD | | |
| | | | 26:14-26:17 | IR, VA, 403, ICD | | |
| | | | 26:18-26:22 | IR, VA, 403, ICD | | |

| Code | Objection |
|---|---|
| ARG | Lawyer Argument or Colloquy. Epic objects to this deposition designation because it is lawyer argument and not testimony of the witness. |
| CM | Cumulative. Epic objects to this deposition designation on the ground that it is duplicative and/or cumulative of other designations. |
| F | Foundation. Epic objects to this deposition designation on the ground that the foundation necessary for its admission has not been laid. (Fed. R. Evid. 602) |
| H | Hearsay. Epic objects to this deposition designation because it constitutes or contains hearsay. (Fed. R. Evid. 801-802) |
| I | Incomplete. Epic objects to this deposition designation because it does not contain the complete testimony. (Fed. R. Evid. 106) Epic generally objects to all designations that include only part of a question and/or part of an answer, or that do not include any question. |
| IR | Not Relevant. Epic objects to this deposition designation because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401-402) |
| LO | Lay Opinion. Epic objects to this deposition designation because it constitutes or contains improper opinion by a lay witness. (Fed. R. Evid. 701-702) |
| NRT | Non-Responsive Testimony. Epic objects to this deposition designation because it includes statements that are not responsive to the question asked. |
| S | Speculative. Epic objects to this deposition designation because it includes statements that are speculative as to matters of fact or law. |
| SCOPE | Beyond Scope of 30(b)(6) Notice or Topics. Epic objects to this deposition designation because it is outside the scope of the topics on which the witness was designated as a corporate representative. |
| 403 | FRE 403. Epic objects to this deposition designation because any probative value it has is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403) |

| | |
|---|---|
| VA | Vague and Ambiguous. Epic objects to this deposition designation because it includes vague and indefinite statements. |
| L | Leading.  Epic objects as an improper leading question. |
| ICD | Improper Counter Designation.  Epic objects to this counter-designation because it is not necessary or relevant to be considered along with Epic's affirmative designation. |

| Objection Code | Utherverse Designation Objection Explanation |
|---|---|
| ARG | Lawyer Argument or Colloquy. Utherverse Gaming objects to this deposition designation because it is lawyer argument and not testimony of the witness. |
| CM | Cumulative. Utherverse Gaming objects to this deposition designation on the ground that it is duplicative and/or cumulative of other designations. |
| F | Foundation. Utherverse Gaming objects to this deposition designation on the ground that the foundation necessary for its admission has not been laid. (Fed. R. Evid. 602) |
| H | Hearsay/Improper use of Deposition. Utherverse Gaming objects to this deposition designation because it constitutes or contains hearsay. (Fed. R. Evid. 801-802); (Fed. R. Civ. P. 32) |
| I | Incomplete. Utherverse Gaming objects to this deposition designation because it does not contain the complete testimony. (Fed. R. Evid. 106) Utherverse generally objects to all designations that include only part of a question and/or part of an answer, or that do not include any question. |
| IC | Improper Counter-Designation. Utherverse Gaming objects to this deposition counter-designation because it does not contain the complete context of the testimony. (Fed. R. Evid. 106) Utherverse generally objects to all counter-designations that are taken out of context only part of the context of a question and/or part of the context of an answer, or that do not include the questions that put the testimony in context. |
| IR | Not Relevant. Utherverse Gaming objects to this deposition designation because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401-402) |
| LO | Lay Opinion. Utherverse Gaming objects to this deposition designation because it constitutes or contains improper opinion by a lay witness. (Fed. R. Evid. 701-702) |
| NRT | Non-Responsive Testimony. Utherverse Gaming objects to this deposition designation because it includes statements that are not responsive to the question asked. |
| S | Speculative. Utherverse Gaming objects to this deposition designation because it includes statements that are speculative as to matters of fact or law. |
| SCOPE | Beyond Scope of 30(b)(6) Notice or Topics. Utherverse Gaming objects to this deposition designation because it is outside the scope of the topics on which the witness was designated as a corporate representative. |
| 403 | FRE 403. Utherverse Gaming objects to this deposition designation because any probative value it has is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403) |
| VA | Vague and Ambiguous. Utherverse Gaming objects to this deposition designation because it includes vague and indefinite statements. |
| L | Leading.  Utherverse Gaming objects as an improper leading question. |