# **EXHIBIT D**

| | | Case No. 2:21-cv-00799-RSM<br>UTHERVERSE GAMING LLC v. EPIC GAMES, INC.<br>Defendant's Pretrial Exhibit List | | | | |
|---|---|---|---|---|---|---|
| **Trial Ex. No.** | **Old Number** | **Desc.** | **Date** | **BegBates** | **EndBates** | **UG Objections** |
| A-001 | DTX001 | StarCraft II Source Code | | BLIZ-SRC000061 | BLIZ-SRC000079 | A, F, H, PK, SC |
| A-002 | DTX002 | Email chain from B. Shuster to E. Dexter, Ccing aaron@allbrightdesigns.com re "Re: Agreements", dated November 26, 2018 | 11/26/2018 | BRIANS_035368 | BRIANS_035368 | A, F, H, NR, 403 |
| A-003 | DTX003 | U.S. Patent Application No. US 2008/0268961 A1 (Brook) | 10/30/2008 | EPIC00000001 | EPIC00000015 | F, H |
| A-004 | DTX004 | Chris Greenhalgh et al., Applications of Temporal Links: Recording and Replaying Virtual Environments | 2002 | EPIC00023072 | EPIC00023084 | A, F, H, NR, 403, Undated |
| A-005 | DTX005 | Chris Greenhalgh et al., Temporal Links: Recording and Replaying Virtual Environments | 2000 | EPIC00023096 | EPIC00023112 | A, F, H, NR, 403, Undated |
| A-006 | DTX006 | Network Software Architectures for Real-Time Massively-Multiplayer Online Games (McFarlane) | 2/2/2005 | EPIC00000071 | EPIC00000198 | A, F, H, NR, 403 |
| A-007 | DTX007 | U.S. Patent No. 9,364,743 (Miura) | 6/14/2016 | EPIC00000199 | EPIC00000242 | F, H |
| A-008 | DTX008 | Massive Multiplayer Online Game Architectures (Moraal) | | EPIC00000243 | EPIC00000276 | A, F, H, NR, 403 |
| A-009 | DTX009 | International Publication No. WO 2008/104782 A2 | 9/4/2008 | EPIC00000307 | EPIC00000366 | F, H |
| A-010 | DTX010 | Developing Your Own Replay System (Wagner) | 2/4/2004 | EPIC00000367 | EPIC00000376 | A, F, H, 403, NR, PK |
| A-011 | DTX011 | Filion et al., Advances in Real-Tim Rendering in 3D Graphics and Games Course - StarCraft II Effects & Techniques | | EPIC00000377 | EPIC00000408 | A, F, H, 403, NR, PK Undated |
| A-012 | DTX012 | New Replay and Resume Features Coming in Heart of the Swarm - StarCraft II - Blizzard News | 1/24/2013 | EPIC00000555 | EPIC00000559 | A, F, H, 403, NR, PK |
| A-013 | DTX013 | TeamOnline.pdf | 1/18/2022 | EPIC00000708 | EPIC00000730 | F, NR |
| A-014 | DTX014 | Online Buffet Retrospective.docx | 1/13/2022 | EPIC00000908 | EPIC00000926 | A, F, H |
| A-015 | DTX015 | Master Copy Doc for Cyclone Jerky.docx | 1/26/2022 | EPIC00014513 | EPIC00014527 | A, F, H, NR, 403 |
| A-016 | DTX016 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | | EPIC00017381 | EPIC00017381 | A, F, H, PK |
| A-017 | DTX017 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | | EPIC00017382 | EPIC00017382 | A, F, H, PK |
| A-018 | DTX018 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | | EPIC00017383 | EPIC00017383 | A, F, H, PK |
| A-019 | DTX019 | NetworkingOverview.pdf (Epic website capture) | | EPIC00020264 | EPIC00020264 | A, F, Q |
| A-020 | DTX020 | Animation Sequences.png | | EPIC00020272 | EPIC00020272 | A, F, I |
| A-021 | DTX021 | Skeletal Mesh Animation System.png | | EPIC00020273 | EPIC00020273 | A, F, I |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-022 | DTX022 | Tools and Editors | | EPIC00020289 | EPIC00020289 | A, F, I |
| A-023 | DTX023 | Fortnite wins 2018 Gamers' Choice Awards for Fan Favorite Game | | EPIC00027417 | EPIC00027436 | A, F, H, Q |
