IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, | Case No. 2:21-cv-00799-RSM |
| Plaintiff, | |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | |

**<u>VERDICT FORM</u>**

**Instructions**: When answering the following questions and completing this Verdict Form, you must follow the instructions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. You must refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Utherverse Gaming" refers to Plaintiff Utherverse Gaming LLC.
2. "Epic Games" refers to Defendant Epic Games, Inc.
3. The "'605 Patent" refers to U.S. Patent No. 9,724,605.
4. The "asserted claims" refers to claims 2, 5, and 8 of the '605 Patent.
5. The events hosted by Epic in its multiplayer online videogame *Fortnite* accused of infringement are as follows:

    - Astronomical tour by Travis Scott consisting of -virtual performances exhibited within the Fortnite game environment between April 23, 2020, and April 25, 2020 (hereinafter "Travis Scott Virtual Events").

    - Rift Tour concert series by Ariana Grande consisting of virtual performances exhibited within the Fortnite game environment between August 6, 2021, and August 8, 2021 (hereinafter "Ariana Grande Virtual Events").

We, the jury, unanimously find as follows:

**QUESTION NO 1.** Has Utherverse Gaming proven by a preponderance of the evidence that either or both of the Travis Scott Virtual Events and the Ariana Grande Virtual Events infringed at least one of the asserted claims?

Check "YES" (for Utherverse Gaming) or "NO" (for Epic Games).

    **a. '605 Patent Claim 2**

        i.    Travis Scott Events

            Yes _____   No____

        ii.    Ariana Grande Events

            Yes _____   No____

    **b. '605, Patent, Claim 5**

        i.    Travis Scott Events

            Yes _____   No____

        ii.    Ariana Grande Events

            Yes _____   No____

    **c. '605, Patent, Claim 8**

        i.    Travis Scott Events

            Yes _____   No____

        ii.    Ariana Grande Events

            Yes _____   No____

*Please proceed to Question No. 2.*

**QUESTION NO. 2.** Has Epic proven by clear and convincing evidence that the following claims of the '605 Patent are invalid?

Check "YES" (for Epic) or "NO" (for Utherverse Gaming)

  **a.  '605 Patent Claim 2**

    Yes _____  No____

  **b.  '605, Patent, Claim 5**

    Yes _____  No____

  **c.  '605, Patent, Claim 8**

    Yes _____  No____

*Please proceed to Question 3.*

**QUESTION NO. 3.**  Has Epic proven by clear and convincing evidence that the elements of any of the asserted claims, taken individually or together, involved only technology that a person of ordinary skill in the art would consider to be well-understood, routine, and conventional as of August 12, 2014?

    a.  **'605 Patent Claim 2**

        Yes _____   No____

    b.  **'605, Patent, Claim 5**

        Yes _____   No____

    c.  **'605, Patent, Claim 8**

        Yes _____   No____

*If you answered "YES" for one or more claims in Question No. 1 for either accused event and also answered "NO" to Questions Nos. 2-3 for those same claims (in other words, you found at least one claim infringed and not invalid), then please proceed to Question No. 4.  Otherwise please skip to the last page, sign and date the verdict form, and return it to the court clerk.*

**QUESTION NO. 4.** What is the total amount of damages Utherverse Gaming has proven by a preponderance of the evidence that that would compensate Utherverse Gaming for Epic's infringement of the '605 Patent?

$\$$_____

Please sign and date below and return this verdict form to the court clerk.

**Presiding Juror:** _____

**Dated:** _____