THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>EPIC GAMES, INC.,<br><br>              Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**DECLARATION OF KATHERINE MCNUTT IN SUPPORT OF DEFENDANT EPIC GAMES, INC.'S OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE** |

I, Katherine McNutt, hereby declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Defendant Epic Games, Inc. ("Epic"). I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,724,605.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the claim construction hearing in this case, held on August 16, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Epic's December 1, 2021 Non-Infringement Chart of U.S. Patent No. 7,924,605 for the Travis Scott Concert.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Epic's June 9, 2023 Supplemental Responses to Utherverse's Interrogatories Nos. 1-14.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9, 2024 in Glendale, California.

*/s/ Katherine E. McNutt*
Katherine E. McNutt

DECL. OF KATHERINE MCNUTT - 1
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*s/ Eric C. Wiener*
Eric C. Wiener (*pro hac vice*)

DECL. OF KATHERINE MCNUTT - 2
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000