# EXHIBIT C

**NON-INFRINGEMENT CHART OF U.S. PATENT NO. 9,724,605 ("'605 Patent")**
**EXHIBIT G - EPIC GAMES – FORTNITE UNIVERSE SPECIAL EVENT ("TRAVIS SCOTT CONCERT")**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| '605 Patent | TRAVIS SCOTT CONCERT |
|---|---|
| **Claim 1** | |
| [[ i ]] 1. A method of playing back a recorded experience in a virtual worlds system, comprising: | To the extent the preamble is limiting, Epic denies that the Travis Scott Concert involved a "method of playing back a recorded experience in a virtual worlds system." The Travis Scott Concert was not a "playing back" of a "recorded experience," but rather an interactive, pre-programmed sequence animated in real-time. |
| [[ ii ]] instantiating, using one or more processors of a server, a new instance of a scene, the new instance being defined by data stored in memory, at least one client device displaying and participating in the new instance; | Epic admits that the Travis Scott Concert involved creating new instances of a scene, and that players participated in the instances using client devices. |
| [[iii]]retrieving a recorded experience file from the memory, the recorded experience file having been generated by saving an initial scene state and saving subsequent changes and respective times during a time period of the recorded experience; | Epic denies that the Travis Scott Concert involved "retrieving a recorded experience file from the memory, the recorded experience file having been generated by saving an initial scene state and saving subsequent changes and respective times during a time period of the recorded experience." Every instance of the Travis Scott Concert, including every repeat performance, was generated using identical programming of an animation sequence involving hundreds of individually animated objects that players in each instance experienced independently from other instances. There was no initial "recorded experience" "during a time period" of which an initial scene state and subsequent changes were saved. Furthermore, the concert music was a sound recording implemented in the animation sequence; no music was recorded during the actual concert event. |