THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>    Plaintiff,<br><br> v.<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**JOINT STIPULATION AS TO THE PARTIES' MOTIONS IN LIMINE** |

JOINT STIPULATION AS TO THE PARTIES'
MOTIONS IN LIMINE
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

**WHEREAS**, Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games Inc. ("Epic") (collectively, the "Parties") have filed several motions *in limine* ("MIL(s)"). *See* Dkts. 408; 414;

**WHEREAS**, leading up to and following the filing of the MILs, the Parties have met and conferred numerous times, both telephonically and by email, to narrow the disputes raised in the Parties' motions *in limine*;

**NOW, THEREFORE,** the Parties, by and through their undersigned counsel, hereby submit this joint stipulation substantially narrowing the scope of the pending MILs as follows:

1. Epic hereby withdraws its MIL No. 3, Dkt. 414 at 9-11, and Utherverse Gaming agrees not to introduce aggregated monthly, quarterly, or yearly *Fortnite* revenue, or top-line Epic revenue, or monetary figures ascribing a value to Epic as a whole. This agreement does not preclude Utherverse Gaming from introducing evidence of revenue and profits associated with *Fortnite* transactions surrounding the Accused Events, Epic's internal aggregations, calculations, or estimations of revenue, profit, or other metrics attributable to the Accused Events, or valuation documents discussing the Accused Events, provided any top-line revenues or whole-company valuations are redacted or not included in excerpts.

2. Epic hereby withdraws its MIL No. 4, Dkt. 414 at 12-13, and Utherverse Gaming agrees not to make any argument or otherwise suggest that any *Fortnite* event other than the Travis Scott or Ariana Grande concerts infringe the '605 patent.

3. Utherverse Gaming hereby withdraws its MIL No. 1, Dkt. 408 at 1-2, and Epic agrees not to make any reference to the industry or industries of the inventors' pre-UDI / pre-Ideaflood ventures to the extent those industries are related to the adult industry or otherwise prejudicial or inflammatory (this includes referring to company names, like Xpics, connecting them to the adult entertainment industry).

4. Utherverse Gaming hereby withdraws its MIL No. 2, Dkt. 408 at 2-3, and Epic agrees not to refer to Utherverse's platform, or the Red Light Center, as pornography, or to

JOINT STIPULATION AS TO THE PARTIES' MOTIONS IN LIMINE - 1
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

improperly focus on the adult nature of the Red Light Center.  Epic will be otherwise permitted to offer evidence concerning the Red Light Center.

5. Utherverse Gaming hereby withdraws its MIL No. 3, Dkt. 408 at 4, and Epic agrees not to refer to Utherverse Gaming, UDI, or the inventors using pejorative or derogatory terms for non-practicing entities such as "patent troll" or "patent pirate."

6. Utherverse Gaming hereby withdraws its MIL No. 4, Dkt. 408 at 5-6, and Epic agrees not to introduce evidence concerning Fortress, investment funds managed by Fortress, or how Utherverse's counsel is being compensated, except that Epic will be permitted to introduce evidence regarding the December 2020 PPLA, evidence about Utherverse Gaming's business model and licensing history, and evidence regarding how the proceeds from any monetization event (including a judgement from this trial) would be distributed, if at all, to Utherverse Digital, Brian Shuster, or David Cohen.  For the avoidance of doubt, the agreement to exclude evidence regarding Fortress and investment funds managed by Fortress means that Epic will not introduce evidence regarding any distribution of proceeds to investors in Utherverse Gaming's parent company.  Additionally, Epic reserves the right to introduce evidence concerning Fortress in the event Utherverse makes arguments about the relative sizes of Epic and Utherverse Gaming, or otherwise suggests a "David v. Goliath" dynamic during trial.

7. Utherverse Gaming hereby withdraws its MIL No. 9, Dkt. 408 at 12, and the parties both agree not to reference the stipulated judgment of non-infringement of the '954 and '157 patents.

