THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                 Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>                Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**DECLARATION OF KATHERINE MCNUTT IN SUPPORT OF DEFENDANT EPIC GAMES, INC.'S MOTIONS IN LIMINE** |

I, Katherine McNutt, hereby declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Defendant Epic Games, Inc. ("Epic"). I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Utherverse's infringement expert Craig Rosenberg taken on May 30, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the claim construction hearing in this case, held on August 16, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the expert report of Utherverse's infringement expert Craig Rosenberg, served on April 14, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the expert report of Utherverse's damages expert Michele Riley, served on April 14, 2023. Confidential material not relevant to this motion has been redacted.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Utherverse's damages expert Michele Riley taken on June 2, 2023.

7. Attached hereto as **Exhibit 6** is a list of the exhibit numbers and deposition designations identified by Epic's investigation to date that contain Epic and *Fortnite* top-line financial information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 30, 2024 in Mammoth Lakes, California.

*/s/ Katherine E. McNutt*
Katherine E. McNutt

DECL. OF KATHERINE MCNUTT - 1
(CASE NO. 2:21-CV-00799-RSM)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eric C. Wiener*
ERIC C. WIENER

DECL. OF KATHERINE MCNUTT- 2
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000