1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6
7
8

UTHERVERSE GAMING LLC,

9
          Plaintiff(s),                    CASE NO. 2:21–cv–00799–RSM

10
     v.

11
EPIC GAMES INC,                            ORDER SETTING
                                           TRIAL DATE AND
12                                         RELATED DATES

          Defendant(s).
13

14

15  **JURY TRIAL DATE**                    **May 12, 2025**

16  Length of Trial                        4–5 days

17  Deadline for joining additional parties

18  Deadline for amending pleadings

19  Disclosure of expert testimony under
20       FRCP 26(a)(2)

21  Deadline for filing motions related to discovery.
         Any such motions shall be noted for
22       consideration pursuant to LCR 7(d)(3)

23  Discovery completed by

24
    All dispositive motions must be filed by
25       and noted on the motion calendar no
         later than 28 days thereafter
26       (see LCR 7(d))

ORDER SETTING TRIAL DATE & RELATED DATES – 1

Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than

All motions in limine must be filed by and noted on the motion calendar no later than 21 days thereafter

Agreed pretrial order due

Pretrial conference to be scheduled by the Court.

Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due      April 21, 2025

These dates are set at the direction of the Court after reviewing the Joint Status Report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Laurie Cuaresma, by email or telephone at laurie_cuaresma@wawd.uscourts.gov or (206) 370–8521 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that trial may have to await completion of other cases.

**ALTERATIONS TO ELECTRONIC FILING PROCEDURES**

As of June 1, 2004, counsel shall be required to electronically file all documents with the court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at https://www.wawd.uscourts.gov.

The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Martinez:

- Section III, Paragraph F: When the aggregate submittal to the Court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certification of service) exceeds **50 pages** in length, a paper copy of the documents (3–hole punch, with dividers, banded or clipped as needed. No binders.) must be delivered to the Clerk's Office by 10:30 a.m. the day after the filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."
- Section III, Paragraph L: Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not email a copy of the order to the judge's orders email address.

**PRIVACY POLICY**

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed May 29, 2003), parties are to redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth – redact to the year of birth

ORDER SETTING TRIAL DATE & RELATED DATES – 3

- Names of Minor Children – redact to the initials
- Social Security Numbers and Taxpayer–Identification Numbers – redact in their entirety
- Financial Accounting Information – redact to the last four digits
- Passport Numbers and Drivers License Numbers – redact in their entirety

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at https://www.wawd.uscourts.gov/docs. All documents filed in the above–captioned matter must comply with the Privacy Policy and the General Order.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1, except as ordered below.

## EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers seven days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office.

The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered consecutively beginning with the number "1"(one). Defendant's exhibits shall be numbered consecutively

ORDER SETTING TRIAL DATE & RELATED DATES – 4

beginning with "A−1" (one). Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the Pretrial Order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

## SETTLEMENT

Should this case settle, counsel shall immediately notify Laurie Cuaresma, at laurie_cuaresma@wawd.uscourts.gov or (206) 370−8521. Pursuant to LCR 3(b), an attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to such sanctions or discipline as the Court deems appropriate.

DATED: September 27, 2024

Honorable Ricardo S. Martinez
United States District Judge