THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT PRELIMINARY JURY INSTRUCTIONS**<br><br>NOTE ON MOTION CALENDAR:<br>October 15, 2024 |



1    Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games,
2 Inc. ("Epic"), collectively, the "Parties," by and through their undersigned counsel, jointly
3 submit this stipulated motion for extension of time.

4    On September 27, 2024, the Court issued an Order resetting trial to May 12, 2025.  ECF
5 No. 433.   The docket text accompanying that Order specified, "[p]ursuant to agreement of the
6 parties, preliminary jury instructions remain due on 10/15/2024."

7    Since that time, the Parties have engaged in good faith efforts to resolve disputes over
8 language in the preliminary jury instructions.  These efforts continue to this day, including
9 proposed modifications by each side.  So that the Parties have an opportunity to consider the
10 current proposals and prepare position statements that reflect the most current dispute, the Parties
11 have determined that additional time is needed.

12    The Parties agree that an additional week is sufficient time to finalize their respective
13 positions and provide preliminary jury instructions to the Court.  This additional week will not
14 impact the trial date or any other pre-trial deadlines as set by the Court's September 27, 2024
15 Order.

16    WHEREFORE, the Parties respectfully and jointly request that the Court modify the
17 deadline to submit preliminary jury instructions by one week to October 22, 2024.

STIPULATED MOTION FOR EXTENSION OF
TIME - 2
CASE NO. 2:21-CV-00799-RSM

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104 • Tel: 206-393-5400

1  DATED this 15th day of October, 2024

2                                            Respectfully submitted,

4                                            */s/ Emily C. McNally*

   Colby B. Springer (admitted *pro hac vice*)   By:   Emily McNally (WSBA No. 60710)
5  Miya Yusa (admitted *pro hac vice*)                 **POLSINELLI PC**
   Iqra Iqbal (admitted *pro hac vice*)                1000 Second Avenue, Suite 3500
6  **POLSINELLI LLP**                                  Seattle, WA  98104
   Three Embarcadero Center, Suite 2400                Tel:  206-393-5400
7  San Francisco, CA  94111                            Fax: 206-393-5401
   Tel:  415-248-2100                                  Email:  emcnally@polsinelli.com
8  Fax: 415-248-2101
   Email:  cspringer@polsinelli.com                    Melenie Van (admitted *pro hac vice*)
9  Email:  myusa@polsineilli.com                       **POLSINELLI LLP**
   Email:  iiqbal@polsinelli.com                       2049 Century Park East, Suite 2900
10                                                     Los Angeles, CA 90067
   Mark T. Deming (admitted *pro hac vice*)            Tel:     (310) 229-1355
11 **POLSINELLI PC**                                   Fax:     (415) 276-8959
   150 N. Riverside Place, Suite 3000                  Email:  mvan@polsinelli.com
12 Chicago, IL  60606
   Tel:  312-819-1900                                  Jonathan Spivey (admitted *pro hac vice*)
13 Fax: 312-819-1901                                   **POLSINELLI PC**
   Email:  mdeming@polsinelli.com                      1000 Louisiana Street, Suite 6400
14                                                     Houston, TX 77002
   Kathryn Gusmer Cole (admitted *pro hac              Tel.:    (713) 374-1600
15 vice*)                                              Fax:     (713) 374-1601
   J. Mark Wilson (admitted *pro hac vice*)            Email:  jspivey@polsinelli.com
16 **MOORE & VAN ALLEN LAW**
   100 North Tryon Street, Ste. 4700
17 Charlotte, NC  28202
   Tel: (704) 331-1045                                 **Attorneys for Plaintiff**
18 Fax: (704) 409-5659                                 **UTHERVERSE GAMING LLC**
   Email: katecole@mvalaw.com
19 Email: markwilson@mvalaw.com



|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | */s/ Eric C. Weiner* |

Eric C. Weiner (admitted *pro hac vice*)
EWiener@mofo.com
Daralyn J. Durie (admitted *pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (admitted *pro hac vice*)
TSaulsbury@mofo.com
Bethany D. Bengfort (admitted *pro hac vice*)
BBengfort@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:  415-268-7000
Facsimile:   415-268-7522

Katherine E. McNutt (admitted *pro hac vice*)
KMcNutt@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone:  213-892-5200
Facsimile:  213-892-5454

Mark A. Lemley (admitted pro hac vice)
mlemley@lex-lumina.com
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY  10151
Telephone:  646-898-2055

Steven R. Stark (WSBA No. 39639)
SStark@perkinscoie.com
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000


**Attorneys for Defendant**
**EPIC GAMES, INC.**



STIPULATED MOTION FOR EXTENSION OF TIME - 4
CASE NO. 2:21-CV-00799-RSM

1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA  98104  •  Tel:  206-393-5400