THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT PRELIMINARY JURY INSTRUCTIONS** |

　　　　Having considered the Parties' Stipulated Motion for Extension of Time to Submit Preliminary Jury Instructions, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The Parties shall submit preliminary jury instructions on or before Tuesday, October 22, 2024.

　　　　DATED this 16th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO SUBMIT
PRELIMINARY JURY INSTRUCTIONS
CASE NO. 2:21-cv-00799-RSM



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400