THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTKE**

UTHERVERSE GAMING LLC,

         Plaintiff,

     v.

EPIC GAMES, INC.,

         Defendant.

CASE NO. 2:21-cv-00799-RSM

**NOTICE OF CHANGE
OF FIRM AFFILIATION**

TO:    THE CLERK OF THE COURT AND ALL PARTIES
       AND THEIR COUNSEL OF RECORD

`     PLEASE TAKE NOTICE that Bethany D. Bengfort, formerly of Morrison & Foerster LLP, is now affiliated with Turner Boyd Seraphine LLP.  New contact information for Bethany D. Bengfort is:

Bethany D. Bengfort
Turner Boyd Seraphine LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Tel: (650) 529-4752
Email: bengfort@turnerboyd.com

Dated: March 21, 2025

By: /s/ Bethany D. Bengfort

Bethany D. Bengfort (*pro hac vice*)
bengfort@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Tel: (650) 529-4752

*Attorneys for Defendant Epic Games, Inc.*

NOTICE OF CHANGE OF FIRM AFFILIATION

Case No. 2:21-cv-00799-RSM

**TURNER BOYD SERAPHINE LLP**
155 BOVET ROAD, SUITE 600
SAN MATEO, CALIFORNIA 94402
(650) 521-5930

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on March 21, 2025, I caused a true and correct copy of the foregoing to be

3   filed in this Court's CM/ECF system, which will send notification of such filing to all parties who

4   have appeared in this matter.

5

6   Dated:  March 21, 2025                      /s/ Bethany D. Bengfort
                                               Bethany D. Bengfort (*pro hac vice*)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM AFFILIATION

Case No. 2:21-cv-00799-RSM

**TURNER BOYD SERAPHINE LLP**
155 BOVET ROAD, SUITE 600
SAN MATEO, CALIFORNIA 94402
(650) 521-5930