THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>EPIC GAMES, INC.,<br><br>            Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**JOINT [[PROPOSED]] VOIR DIRE QUESTIONS** |

Plaintiff Utherverse Gaming LLC ("Utherverse Gaming") and Defendant Epic Games, Inc. ("Epic Games") submit the following proposed voir dire questions in accordance with the Court's Order Setting Trial Date and Related Dates. ECF No. 433. These questions are intended to supplement and operate in tandem with those in the Western District of Washington's standard juror qualification questionnaire to (1) enable the Court to determine whether any prospective juror should be excused for cause; and (2) enable counsel for the parties to appropriately exercise peremptory challenges.

**PROPOSED VOIR DIRE QUESTIONS**

1. This trial will begin Monday, May 12th and is expected to last up to five days, concluding on Friday, May 16th. The trial will be timed and the attorneys must complete their presentations to the jury within the five days. It is possible, however, that jury deliberations may require you to

1  be here longer than the scheduled number of trial days. Our trial days will run from approximately
2  9:00 a.m. to 4:15 p.m. While the court and the attorneys will each do their best to adhere to this
3  schedule, it is possible the time and dates of certain trial proceedings may need to be adjusted.

4  *Does this schedule present a particular problem or hardship to you?*

6  2. The Plaintiff in this case is Utherverse Gaming LLC. Utherverse Gaming brought this
7  lawsuit against Defendant Epic Games, Inc. Utherverse Gaming alleges that Epic Games infringed
8  one of Utherverse Gaming's patents by using the methods of one or more of the claims in that
9  patent when Epic Games created and implemented certain virtual events in Epic Games'
10 multiplayer online video game Fortnite, namely those involving the music artists Ariana Grande
11 and Travis Scott. Epic Games denies that it has infringed that patent. Epic Games in turn alleges
12 that the patent's claims are invalid.

13     a. Are you familiar with any of the parties in this action? If so, in what way?
14     b. Have you heard or read about either party in the news or online?
15     c. Have you heard or read anything about this lawsuit before today?

17 3. The law firms and attorneys representing the parties are as follows:
18 **LEXLUMINA**
19 Mark Lemley

21 **MOORE & VAN ALLEN**
22 Kathryn Gusmer Cole
23 Mark Wilson

25 **MORRISON FOERSTER**
26 Sara Doudar
   Daralyn Durie

JOINT PROPOSED VOIR DIRE QUESTIONS     1000 SECOND AVENUE, SUITE 3500
CASE NO. 2:21-CV-00799-RSM     SEATTLE, WA 98104 • Tel: 206-393-5400

POLSINELLI

1     Ramsey Fisher

2     Katherine McNutt

3     Tim Saulsbury

4     Eric Wiener

5

6     **PERKINS COIE**

7     Christina McCullough

8     Antoine McNamara

9     Stevan Stark

10

11     **POLSINELLI, PC**

12     Mark Deming

13     Iqra Iqbal

14     Emily McNally

15     Jonathan Spivey

16     Colby Springer

17     Melenie Van

18     Miya Yusa

19

20     **TURNER, BOYD, & SERAPHINE**

21     Bethany Bengfort

22         a. *Are you familiar with any of the attorneys or law firms?*

23         b. *If yes, who and how are you familiar with them?*

24

25   4.     Certain individuals are currently expected to offer testimony on behalf of one or more of

26 the parties. Please note that it is possible that one or more of these individuals ultimately may not

JOINT PROPOSED VOIR DIRE QUESTIONS           1000 SECOND AVENUE, SUITE 3500
CASE NO. 2:21-CV-00799-RSM           SEATTLE, WA 98104 • Tel: 206-393-5400