| A-024 | DTX024 | Fortnite wins 2018 Golden Joystick Awards Ultimate Game of the Year | | EPIC00027470 | EPIC00027480 | NR, 403, H, F |
| A-025 | DTX025 | Unreal Engine Awards | | EPIC00027688 | EPIC00027689 | NR, 403, H, F |
| A-026 | DTX026 | Fortnite wins 2019 BAFTA Game Award for Best Evolving Game | | EPIC00027817 | EPIC00027821 | NR, 403, H, F |
| A-027 | DTX027 | Patent File Wrapper, U.S. Patent No. 9,724,605 | | EPIC00028332 | EPIC00028595 | NR, 403, H, F |
| A-028 | DTX028 | Buffet_Flow_SpecialEventScript_Zoomed.pdf | 3/9/2023 | Epic-SRC-0000010 | Epic-SRC-0000010 | NR, I, H, 403, A |
| A-029 | DTX029 | Buffet_Flow_SpecialEventScript.pdf | 3/9/2023 | Epic-SRC-0000011 | Epic-SRC-0000011 | F |
| A-030 | DTX030 | Buffet_Modeled_Space.pdf | 3/9/2023 | Epic-SRC-0000021 | Epic-SRC-0000021 | F |
| A-031 | DTX031 | Buffet_Modeling_Common_Object.pdf | 3/9/2023 | Epic-SRC-0000022 | Epic-SRC-0000022 | F |
| A-032 | DTX032 | Buffet_Modeling_Common_Space_Object_Zoomed.pdf | 3/9/2023 | Epic-SRC-0000023 | Epic-SRC-0000023 | F |
| A-033 | DTX033 | Buffet_Modeling_Common_Space_Object.pdf | 3/9/2023 | Epic-SRC-0000024 | Epic-SRC-0000024 | F |
| A-034 | DTX034 | Buffet_Record_Retrieve_Exp_File.pdf | 3/9/2023 | Epic-SRC-0000034 | Epic-SRC-0000034 | F |
| A-035 | DTX035 | Jerky_Modeling_Common-Object.pdf | 3/9/2023 | Epic-SRC-0000102 | Epic-SRC-0000102 | F |
| A-036 | DTX036 | E-mail chain from Colby Springer to Gary Shuster re Utherverse prosecution questions | 9/18/2020 | FORT0000092 | FORT0000093 | F |
| A-037 | DTX037 | UDI organization chart | | FORT0000097 | FORT0000097 | F, A, I, H, 403, NR |
| A-038 | DTX038 | Utherverse Digital Profit and Loss - Accrual Basis | 5/5/2020 | FORT0000127 | FORT0000128 | A, F, H, NR, 403, S, DESC |
| A-039 | DTX039 | Utherverse Balance Sheet as of March 31, 2020 | 5/5/2020 | FORT0000129 | FORT0000129 | F, A, I, H, 403, NR |
| A-040 | DTX040 | Utherverse Digital Profit and Loss | 5/5/2020 | FORT0000132 | FORT0000134 | F, A, I, H, 403, NR |
| A-041 | DTX041 | Utherverse Digital Balance Sheet | 5/5/2020 | FORT0000135 | FORT0000136 | F, A, I, H, 403, NR |
| A-042 | DTX042 | Email chain from Colby Springer to Peter Stewart re Revised Utherverse PPA | 11/4/2020 | FORT0002847 | FORT0002848 | F, A, I, H, 403, NR |
| A-043 | DTX043 | Fortress Credit Corp and Utherverse Digital Non-Binder Summary of Indicative Terms | 6/17/2020 | FORT0003390 | FORT0003392 | F, H, NR, 403, TPC |
| A-044 | DTX044 | Letter from Fortress Credit Corp. to Utherverse re Proposed Transaction | 6/30/2020 | FORT0003455 | FORT0003455 | F, H, NR, 403, TPC |
| A-045 | DTX045 | Patent Purchase & License Agreement between Apple and Utherverse Digital, Gary and Brian Shuster | 12/22/2019 | GARYS_006612 | GARYS_006641 | F, H, NR, 403, TPC |
| A-046 | DTX046 | Shuster Patent Portfolio | | GARYS_007867 | GARYS_007929 | F, NR, TPC |
| A-047 | DTX047 | Utherverse Screen Capture-Who We Are (Rosenberg Dep. Ex. 7) | 3/22/2022 | no bates | no bates | PK, A, F, NR |
| A-048 | DTX048 | Utherverse Screen Capture-3D Social Center-Register Now (Rosenberg Dep. Ex. 8) | | no bates | no bates | PK, A, F, NR |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-049 | DTX049 | AFFIDAVIT OF RECORDS CUSTODIAN (James Yen) CERTIFYING RECORDS dated 11/16/2022 | | no bates | no bates | F, NR |