8. Utherverse Gaming hereby withdraws its MIL No. 10, Dkt. 408 at 12-13, and the parties both agree not to reference the Court's summary judgment rulings.

9. Both parties agree that neither party will seek to introduce evidence of, or elicit testimony regarding, any U.S. or foreign governmental or regulatory complaint or investigation or the resolution of any such complaint or investigation (including, without limitation, those involving the Federal Trade Commission).

| | | |
|---|---|---|
| 1 | Dated: September 10, 2024 | By:    /s/ *Emily C. McNally* |
| 2 | | Emily McNally (WSBA No. 60710) |
| | | Jessica M. Andrade (WSBA No. 39297) |
| 3 | | **POLSINELLI PC** |
| | | 1000 Second Avenue, Suite 3500 |
| 4 | | Seattle, WA 98104 |
| | | Tel:    206-393-5400 |
| 5 | | Email:  emcnally@polsinelli.com |
| | | Email: jessica.andrade@polsinelli.com |
| 6 | | |
| 7 | | Mark T. Deming (admitted *pro hac vice*) |
| | | **POLSINELLI PC** |
| 8 | | 150 N. Riverside Place, Suite 3000 |
| | | Chicago, IL 60606 |
| 9 | | Tel:    312-819-1900 |
| | | Email: mdeming@polsinelli.com |
| 10 | | |
| 11 | | Jonathan Spivey (admitted *pro hac vice*) |
| | | **POLSINELLI PC** |
| 12 | | 1000 Louisiana Street, Suite 6400 |
| | | Houston, TX 77002 |
| 13 | | Tel:    713-374-1600 |
| | | Email: jspivey@polsinelli.com |
| 14 | | |
| 15 | | Colby B. Springer (admitted *pro hac vice*) |
| | | Miya Yusa (admitted *pro hac vice*) |
| 16 | | **POLSINELLI LLP** |
| | | Three Embarcadero Center, Suite 2400 |
| 17 | | San Francisco, CA 94111 |
| | | Tel:    415-248-2100 |
| 18 | | Email: cspringer@polsinelli.com |
| | | Email:  myusa@polsinelli.com |
| 19 | | |
| 20 | | Melenie Van (admitted *pro hac vice*) |
| | | **POLSINELLI LLP** |
| 21 | | 2049 Century Park East, Suite 2900 |
| | | Los Angeles, CA 90067 |
| 22 | | Tel:    (310) 229-1355 |
| | | Email:  mvan@polsinelli.com |
| 23 | | |
| 24 | | Attorneys for Plaintiff Utherverse Gaming, LLC |

| | | |
|---|---|---|
| 28 | JOINT STIPULATION AS TO THE PARTIES' MOTIONS IN LIMINE - 3 (CASE NO. 2:21-CV-00799-RSM) | **Morrison & Foerster LLP**, 425 Market Street, San Francisco, CA, Tel: 415-268-7000 |

| | | |
|---|---|---|
| Dated:  September 10, 2024 | By: | /s/ Eric C. Wiener |

Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Bethany D. Bengfort (*pro hac vice*)
BBengfort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     415-268-7000
Facsimile:      415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:     213-892-5200
Facsimile:      213-892-5454

Mark A. Lemley (*pro hac vice*)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

| | | |
|---|---|---|
| Dated:  September 10, 2024 | By: | /s/ Stevan R. Stark |

Stevan R. Stark (WSBA No. 39639)
SStark@perkinscoie.com
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206-359-8000
Facsimile:      206-359-9000

*Attorneys for Defendant Epic Games, Inc.*

JOINT STIPULATION AS TO THE PARTIES'
MOTIONS IN LIMINE - 4
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Eric C. Wiener*
ERIC C. WIENER

JOINT STIPULATION AS TO THE PARTIES' MOTIONS IN LIMINE - 5
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street, San Francisco, CA, Tel: 415-268-7000