POLSINELLI

1  testify or could possibly offer testimony by way of video. The jury should not infer anything from
2  any such decision or manner of presenting testimony in any way. The witnesses are as follows:
3      Dr. Craig Rosenberg
4      David Crane
5      Michele Riley
6      Benjamin Ellinger
7      Lauren Kindler
8      Brian Shuster
9      Aaron Burch
10     David Cohen
11     Peter Axt
12     Mark Imbriaco
13     Matt Weissinger
14     Brian Boyle
15     Christopher Greenhalgh
16     James Yen
17         a. *Are you familiar with any of these potential witnesses?*
18         b. *If yes, who and how are you familiar with them?*
19
20  5.  Are you familiar with any other prospective juror here today?
21          a.  How do you know each other?
22          b.  Would that relationship affect your ability to fairly and independently
23              consider and evaluate the evidence presented in this case?
24
25  6.  Have you previously served as a juror?
26          If yes,
            a.  Was your previous jury service in a criminal or civil case?

1        b.      Were you the foreperson?

2        c.      Did that jury reach a verdict?

3        d.      Was there anything about that experience that would affect your ability to render a fair and impartial verdict if you are selected as a juror in this case?

7. Are you familiar with any other lawsuit involving Utherverse Gaming? What about Epic Games?

8. Plaintiff Utherverse Gaming acquired the patent at issue in this case from Canadian entity Utherverse Digital, Inc. based in Vancouver, British Columbia. The inventors both have Canadian citizenship. Utherverse Digital, Inc. is not a party in this lawsuit nor are the inventors, although you will likely hear testimony from those inventors as part of this case.

       a.      Are you familiar with Utherverse Digital, Inc?

       b.      Are you familiar with or have you used any of Utherverse Digital, Inc.'s offerings such as Red Light Center, the Virtual World Web, Curio, or Xaeon?

       c.      Do you hold any beliefs or opinions that might affect your ability to render a fair and impartial verdict given that the patent in question was acquired from a Canadian company?

       d.      Do you hold any beliefs or opinions that might affect your ability to render a fair and impartial verdict given that the patent in question involves two name inventors that are Canadian?

9. This case is related to virtual spaces and multiplayer online video gaming technology.

       a.      Do you hold any beliefs or opinions that pertain to shared or interactive online technology and virtual worlds including but not limited to video

games, such as Fortnite, that might affect your ability to render a fair and impartial verdict?

    b.    Are you or any close family member or friend employed by or otherwise involved in the computer software industry?

    c.    Are you or any close family member or friend employed by or otherwise involved in the video gaming industry?

    d.    Do you have any degree, training, or professional experience in designing, programming, or producing video games, virtual worlds, or other related areas?

    e.    Do you or any close family member or friend play multiplayer online video games?

    f.    Do you or any close family member or friend play the video game Fortnite?

    g.    If yes, have you or any close family member or friend participated in any online virtual events in Fortnite?

    h.    If yes, did you or any close family member or friend attend the Ariana Grande or Travis Scott virtual events, specifically?

    i.    Have you or any close member or friend ever had a negative experience with any online videogames including Fortnite?

10.    Do your or any close family member or friend have any experience with the United States patent laws, patent system, or the United States Patent and Trademark Office? What about copyright or trademark law?

11.    Have you or any close family member or friend ever applied for or received a patent for an invention?

12. Have you or any close family member or friend ever been affected by a patent lawsuit including a suit against or otherwise involving your employer?

13. Do you have any strong opinions regarding lawsuits related to the protection or enforcement of intellectual property rights that would affect your ability to render a fair and impartial verdict if you are selected as a juror in this case?

14. Have you or any close family member or friend ever been involved in a lawsuit, either as the party suing, the party being sued, or as a witness?

15. Do you or any close family member or friend have any experience with or opinions about lawsuits in general that might keep you from being a fair and impartial juror in this case?

16. Have you ever had an experience in which you believe someone took credit for an idea of yours without your permission?

17. Have you or any close family member or friend ever had any experience with the legal system that might keep you from being a fair and impartial juror?

18. Do you have any religious, philosophical, ethical, or other belief that would prevent you from deciding liability and/or awarding money damages in this case?