| A-050 | DTX050 | Unreal Engine, inclusive of Unreal Engine developer tools that replicate substantial portions of a live development environment on a non-networked review machine, as produced to Utherverse in February 2023.  See Dkt. 181 at 3. | | no bates | no bates | DESC, NP, F |
| A-051 | DTX051 | Current Curriculum Vitae of Benjamin Ellinger | | no bates | no bates | BRPL |
| A-052 | DTX052 | Current Curriculum Vitae of Lauren Kindler | | no bates | no bates | BRPL |
| A-053 | DTX053 | Plaintiff's Objections and Responses to Epic Games, Inc.'s Requests for Admission, Set One, dated 4/24/2023 | | no bates | no bates | NR, BRPL |
| A-054 | DTX054 | Plaintiff's First Supplemental Objections and Responses to Epic Games, Inc.'s Requests for Admission, Set Two, dated 5/22/2023 | | no bates | no bates | NR, BRPL |
| A-055 | DTX055 | Plaintiff's Responses and Objections to Epic Games, Inc.'s Third Set of Requests for Admissions, dated 6/9/2023 | | no bates | no bates | NR, BRPL |
| A-056 | DTX056 | Plaintiff's Sixth Set of Supplemental Answers and Objections to Defendant Epic Games, Inc.'s First Set of Interrogatories, dated 5/2/2023 | | no bates | no bates | NR, BRPL |
| A-057 | DTX057 | Plaintiff's Answers to Defendant's Second Set of Interrogatories, dated 12/23/2021 | | no bates | no bates | NR, BRPL |
| A-058 | DTX058 | Plaintiff's First Supplemental Answers and Objections to Defendant's Third Set of Interrogatories, dated 12/9/2022 | | no bates | no bates | NR, BRPL |
| A-059 | DTX059 | Plaintiff's Second Supplemental Answers and Objections to Defendant's Fourth Set of Interrogatories, dated 3/31/2023 | | no bates | no bates | NR, BRPL |
| A-060 | DTX060 | Plaintiff's First Supplemental Answers and Objections to Defendant's Fifth Set of Interrogatories, dated 5/23/2023 | | no bates | no bates | NR, BRPL |
| A-061 | DTX061 | Plaintiff's Answers and Objections to Defendant's Sixth Set of Interrogatories, dated 6/9/2023 | | no bates | no bates | NR, BRPL |
| A-062 | DTX062 | Plaintiff's Supplemental Answers and Objections to Defendant's First, Fourth, and Fifth Set of Interrogatories, dated 6/9/2023 | | no bates | no bates | NR, BRPL |
| A-063 | DTX063 | Time-Traveling In a Virtual World | | UDi_000997 | UDi_000999 | F, TPC, NR |
| A-064 | DTX064 | Utherverse Digital Inc. Financial Statements - 2020 | 12/31/2020 | UDi_001359 | UDi_001362 | NR, 403 |
| A-065 | DTX065 | Utherverse Digital Statement of Income and Retained Earnings-Tax Basis Eight Months Ended August 31, 2017 | 8/31/2017 | Udi_001421 | Udi_001421 | NR, 403 |
| A-066 | DTX066 | Utherverse Profit & Loss -  Jan. thru Dec. 2019 | 5/5/2020 | Udi_005719 | Udi_005720 | NR, 403 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-067 | DTX067 | Utherverse Digital Inc. Financial Statements - 2016 | 12/31/2016 | UDi_005806 | UDi_005809 | NR, 403 |
| A-068 | DTX068 | Utherverse Digital Inc. Financial Statements - 2018 | 12/31/2018 | UDi_005810 | UDi_005813 | NR, 403 |
| A-069 | DTX069 | Confidentiality Agreement between Fortress Investment Group and Utherverse Digital | 4/5/2020 | Udi_006951 | Udi_006952 | NR, 403 |