19. If you are selected as a juror in this case, you must follow the Court's instructions on the law and determine the facts according to the law even if you do not agree with the law. Are you unable or unwilling to follow the Court's instructions regarding the law?

20. Is there any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and the Court's instructions as to the law?  This includes anything relating to any of my previous questions.

DATED this 21st day of April, 2025

Respectfully submitted,

*/s/ Emily C. McNally*

Colby B. Springer (admitted *pro hac vice*)  By: Emily McNally (WSBA No. 60710)
Miya Yusa (admitted *pro hac vice*)  **POLSINELLI PC**
Iqra Iqbal (admitted *pro hac vice*)  1000 Second Avenue, Suite 3500
**POLSINELLI LLP**  Seattle, WA  98104
Three Embarcadero Center, Suite 2400  Tel:  206-393-5400
San Francisco, CA  94111  Fax: 206-393-5401
Tel:  415-248-2100  Email:  emcnally@polsinelli.com
Fax: 415-248-2101
Email:  cspringer@polsinelli.com  Melenie Van (admitted *pro hac vice)*
Email:  myusa@polsineilli.com  **POLSINELLI LLP**
Email:  iiqbal@polsinelli.com  2049 Century Park East, Suite 2900
 Los Angeles, CA 90067
Mark T. Deming (admitted *pro hac vice*)  Tel:     (310) 229-1355
**POLSINELLI PC**  Fax:    (415) 276-8959
150 N. Riverside Place, Suite 3000  Email:  mvan@polsinelli.com
Chicago, IL  60606
Tel:  312-819-1900  Jonathan Spivey (admitted *pro hac vice*)
Fax: 312-819-1901  **POLSINELLI PC**
Email:  mdeming@polsinelli.com  1000 Louisiana Street, Suite 6400
 Houston, TX 77002
Kathryn Gusmer Cole (admitted *pro hac vice*)  Tel.:    (713) 374-1600
J. Mark Wilson (admitted *pro hac vice*)  Fax:    (713) 374-1601
**MOORE & VAN ALLEN LAW**  Email:  jspivey@polsinelli.com
100 North Tryon Street, Ste. 4700
Charlotte, NC  28202
Tel:  (704) 331-1045  **Attorneys for Plaintiff**
Fax:  (704) 409-5659  **UTHERVERSE GAMING LLC**
Email:  katecole@mvalaw.com
Email:  markwilson@mvalaw.com



| | |
|---|---|
| Antoine M. McNamara<br>  (WSBA No. 41701)<br>AMcNamara@perkinscoie.com<br>Christina J. McCullough<br>  (WSBA No. 47147)<br>CMcCullough@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone:     206-359-8000<br>Facsimile:     206-359-9000<br><br>Bethany D. Bengfort<br>bengfort@turnerboyd.com<br>Turner Boyd Seraphine LLP<br>155 Bovet Road, Suite 600<br>San Mateo, CA  94402<br>Telephone:     650-529-4752<br><br>Mark A. Lemley (*pro hac vice*)<br>mlemley@lex-lumina.com<br>LEX LUMINA PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br> Telephone: (646) 898-2055 | Respectfully submitted,<br><br>*/s/ Eric C. Weiner*<br>Daralyn J. Durie (*pro hac vice*)<br>DDurie@mofo.com<br>Timothy C. Saulsbury (*pro hac vice*)<br>TSaulsbury@mofo.com<br>Eric C. Wiener (*pro have vice*)<br>EWiener@mofo.com<br>Sara Doudar (*pro hac vice*)<br>SDoudar@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:     415-268-7000<br>Facsimile:     415-268-7522<br><br>Katherine E. McNutt (*pro hac vice*)<br>KMcNutt@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone:     213-892-5200<br>Facsimile:     213-892-5454<br><br>**Attorneys for Defendant**<br>**EPIC GAMES, INC.** |