| A-070 | DTX070 | Utherverse Gaming LLC Profit and Loss statement 1/1/2021-9/30/2021 | 3/30/2016 | UG00002447 | UG00002447 | |
| A-071 | DTX071 | Video of Travis Scott concert | 12/1/2021 | UG00003322 | UG00003322 | A, C, F |
| A-072 | DTX072 | Video of Marshmello concert | | UG00003333 | UG00003333 | A, C, F |
| A-073 | DTX073 | Utherverse Gaming LLC Accounting records | 21-Oct | UG00006853 | UG00006853 | |
| A-074 | DTX074 | Third Amended and Restated Limited Liability Company Agreement of Utherverse LLC | 3/9/2021 | UG00006858 | UG00006866 | NR, 403 |
| A-075 | DTX075 | Email chain from Patrick Diaz to David Cohen re: D&O Document dated April 5, 2021 | 4/5/2021 | UG00007014 | UG00007021 | NR, 403 |
| A-076 | DTX076 | Executive Employment Agreement | | UG00009624 | UG00009638 | NR, 403 |
| A-077 | DTX077 | ephere.com-A complete hair fur and feather solution is now on Maya | | UG00052848 | UG00052850 | A, C, F |
| A-078 | DTX078 | https://ephere.com/careers.html | | UG00052853 | UG00052854 | A, C, F |
| A-079 | DTX079 | ephere.com-homepage | | UG00052855 | UG00052858 | A, C, F |
| A-080 | DTX080 | epicgames.com-Ariana Grande Steps into the Metaverse as the Headliner for Fortnites Rift Tour | | UG00052859 | UG00052861 | A, C, F |
| A-081 | DTX081 | U.S. Patent No. 6,720,962 | | UG00053152 | UG00053164 | NR, 403 |
| A-082 | DTX082 | Any exhibit included in Utherverse's Exhibit List (Exhibit C to the pretrial order) | | n/a | n/a | DESC |
| A-083 | DTX083 | Any exhibit included in the Parties' Joint Exhibit List (Exhibit G to the pretrial order) | | n/a | n/a | DESC |
| A-084 | DTX084 | Intentionally omitted | | EPIC-SRC3 | | DUPLICATE OF PTX113, LD |
| A-085 | DTX085 | US Patent 8,276,017 **[8,276,071]** | 9/25/2012 | UG00000001 | UG00000019 | NR, LD |
| A-086 | DTX086 | UDI Financial Info December 31, 2021 | 12/31/2021 | BRIANS_003932 | BRIANS_003936 | F, TPC, NR, LD |
| A-087 | DTX087 | Email chain from B. Shuster to D. Becker, Ccing G. Shuster re "Re: Acquisition Opportunity: VR/VRW Company & Software Platform", dated December 21, 2019 | 12/21/2019 | BRIANS_036665 | BRIANS_036719 | F, TPC, NR, LD |
| A-088 | DTX088 | Email from B. Shuster to W. Chan re Utherverse Digital, Inc. | Fortress | | FORT0000094 | FORT0000096 | F, TPC, NR, LD |
| A-089 | DTX089 | VWW Offering Memorandum | | FORT0000098 | FORT0000113 | F, TPC, NR, LD |
| A-090 | DTX090 | Apple Agreement | | GARYS 006642 | GARYS 006671 | F, TPC, NR, LD |
| A-091 | DTX091 | Utherverse Digital Inc. Financial Statements | 12/31/2015 | UDi_001417 | UDi_001420 | F, TPC, NR, LD |
| A-092 | DTX092 | Utherverse Digital Inc. Financial Statements | 12/31/2019 | UDi_005814 | UDi_005817 | F, TPC, NR, LD |

| A-093 | DTX093 | Utherverse Digital Inc. Financial Statements | 12/31/2017 | UDi_005860 | UDi_005863 | F, TPC, NR, LD |
|---|---|---|---|---|---|---|
| A-094 | DTX094 | Intentionally omitted | | EPIC00017384 | EPIC00017393 | DUPLICATE OF PTX407, LD |
| A-095 | DTX095 | Intentionally omitted | | EPIC00017394 | EPIC00017412 | DUPLICATE OF PTX408, LD |
| A-096 | DTX096 | Epic-Peregrine license | | EPIC00017413 | EPIC00017422 | F, I, H, LD |
| A-097 | DTX097 | Email between Elaine Wong and Dean Becker regarding Final selection of 8 families | 12/27/2019 | BRIANS_036748 | BRIANS_036748 | F, TPC, NR, LD |

| Objection Code | Utherverse Exhibit Objection Explanation |
|---|---|
| A | Lack of Authenticity.  The document does not appear regular on its face, and Epic has not established that it is a true and correct copy of the document through proper foundation testimony (Fed. R. Evid. 901 & 902) |
| C | Cumulative.  Utherverse objects to this exhibit on the ground that it is duplicative and/or cumulative of other exhibits |
| F | Lack of Foundation.  Utherverse objects to this exhibit on the ground that the foundation necessary for its admission has not been laid and is not laid in the exhibit itself.  (Fed. R. Evid. 602) |
| H | Hearsay.  Utherverse objects to Utherverse introducing this exhibit because it constitutes or contains hearsay and/or hearsay within hearsay as to Utherverse and no exception applies.  (Fed. R. Evid. 801 & 802, 805) |
| I | Incomplete.  Utherverse objects to this exhibit because the exhibit, as submitted, does not contain the complete document.  (Fed. R. Evid. 106)  Utherverse reserves all other objections. |
| M | Multiple Documents.  Utherverse objects to this exhibit because it contains more than one document |
| MIL | Subject to Motion in *Limine* |
| NR | Not Relevant.  Utherverse objects to this exhibit because it is not relevant to any issue to be decided in this litigation. (Fed. R. Evid. 401 & 402) |
| 403 | FRE 403.  Utherverse objects to this exhibit because its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  (Fed. R. Evid. 403) |

| | |
|---|---|
| NP | Not Produced During Discovery. Utherverse objects to this exhibit because it is encompassed by one or more of Utherverse's discovery requests but the document and/or underlying data was not produced during discovery |
| PK | No Personal Knowledge. Utherverse objects to this exhibit because the author either does not have personal knowledge of the information contained within, or the basis of that knowledge has not been established. (Fed. R. Evid. 602) |
| Q | Quality. Utherverse objects to this exhibit because the exhibit, as submitted, is illegible or otherwise of low quality. Utherverse reserves all other objections |
| S | Utherverse objects to this exhibit as an improper Summary (Fed. R. Evid. 1006) |
| DESC | Description. Utherverse objects to this exhibit because of an error in the description (including bates number and deposition exhibit numbering), and until that error is resolved, is unable to specifically identify the document in question and reserves all right to object on any other grounds once Utherverse fixes the error. |
| BRPL | Brief, Pleading, Order, Transcript, or Expert Report or Declaration. Utherverse objects to this exhibit because it is a brief, pleading, order, discovery request or expert report or declaration or an exhibit thereto and is not evidence |
| **TPC** | **Third Party Confidentiality. Utherverse** objects to the exhibit because it includes third-party confidential information (including but not limited to personal identifying information). |
| LD | Not Timely Disclosed. Utherverse Gaming objects to this exhibit because it was not timely disclosed as required by the court's order setting pretrial disclosure deadlines (ECF No. 399) |