THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**JOINT TRIAL EXHIBIT LIST** |

　　　Plaintiff Utherverse Gaming, LLC and Defendant Epic Games, Inc. (together, "the parties"), in accordance with this Court's Order at ECF No. 433, jointly submit the attached joint exhibit list. The parties are continuing to meet and confer to resolve the objections noted in this list.

1  DATED this 21st day of April, 2025

2                                         Respectfully submitted,

4                                    */s/ Emily C. McNally*

5  Colby B. Springer (admitted *pro hac vice*)   By:  Emily McNally (WSBA No. 60710)
Miya Yusa (admitted *pro hac vice*)                  **POLSINELLI PC**
Iqra Iqbal (admitted *pro hac vice*)                   1000 Second Avenue, Suite 3500
**POLSINELLI LLP**                                         Seattle, WA  98104
Three Embarcadero Center, Suite 2400       Tel:  206-393-5400
San Francisco, CA  94111                        Fax: 206-393-5401
Tel:  415-248-2100                               Email:  emcnally@polsinelli.com
Fax: 415-248-2101
Email:  cspringer@polsinelli.com           Melenie Van (admitted *pro hac vice*)
Email:  myusa@polsineilli.com              **POLSINELLI LLP**
Email:  iiqbal@polsinelli.com                  2049 Century Park East, Suite 2900
                                                      Los Angeles, CA 90067
Mark T. Deming (admitted *pro hac vice*)     Tel:      (310) 229-1355
**POLSINELLI PC**                                      Fax:      (415) 276-8959
150 N. Riverside Place, Suite 3000            Email:  mvan@polsinelli.com
Chicago, IL  60606
Tel:  312-819-1900                               Jonathan Spivey (admitted *pro hac vice*)
Fax: 312-819-1901                              **POLSINELLI PC**
Email:  mdeming@polsinelli.com             1000 Louisiana Street, Suite 6400
                                                      Houston, TX 77002
Kathryn Gusmer Cole (admitted *pro hac*     Tel.:     (713) 374-1600
*vice*)                                                 Fax:     (713) 374-1601
J. Mark Wilson (admitted *pro hac vice*)      Email:  jspivey@polsinelli.com
**MOORE & VAN ALLEN LAW**
100 North Tryon Street, Ste. 4700
Charlotte, NC  28202
Tel:  (704) 331-1045                          **Attorneys for Plaintiff**
Fax:  (704) 409-5659                         **UTHERVERSE GAMING LLC**
Email:  katecole@mvalaw.com
Email:  markwilson@mvalaw.com



1

2

3    Antoine M. McNamara
       (WSBA No. 41701)
4    AMcNamara@perkinscoie.com
     Christina J. McCullough
5      (WSBA No. 47147)
     CMcCullough@perkinscoie.com
6    PERKINS COIE LLP
     1201 Third Avenue, Suite 4900
7    Seattle, WA 98101-3099
     Telephone:    206-359-8000
8    Facsimile:    206-359-9000

9    Bethany D. Bengfort
     bengfort@turnerboyd.com
10   Turner Boyd Seraphine LLP
     155 Bovet Road, Suite 600
11   San Mateo, CA  94402
     Telephone:    650-529-4752

12   Mark A. Lemley (*pro hac vice*)
     mlemley@lex-lumina.com
13   LEX LUMINA PLLC
     745 Fifth Avenue, Suite 500
14   New York, NY 10151
      Telephone: (646) 898-2055

Respectfully submitted,

*/s/ Eric C. Weiner*
Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Sara Doudar (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:    415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    213-892-5200
Facsimile:    213-892-5454

**Attorneys for Defendant
EPIC GAMES, INC.**

15

16

17

18

19

20

21

22

23

24

25

26

| | Case No. 2:21-cv-00799-RSM | | | |
|---|---|---|---|---|
| | UTHERVERSE GAMING LLC v. EPIC GAMES, INC. | | | |
| | Pretrial Exhibit List | | | |
| | | | | |
| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
| TX001 | US Patent 9.724,605 | UG00000020 | UG00000035 | |
| TX002 | intentionally omitted | | | |
| TX003 | intentionally omitted | | | |
| TX004 | intentionally omitted | | | |
| TX005 | intentionally omitted | | | |
| TX006 | Expert David Crane's Resume | n/a | n/a | H, BRPL |
| TX007 | Expert Craig Rosenberg's Resume | n/a | n/a | H, BRPL |
| TX008 | Expert Michele Riley's Resume | n/a | n/a | H, BRPL |
| TX009 | Brochure and User Manual for UE | EPIC00022261 | EPIC00022451 | F, 403, PK |
| TX010 | Epic's Third Amended Non-infringement Chart '605 Patent | n/a | n/a | BRPL |
| TX011 | Epic's Third Amended Non-infringement Chart '605 Patent - Exhibit G | n/a | n/a | BRPL |
| TX012 | Epic's Third Amended Non-infringement Chart '605 Patent - Exhibit K | n/a | n/a | BRPL |
| TX013 | intentionally omitted | | | |
| TX014 | Buffet_Rec_Retrieve_Refs.png | EPIC-SRC-0000031 | EPIC-SRC-0000031 | F, DESC, Metadata, SC |
| TX015 | Buffet_Rec_Sequence_png | EPIC- SRC-0000032 | EPIC- SRC-0000032 | F, DESC, Metadata, SC |
| TX016 | Buffet_Recorded_Experience_File.png | EPIC- SRC-0000035 | EPIC- SRC-0000035 | F, DESC, Metadata, SC |
| TX017 | Buffet_Synchronization_Animation_Graph.png | EPIC- SRC-0000036 | EPIC- SRC-0000036 | F, DESC, Metadata, SC |
| TX018 | Buffet_Synchronizing_Animation.png | EPIC- SRC-0000037 | EPIC- SRC-0000037 | F, DESC, Metadata, SC |
| TX019 | https://docs.unrealengine.com/4.27/en-US/AnimatingObjects/Sequencer/Overview | UG00046712 | UG00046719 | A, F, H, 403, PK |
| TX020 | https://www.youtube.com/watch?v=D3trMpkxAFk | n/a | n/a | A, F, H, 403, NP, PK |
| TX021 | Buffet_Population_Limit_Athena_GameMode_Zoomed.png | EPIC- SRC0000025 | EPIC- SRC0000025 | F, DESC, Metadata, SC |
| TX022 | Buffet_Population_Limit_Athena_GameMode.png | EPIC- SRC-0000026 | EPIC- SRC-0000026 | F, DESC, Metadata, SC |
| TX023 | Buffet_Population_Limit_Athena_PlayerController_Zoomed.png | EPIC- SRC-0000027 | EPIC- SRC-0000027 | F, DESC, Metadata, SC |
| TX024 | Buffet_Population_Limit_Athena_PlayerController.png | EPIC- SRC-0000028 | EPIC- SRC-0000028 | F, DESC, Metadata, SC |
| TX025 | Buffet_Population_Limit_Lobby_Level_Zoomed.png | EPIC- SRC-0000029 | EPIC- SRC-0000029 | F, DESC, Metadata, SC |
| TX026 | Buffet_Population_Limit_Lobby_Level.png | EPIC- SRC-0000030 | EPIC- SRC-0000030 | F, DESC, Metadata, SC |
| TX027 | Unreal Engine 4 Terminology | EPIC000020291 | EPIC000020291 | F |
| TX028 | Understanding latency or Ping in Fortnite | UG00002791 | UG00002795 | A, F, Q |
| TX029 | https://www.epicgames.com/fortnite/en-US/news/fortnite-presents-the-rift-tour-featuring-ariana-grande | UG00002744 | UG00002748 | |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX030 | Jerky_Synchronization_Animation_Sequence_Anim1_Zoomed..png | EPIC-SRC-0000118 | EPIC-SRC-0000118 | F, DESC, Metadata, SC |
| TX031 | Jerky_Synchronization_Animation_Anim1.png | EPIC-SRC-0000119 | EPIC-SRC-0000119 | F, DESC, Metadata, SC |
| TX032 | JerkyMaster.uasset - Sequence file for animation of Travis Scott | EPIC-SRC-0000101 | EPIC-SRC-0000101 | F, SC |
| TX033 | https://www.epicgames.com/fortnite/en-US/news/astronomical | UG000002786 | UG000002790 | A, F, H |
| TX034 | intentionally omitted | | | |
| TX035 | intentionally omitted | | | |
| TX036 | Jerky_Rec_Retrieve_Refs_Zoomed.png | EPIC-SRC-0000110 | EPIC-SRC-0000110 | F, DESC, Metadata, SC |
| TX037 | Jerky_Rec_Retrieve_Refs.png | EPIC-SRC-0000111 | EPIC-SRC-0000111 | F, DESC, Metadata, SC |
| TX038 | Jerky_Recorded_Experience_Playback_Zoomed.png | EPIC-SRC-0000112 | EPIC-SRC-0000112 | F, DESC, Metadata, SC |
| TX039 | Jerky_Recorded_Experience_Playback.png | EPIC-SRC-0000113 | EPIC-SRC-0000113 | F, DESC, Metadata, SC |
| TX040 | Jerky_Player_Limit2_Zoomed.png | EPIC-SRC-0000106 | EPIC-SRC-0000106 | F, DESC, Metadata, SC |
| TX041 | Jerky_Player_Limit2.png | EPIC-SRC-0000107 | EPIC-SRC-0000107 | F, DESC, Metadata, SC |
| TX042 | Jerky_Player_Limit_Zoomed.png | EPIC-SRC-0000108 | EPIC-SRC-0000108 | F, DESC, Metadata, SC |
| TX043 | Jerky_Synchronization_Animation_Graph_Zoomed.png | EPIC-SRC-0000114 | EPIC-SRC-0000114 | F, DESC, Metadata, SC |
| TX044 | Jerky_Synchronization_Animation_Graph.png | EPIC-SRC-0000115 | EPIC-SRC-0000115 | F, DESC, Metadata, SC |
| TX045 | Jerky_Synchronization_Animation_Refs_Zoomed.png | EPIC-SRC-0000116 | EPIC-SRC-0000116 | F, DESC, Metadata, SC |
| TX046 | Jerky_Synchronization_Animation_Refs.png | EPIC-SRC-0000117 | EPIC-SRC-0000117 | F, DESC, Metadata, SC |
| TX047 | Jerky_Synchronization_Animation_Sequence_Master_Zoomed.png | EPIC-SRC-0000120 | EPIC-SRC-0000120 | F, DESC, Metadata, SC |
| TX048 | Jerky_Synchronization_Animation_Sequence_Master.png | EPIC-SRC-0000121 | EPIC-SRC-0000121 | F, DESC, Metadata, SC |
| TX049 | Video of GameMax | UG00003325 | UG00003325 | A, F, 403, H |
| TX050 | Video: Opening sceen is a space ship and rated T for Teen | UG00003313 | UG00003313 | A, F, H |
| TX051 | intentionally omitted | | | |
| TX052 | https://dev.epicgames.com/documentation/en-us/unreal-engine/keyframing?application_version=4.27 | n/a | n/a | A, F, 403, NP, PK |
| TX053 | https://www.youtube.com/watch?v=jwiyfbGGzgI | n/a | n/a | A, F, H, 403, NP, PK |
| TX054 | https://aws.amazon.com/compare/the-difference-between-containers-and-virtual-machines/ | n/a | n/a | A, F, H, 403, NP, PK |
| TX055 | https://aws.amazon.com/what-is/virtualization/ | n/a | n/a | A, F, H, 403, NP, PK |
| TX056 | https://docs.unrealengine.com/4.26/en-US/AnimatingObjects/Sequencer/HowTo/TracksPlayRate/ | n/a | n/a | A, F, H, 403, NP, PK |
| TX057 | Epic internal wiki: Dedicated Server Deployment Architecture | EPIC-00020439 | EPIC00020459 | F, I, 403, PK |
| TX058 | https://www.epicgames.com/help/en-US/fortnite-c5719335176219/technical-support-c5719372265755/what-platforms-or-devices-are-compatible-with-fortnite-a5720385202331 | n/a | n/a | A, F, NR, NP, PK |
| TX059 | GamesSessionDedicatedAthena.cpp | EPIC-SRC-0000093 | EPIC-SRC-0000093 | F, DESC, SC |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX060 | FortPlaylist.h | EPIC-SRC-0000094 | EPIC-SRC-0000094 | F, DESC, SC |
| TX061 | FortPlaylistManager.cpp | EPIC-SRC-0000095 | EPIC-SRC-0000095 | F, DESC, SC |
| TX062 | PartyBeaconHost.cpp | EPIC-SRC-0000103 | EPIC-SRC-0000105 | F, SC |
| TX063 | FortMatchmakingV2.cpp | EPIC-SRC-0000160 | EPIC-SRC-0000164 | F, DESC, SC |
| TX064 | https://dev.epicgames.com/documentation/en-us/unreal-engine/API/Plugins/OnlineSubsystemUtils/APartyBeaconHost?application_version=4.27 | n/a | n/a | A, F, 403, NP, PK |
| TX065 | FortPlayerControllerAthena.cpp | EPIC- SRC-0000001 | EPIC- SRC-0000002 | F, DESC, SC |
| TX066 | ConcertServer.cpp | EPIC- SRC-0000006 | EPIC- SRC-0000006 | F, DESC, SC |
| TX067 | FortAthenaMutator_SpecialEvent.cpp | EPIC- SRC-0000012 | EPIC- SRC-0000013 | F, DESC, SC |
| TX068 | FortPlaylist.h | EPIC- SRC-0000014 | EPIC- SRC-0000014 | F, DESC, SC |
| TX069 | FortPlaylistManager.cpp | EPIC- SRC-0000015 | EPIC- SRC-0000015 | F, DESC, SC |
| TX070 | FortMatchmakingV2.cpp | EPIC- SRC-0000122 | EPIC- SRC-0000122 | F, DESC, SC |
| TX071 | PartyBeaconHost.cpp – Reservations during matchmaking process | EPIC-SRC-0000124 | EPIC-SRC-0000126 | F, DESC, SC |
| TX072 | Buffet_Record_Retrive_BP.png | EPIC-SRC-000033 | EPIC-SRC-000033 | F, DESC, Metadata, SC |
| TX073 | Unreal Engine page: Physics | EPIC00020285 | EPIC00020285 | |
| TX074 | Unreal Engine page: Animating Characters and Objects | EPIC00020380 | EPIC00020384 | F, 403, M |
| TX075 | Unreal Engine page: Collision Overview | EPIC00020389 | EPIC00020389 | F, 403 |
| TX076 | Unreal Engine page: Collision Response Reference | EPIC00020390 | EPIC00020390 | F, 403 |
| TX077 | Unreal Engine video: Using Collision - Build a Detective's Office Game Environment | EPIC00020405 | EPIC00020405 | F, H, NR |
| TX078 | Epic Games announcement: Ariana Grande Steps into the Metaverse as the Headliner for Fortnite's Rift Tour | UG00003221 | UG00003225 | |
| TX079 | intentionally omitted | | | |
| TX080 | intentionally omitted | | | |
| TX081 | intentionally omitted | | | |
| TX082 | intentionally omitted | | | |
| TX083 | intentionally omitted | | | |
| TX084 | intentionally omitted | | | |
| TX085 | Youtube video: Travis Scott and Fortnite Present_Astronomical (Full Event Video) | UG00003321 | UG00003321 | A, F, H |
| TX086 | BuffetAnimationEscher.uasset | EPIC-SRC-0000003 | EPIC-SRC-0000003 | F, DESC, SC, C |
| TX087 | BlockingVolume.cpp | EPIC-SRC-0000004 | EPIC-SRC-0000004 | F, DESC, SC |
| TX088 | BlockingVolume.h | EPIC-SRC-0000005 | EPIC-SRC-0000005 | F, DESC, SC |
| TX089 | Buffet_Escher_Editor_Blockers_Zoomed.png | EPIC-SRC-0000007 | EPIC-SRC-0000007 | F, DESC, Metadata, SC |
| TX090 | Buffet_Escher_Seq_Blocker_Zoomed.png | EPIC-SRC-0000008 | EPIC-SRC-0000008 | F, DESC, Metadata, SC |
| TX091 | intentionally omitted | | | |
| TX092 | intentionally omitted | | | |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX093 | intentionally omitted | | | |
| TX094 | https://www.youtube.com/watch?v=kjj3FwzRQms | UG00009490 | UG00009490 | A, F, H |
| TX095 | Youtube video: THE FORTNITE TRAVIS SCOTT EVENT WAS INSANE W DRLUPO COURAGEJD SYPHERPK | UG00003324 | UG00003324 | A, F, H |
| TX096 | Epic internal wiki: MMS Overview | EPIC00000620 | EPIC0000621 | F, I, 403, PK |
| TX097 | Epic internal wiki: Dedicated Server Platform | EPIC00000622 | EPIC00000706 | F, NR, I, 403 |
| TX098 | Epic internal wiki: AutoScaler | EPIC00020437 | EPIC00020438 | F, NR, 403, I |
| TX099 | Epic internal wiki: Platform Overview | EPIC00020460 | EPIC00020472 | F, H, 403, I, C, PK |
| TX100 | Epic internal wiki: Master Control Program - Data Asset Directory | EPIC00020525 | EPIC00020526 | F, 403, PK |
| TX101 | Epic internal wiki: Master Control Program - Terms and Concepts | EPIC00020542 | EPIC00020544 | F, I, 403, PK |
| TX102 | Epic internal wiki: Master Control Program - Data Model | EPIC00020546 | EPIC00020549 | F, I, 403, PK |
| TX103 | Epic internal wiki: Master Control Program - Templates | EPIC00020553 | EPIC00020554 | F, I, 403, PK |
| TX104 | Epic internal wiki: MMS V1 Explainer (MMS Documentation) | EPIC00020555 | EPIC00020574 | |
| TX105 | Epic internal wiki: Dedicated Server Deployment Architecture | EPIC00021219 | EPIC00021239 | F, H, I, 403, PK |
| TX106 | Epic internal wiki: Use AWS CloudFormation to create RDS DB instance | EPIC00021502 | EPIC00021502 | F, NR, 403, PK |
| TX107 | Epic internal wiki: Waiting Room Service | EPIC00021503 | EPIC00021504 | F, I, 403, PK |
| TX108 | Epic internal wiki: Waiting Room Service Operating Instructions | EPIC00021510 | EPIC00021510 | F, 403, PK |
| TX109 | Epic internal wiki: Online Gameplay Engineer Onboarding and more | EPIC00021511 | EPIC00021576 | F, NR, I, 403, PK |
| TX110 | Epic internal wiki: Former Team Members and more | EPIC00022452 | EPIC00022669 | F, NR, I, 403, PK |
| TX111 | https://www.youtube.com/watch?v=Ae75UuXQ0eU | UG00009491 | UG00009491 | A, F, H |
| TX112 | Youtube video: ARIANA GRANDE EVENT very cool_1080pFHR | UG00003308 | UG00003308 | A, F, H |
| TX113 | Youtube video: Fortnite X Ariana Grande Rift Tour Concert Gameplay_1080pFHR | UG00003318 | UG00003318 | A, F, H |
| TX114 | Fortnite Tweet on Twitter | UG000003271 | UG00003274 | A, F, H, I |
| TX115 | intentionally omitted | | | |
| TX116 | Jerky_Player_Limit.png | EPIC-SRC-0000109 | EPIC-SRC-0000109 | F, DESC, Metadata, SC |
| TX117 | https://dev.epicgames.com/documentation/en-us/fortnite-creative/fortnite-creative-documentation | n/a | n/a | NP |
| TX118 | https://dev.epicgames.com/docs/game-services/lobbies-and-sessions/lobbies/lobbies-intro | n/a | n/a | A, F, H, NR, 403, NP, PK |
| TX119 | Epic internal wiki: Runbook - AWS EC2 Events | EPIC00021392 | EPIC00021398 | F, NR, I, 403, PK |
| TX120 | FortMatchingMakingV2.cpp | EPIC-SRC-0000127 | EPIC-SRC-0000130 | F, DESC, SC |
| TX121 | Buffet_Escher_Seq_Blocker.png | EPIC-SRC-0000009 | EPIC-SRC-0000009 | F, DESC, Metadata, SC |
| TX122 | Automating Management of Amazon EC2 Instances - March 2017 AWS Online Tech Talks | EPIC00017835 | EPIC00017835 | F, H, NR, I, 403, PK |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX123 | AWS re_Invent 2018_ Chris Dyl, Director of Platform at Epic Games, Speaks at Monday Night Live | EPIC00020243 | EPIC00020243 | F, H, NR, I, 403, PK |
| TX124 | AWS re_Invent 2021 - How Epic Games develops Fortnite faster with a build farm on AWS | EPIC00020244 | EPIC00020244 | F, H, NR, I, 403, PK |
| TX125 | DEPLOY DEDICATED GAME SERVERS FOR MULTIPLAYER GAMES | EPIC00020248 | EPIC00020248 | F, H, I, C, 403, PK |
| TX126 | Unreal Engine video: Refining Collision for Gameplay - Creating a Level Blockout | EPIC00020266 | EPIC00020266 | F, H, NR PK |
| TX127 | Youtube video: F1116587-Nick-Eh-30-reacts-to-the-Fortnite-Marshmello-Event!-(Concert-in-Pleasant-Park) | UG000009492 | UG000009492 | A, F, H, MIL |
| TX128 | BlockingVolume.cpp | EPIC-SRC-0000091 | EPIC-SRC-0000091 | F, DESC, SC |
| TX129 | BlockingVolume.h | EPIC-SRC-0000092 | EPIC-SRC-0000092 | F, DESC, SC |
| TX130 | FortInputData.cpp | EPIC-SRC-0000100 | EPIC-SRC-0000100 | F, SC |
| TX131 | DefaultPawn.cpp | EPIC-SRC-0000016 | EPIC-SRC-0000018 | F, DESC, SC |
| TX132 | FortInputData.cpp | EPIC-SRC-0000019 | EPIC-SRC-0000019 | F, DESC, SC |
| TX133 | FortInputData.cpp | EPIC-SRC-0000020 | EPIC-SRC-0000020 | F, DESC, SC |
| TX134 | Jerky_Blockers.png | EPIC-SRC-0000159 | EPIC-SRC-0000159 | F, DESC, Metadata, SC |
| TX135 | Network Multiplayer Fundamentals _ Live from HQ _ Inside Unreal.mp4 | EPIC00020249 | EPIC00020249 | F, H, C, 403, PK |
| TX136 | Unreal Engine page: Sequencer Editor Reference | UG00050003 | UG00050010 | A, F, H, Q, PK |
| TX137 | Unreal Engine page: Cinematics Sequencer | UG00045234 | UG00045238 | DESC A, F, H, Q, PK |
| TX138 | Unreal Engine page: Actors | UG00044959 | UG00044960 | A, F, H, 403, Q, PK |
| TX139 | IBISWorld Industry Report NN003: Video Games in the US, May 2019 | UG00052997 | UG00053050 | A, F, H |
| TX140 | IPSCIO Reports Royalty Rate Industry Summary 2020 | UG00052644 | UG00052650 | A, F, H, 403, I |
| TX141 | Patent Purchase and License Agreement | UG00000848 | UG00000901 | |
| TX142 | Trademark License Agreement | UG00000902 | UG00000912 | |
| TX143 | Assignment of Patent Rights | UG00000913 | UG00000918 | |
| TX144 | Utherverse Co-Creating the Future | BRIANS_004031 | BRIANS_004068 | A, F, H, NR, 403 |
| TX145 | Table of Contents of Patents | BRIANS_034465 | BRIANS_034544 | A, F, H, NR, 403 |
| TX146 | Background on Gary and Brian Shuster with list of US patents | UDi_005650 | UDi_005660 | A, F, H |
| TX147 | Roadmap to 18MM | EPIC00000953 | EPIC00000962 | F, H, 403 |
| TX148 | Travis Scott Concert Compared to Season Launches | EPIC00014491 | EPIC00014512 | F, I, PK |
| TX149 | Astronomical Post Project ReCap | EPIC00014528 | EPIC00014574 | F, H, I |
| TX150 | intentionally omitted | | | |
| TX151 | Rift Tour Phases and dates | EPIC00014585 | EPIC00014593 | F, PK |
| TX152 | Ariana Grande Rift Tour Event Sentiment Snapshot | EPIC00014725 | EPIC00014745 | F, H, PK |
| TX153 | intentionally omitted | | | |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX154 | Rift Tour: Insights Powerpoint | EPIC00014864 | EPIC00014882 | F, H, I, PK |
| TX155 | Amendment Two to Services Agreement | EPIC00014917 | EPIC00014921 | F, NR, TPC, MIL |
| TX156 | Amendment Three to Services Agreement | EPIC00014922 | EPIC00014929 | F, NR, TPC, MIL |
| TX157 | intentionally omitted | | | |
| TX158 | intentionally omitted | | | |
| TX159 | Scorecard for Travis Scott | EPIC00017428 | EPIC00017432 | F, H |
| TX160 | Utherverse Event Attendance Spreadsheet | EPIC00017446 | | F |
| TX161 | Cross License and Settlement Agreement with Acceleration Bay | EPIC00017495 | EPIC00017513 | F, NR, TPC |
| TX162 | Service and License Agreement between Epic and AGent, LLC | EPIC00017526 | EPIC00017550 | F, TPC |
| TX163 | Merchandise Agreement betweeen Epic and Bravado International Group | EPIC00017551 | EPIC00017557 | F, 403, TPC |
| TX164 | Travis Scott Forecast and Scorecard Spreadsheet | EPIC00017571 | EPIC00017571 | F, PK |
| TX165 | intentionally omitted | | | |
| TX166 | Fortnite Music Strategy dated December 2021 | EPIC00017614 | EPIC00017635 | F, H, I, PK |
| TX167 | Epic Games, Inc. Consolidated Financial Statements for 2016 and 2017 | EPIC00017645 | EPIC00017673 | H, 403, MIL |
| TX168 | Epic Games, Inc. Consolidated Financial Statements for 2018 and 2019 | EPIC00017703 | EPIC00017733 | H, 403, MIL |
| TX169 | Epic Games, Inc. Consolidated Financial Statements for 2020 and 2021 | EPIC00017773 | EPIC00017816 | H, 403, MIL |
| TX170 | Epic Games Dataset | EPIC00022670 | EPIC0002740 | F, PK, MIL |
| TX171 | Email s between Mark Imbriaco and Jon Snedl regarding Texas for Concert population target and updates | EPIC00023187 | EPIC00023192 | F, H, 403, PK, MIL |
| TX172 | Epic Games Dataset | EPIC00025394 | EPIC00025394 | F, PK, MIL |
| TX173 | Epic Games Dataset | EPIC00025395 | EPIC00025395 | F, PK, MIL |
| TX174 | Spreadsheet of Live Events in 2019 | EPIC00025906 | EPIC00025946 | F, NR, 403, MIL, PK |
| TX175 | Services and License Agreement between Epic and LaFlame (signed) | LAFLAME 000001 | LAFLAME 000029 | F, TPC |
| TX176 | Amendment Agreement between Epic and LaFlame (signed) | LAFLAME 000030 | LAFLAME 000036 | F, I, M, TPC |
| TX177 | Contract for the Sale of Goods between Jazwares and Cactus Jack Design | LAFLAME 000037 | LAFLAME 000048 | M, TPC |
| TX178 | Epic Games, Inc.'s Objections and Responses to Utherverse Gaming LLC's Fourth Set of Interrogatories (No. 14) | n/a | n/a | BRPL |
| TX179 | https://ephere.com/plugins/autodesk/maya/ornatrix/ | UG00052848 | UG00052850 | A, F, H |
| TX180 | https://ephere.com/plugins/autodesk/maya/ornatrix/docs/4/About_Ornatrix_Maya.html | UG00052851 | UG00052852 | A, F, H |
| TX181 | https://ephere.com/services.html | UG00052855 | UG00052858 | A, F, H |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX182 | https://fortnitenews.com/fortnite-rift-tour-nominated-for-best-metaverse-performance-at-mtv-video-music-awards-2022/ | UG00052928 | UG00052930 | A, F, H |
| TX183 | https://store.epicgames.com/en-US/p/fortnite | n/a | n/a | A, F, NP, DESC |
| TX184 | https://variety.com/2020/digital/news/travis-scott-fortnite-record-viewers-live-1234589033/ | UG00048427 | UG00048435 | A, F, H |
| TX185 | https://sea.mashable.com/entertainment/10261/travis-scotts-fortnite-concert-is-the-best-damn-thing-to-come-out-from-a-video-game | UG00051800 | UG00051808 | A, F, H |
| TX186 | https://www.cnet.com/culture/fortnite-travis-scott-astronomical-experience-seen-by-almost-28-million-players/ | UG00050483 | UG00050485 | A, F, H |
| TX187 | https://www.epicgames.com/site/en-US/about | n/a | n/a | A, F, NP, DESC |
| TX188 | https://medium.com/gamemakers/the-economy-of-the-metaverse-interview-with-epic-ceo-tim-sweeney-1822eed01ddf | UG00052981 | UG00052996 | A, F, H |
| TX189 | https://www.epicgames.com/site/en-US/news/ariana-grande-steps-into-the-metaverse-as-the-headliner-for-fortnites-rift-tour | UG00003295 | UG00003299 | A, F |
| TX190 | https://www.forbes.com/sites/paultassi/2019/12/27/fortnite-is-building-the-metaverse-whether-you-realize-it-or-not/?sh=39a1ed0056f6 | UG00052867 | UG000052873 | A, F, H |
| TX191 | https://www.fortnite.com/faq | UG00052885 | UG00052896 | A, F |
| TX192 | https://www.fortnite.com/news/astronomical | UG00052917 | UG00052920 | A, F, H |
| TX193 | https://www.fortnite.com/news/what-is-fortnite-beginners-guide | UG00052921 | UG00052927 | A, F |
| TX194 | https://www.fortnite.com/rift-tour/ | UG00052897 | UG00052901 | A, F |
| TX195 | https://www.fortnite.com/vbuckscard | UG00052902 | UG00052905 | A, F |
| TX196 | https://www.gamesradar.com/if-the-travis-scott-astronomical-performance-proved-anythingits-that-fortnite-is-changing-the-game-and-music-industries-forever/ | UG00052931 | UG00052943 | A, F, H |
| TX197 | https://www.hollywoodreporter.com/business/digital/fortnite-presents-rift-tour-ariana-grande-1234994287/ | UG00003161 | UG00003175 | A, F, H |
| TX198 | https://www.insider.com/travis-scott-fortnite-concert-video-photo-visually-stunning-the-scotts-2020-4 | UG00052789 | UG00052801 | A, F, H, PK |
| TX199 | https://www.joealter.com | UG00052952 | UG00052952 | A, F, H |
| TX200 | https://www.pcgamer.com/epic-has-sunk-dollar500m-into-the-epic-games-store-doesnt-expect-to-make-a-profit-until-2027/ | UG00053088 | UG00053090 | A, F, H, 403 |
| TX201 | https://www.pcgamer.com/sony-invests-another-dollar200m-into-epics-vision-for-the-metaverse/ | UG00053091 | UG00053094 | A, F, H, 403 |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX202 | https://www.theverge.com/2020/4/23/21233637/travis-scott-fortnite-concert-astronomical-live-report | UG00048590 | UG00048597 | A, F, H |
| TX203 | https://www.unrealengine.com/en-US | UG00053149 | UG00053151 | A, F, 403 |
| TX204 | https://www.unrealengine.com/en-US/blog/shave-and-a-haircut-v9-6-for-maya | UG00053147 | UG00053148 | A, F, 403 |
| TX205 | https://www.youtube.com/watch?v=cldkL157x_o | UG00053794 | UG00053797 | A, F, H, 403 |
| TX206 | https://www.youtube.com/watch?v=h6ClJxjuRvw | UG00053781 | UG000537973 | A, F, H, 403 |
| TX207 | Epic Letter re Financial Documents | n/a | n/a | 403, DESC, BRPL, MIL |
| TX208 | https://www.theverge.com/2021/8/9/22616664/ariana-grande-fortnite-rift-tour-worldbuilding-storytelling | UG00053138 | UG00053141 | A, F, H |
| TX209 | First 200 Rows of Epic Data | Boyle Ex. 18 | | Metadata, I, MIL |
| TX210 | ITEMS and Template IDS from Epic Data Spreadsheet | Boyle Ex. 19 | n/a | Metadata, I |
| TX211 | intentionally omitted | | | |
| TX212 | Astronomical Post Project Recap | Boyle Ex. 22 | | F, H, C |
| TX213 | Rift Tour: Insights | Boyle Ex. 23 | | F, H, PK, C |
| TX214 | Fortnite Live Events | Boyle Ex. 24 EPIC00017572 | EPIC00017613 | F, 403, PK, C, MIL |
| TX215 | Fortnite Music Strategy | Boyle Ex. 25 | | F, H, PK, C |
| TX216 | Licenses Emote Update | Boyle Ex. 26 | | F, PK, 403, MIL |
| TX217 | intentionally omitted | | | |
| TX218 | intentionally omitted | | | |
| TX219 | Epic Games, Inc's Consolidated Financial Statements 12/31/2018 and 2017 | EPIC00017674 | EPIC00017702 | H, 403, MIL |
| TX220 | intentionally omitted | | | |
| TX221 | Epic Games, Inc's Consolidated Financial Statements 12/31/2020 and 2019 | EPIC00017734 | EPIC00017772 | H, 403, MIL |
| TX222 | Spreadsheets for Fortnite Bookings | EPIC00020576 | EPIC00020576 | H, 403, MIL |
| TX223 | intentionally omitted | | | |
| TX224 | intentionally omitted | | | |
| TX225 | Audio file of Imbriaco Interview on Edgevana Podcast | UG00009735 | UG00009735 | A, F, H, 403 |
| TX226 | Unreal Engine Network Overview | Imbriaco Ex. 54; EPIC00020264 | EPIC00020264 | |
| TX227 | Setting Up Dedicated Servers | Imbriaco Ex. 55 | | |
| TX228 | intentionally omitted | | | |
| TX229 | intentionally omitted | | | |
| TX230 | Infrastructure overview (how we use AWS, Ansible, Docker and Terraform) | EPIC00021098 | EPIC00021099 | |
| TX231 | intentionally omitted | | | |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX232 | Cyclone Jerky Run of Show (Color Print of Native) | EPIC00014958 | EPIC00014958 | C |
| TX233 | Buffet - Run of Show (Color Print of Native) | EPIC00014957 | EPIC00014957 | C |
| TX234 | Epic Games - Data Export Definitions | Weissinger Ex. 38 | | |
| TX235 | Rift Tour GTM (Color Print of Native) | EPIC00014594 | EPIC00014658 | H |
| TX236 | Rift Tour Recap | EPIC00025794 | EPIC00025874 | H |
| TX237 | Non-Exclusive Patent License with Creative Technology Ltd. | EPIC00017384 | EPIC00017393 | F, TPC |
| TX238 | Patent License Agreement with Ephere Productions Inc. | EPIC00017394 | EPIC00017412 | F, MIL, TPC |
| TX239 | Patent License Agreement with Peregrine Visual Storytelling Ltd. | EPIC00017413 | EPIC00017427 | F, TPC |
| TX240 | Spreadsheet - Rift Tour Coverage (Color Print of Native) | EPIC00000619 | EPIC00000619 | F, H, I |
| TX241 | Travis Scott Party Royale Highlights (Color Print of Native) | EPIC00014824 | EPIC00014827 | H, C |
| TX242 | Astronomical (Color Print of Native) | EPIC00014828 | EPIC00014863 | H, F, 403 |
| TX243 | intentionally omitted | | | |
| TX244 | Slack Channel - Run of Show Spreadsheet | EPIC00014959 | EPIC00014959 | NR, 403, MIL |
| TX245 | Run of Show Spreadsheet | EPIC00014930 | EPIC00014930 | NR, 403, MIL |
| TX246 | Linked In Profile of Peter Axt | Axt Ex. 64 | | A, F, H |
| TX247 | Understanding the Basics - Tools and Editors | Axt Ex. 67; EPIC00020289 | EPIC00020289 | |
| TX248 | Slack channel information | Axt Ex. 68 | | NR, 403, MIL |
| TX249 | Online Buffet Retrospective | EPIC00014938 | EPIC000014956 | |
| TX250 | Creation of Dimensions within a Virtual Reality Universe | UDi_000984 | UDi_000988 | A, F, H, 403 |
| TX251 | Printout from the web page https://www.utherverse.io | Shuster (UDi) Ex. 12 | | H |
| TX252 | intentionally omitted | | | |
| TX253 | About Epic Games | UG00052651 | UG00052653 | A, F, H, PK |
| TX254 | intentionally omitted | | | |
| TX255 | Sent to Stout on a HD | EPIC00022671 | UG00022733 | F, PK |
| TX256 | Sent to Stout on a HD | EPIC00022734 | EPIC00022735 | F, PK |
| TX257 | Sent to Stout on a HD | EPIC00022736 | EPIC00022740 | F, PK |
| TX258 | Spreadsheet for Animation Roll Out and Backend Engineering | EPIC00027335 | EPIC00027335 | F, 403 |
| TX259 | Asset Purchase Agreement by and amoung Epic Games, Inc. and Joseph Alter | EPIC00027336 | EPIC00027377 | TPC |
| TX260 | Affidavit of Custodian of Records of Ephere Productions | EPHERE0001 | EPHERE0006 | TPC |
| TX261 | Royalties Paid Excel Spreadsheet | EPHERE0007 | EPHERE0007 | TPC |
| TX262 | Google/Youtube Certificate of Authenticity | GOOGLE_0000119 | GOOGLE_0000133 | NP, LD |
| TX263 | U.S. Patent 6,720,962 | UG00053152 | UG00053164 | LD |
| TX264 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of September 30, 2021 | EPIC00029392 | EPIC00029466 | H, 403, NR, LD, MIL |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX265 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of February 28, 2022 | EPIC00029467 | EPIC00029560 | H, 403, NR, LD, MIL |
| TX266 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2019 | EPIC00029561 | EPIC00029629 | H, 403, NR, LD, MIL |
| TX267 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2020 | EPIC00029630 | EPIC00029709 | H, 403, NR, LD, MIL |
| TX268 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of March 31, 2021 | EPIC00029710 | EPIC00029784 | H, 403, NR, LD, MIL |
| TX269 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of May 31, 2022 | EPIC00029785 | EPIC00029880 | H, 403, NR, LD, MIL |
| TX270 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of June 30, 2021 | EPIC00029881 | EPIC00029956 | H, 403, NR, LD, MIL |
| TX271 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of August 28, 2020 | EPIC00029957 | EPIC00030033 | H, 403, NR, LD, MIL |
| TX272 | CapVal - American Business Appraisers, LLC - Opinion of Fair Market Value of a Single Share of Common Stock as of August 31, 2022 | EPIC00030034 | EPIC00030127 | H, 403, NR, LD, MIL |
| TX273 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - March 31, 2019 and 2018 | EPIC00030128 | EPIC00030133 | 403, LD, MIL |
| TX274 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending June 30, 2019 and 2018 | EPIC00030134 | EPIC00030138 | 403, LD, MIL |
| TX275 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending September 30, 2019 and 2018 | EPIC00030139 | EPIC00030144 | 403, LD, MIL |
| TX276 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending March 31, 2020 and 2019 | EPIC00030145 | EPIC00030151 | 403, LD, MIL |
| TX277 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Quarters Ending June 30, 2020 and 2019 | EPIC00030152 | EPIC00030158 | 403, LD, MIL |
| TX278 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Nine Months Ended September 30, 2020 and 2019 | EPIC00030159 | EPIC00030167 | 403, LD, MIL |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TX279 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2021 and 2020 | EPIC00030168 | EPIC00030178 | 403, LD, MIL |
| TX280 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Six Months Ended June 30, 2021 and 2020 | EPIC00030179 | EPIC00030189 | 403, LD, MIL |
| TX281 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Nine Months Ended September 30, 2021 and 2020 | EPIC00030190 | EPIC00030202 | 403, LD, MIL |
| TX282 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - December 31, 2021 and 2020 | EPIC00030203 | EPIC00030246 | 403, LD, MIL |
| TX283 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2022 and 2021 | EPIC00030247 | EPIC00030276 | 403, LD, MIL |
| TX284 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Six Months Ended June 30, 2022 and 2021 | EPIC00030277 | EPIC00030308 | 403, LD, MIL |
| TX285 | Compliance Certificate signed by Epic Games, Inc. | EPIC00030309 | EPIC00030347 | 403, LD, MIL |
| TX286 | Epic Games, Inc. and Subsidiaries - Consolidated Financial Statements - For the Three Months Ended March 31, 2023 and 2022 | EPIC00030348 | EPIC00030378 | 403, LD, MIL |
| TX287 | E2 Management Presentation (2020) | EPIC00030379 | EPIC00030414 | H, 403, LD, MIL |
| TX288 | E2.5 Presentation (2021) | EPIC00030415 | EPIC00030448 | H, 403, LD, MIL |
| TX289 | Utherverse.net screenprints | n/a | n/a | |
| | | | | |
| TXA-001 | StarCraft II Source Code | BLIZ-SRC000061 | BLIZ-SRC000079 | A, F, H, PK, SC |
| TXA-002 | Email chain from B. Shuster to E. Dexter, Ccing aaron@allbrightdesigns.com re "Re: Agreements", dated November 26, 2018 | BRIANS_035368 | BRIANS_035368 | A, F, H, NR, 403 |
| TXA-003 | U.S. Patent Application No. US 2008/0268961 A1 (Brook) | EPIC00000001 | EPIC00000015 | F, H |
| TXA-004 | Chris Greenhalgh et al., Applications of Temporal Links: Recording and Replaying Virtual Environments | EPIC00023072 | EPIC00023084 | A, F, H, NR, 403, Undated |
| TXA-005 | Chris Greenhalgh et al., Temporal Links: Recording and Replaying Virtual Environments | EPIC00023096 | EPIC00023112 | A, F, H, NR, 403, Undated |
| TXA-006 | Network Software Architectures for Real-Time Massively-Multiplayer Online Games (McFarlane) | EPIC00000071 | EPIC00000198 | A, F, H, NR, 403 |
| TXA-007 | U.S. Patent No. 9,364,743 (Miura) | EPIC00000199 | EPIC00000242 | F, H |
| TXA-008 | Massive Multiplayer Online Game Architectures (Moraal) | EPIC00000243 | EPIC00000276 | A, F, H, NR, 403 |
| TXA-009 | International Publication No. WO 2008/104782 A2 (Sony) | EPIC00000307 | EPIC00000366 | F, H |
| TXA-010 | Developing Your Own Replay System (Wagner) | EPIC00000367 | EPIC00000376 | A, F, H, 403, NR, PK |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TXA-011 | Filion et al., Advances in Real-Tim Rendering in 3D Graphics and Games Course - StarCraft II Effects & Techniques | EPIC00000377 | EPIC00000408 | A, F, H, 403, NR, PK Undated |
| TXA-012 | New Replay and Resume Features Coming in Heart of the Swarm - StarCraft II - Blizzard News | EPIC00000555 | EPIC00000559 | A, F, H, 403, NR, PK |
| TXA-013 | TeamOnline.pdf | EPIC00000708 | EPIC00000730 | F, NR |
| TXA-014 | intentionally omitted | | | |
| TXA-015 | Master Copy Doc for Cyclone Jerky.docx | EPIC00014513 | EPIC00014527 | A, F, H, NR, 403 |
| TXA-016 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | EPIC00017381 | EPIC00017381 | A, F, H, PK |
| TXA-017 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | EPIC00017382 | EPIC00017382 | A, F, H, PK |
| TXA-018 | Screenshots, videos, data, and related odcumentation of MASSIVE-3 | EPIC00017383 | EPIC00017383 | A, F, H, PK |
| TXA-019 | intentionally omitted | | | |
| TXA-020 | Animation Sequences.png | EPIC00020272 | EPIC00020272 | A, F, I |
| TXA-021 | Skeletal Mesh Animation System.png | EPIC00020273 | EPIC00020273 | A, F, I |
| TXA-022 | intentionally omitted | | | |
| TXA-023 | Fortnite wins 2018 Gamers' Choice Awards for Fan Favorite Game | EPIC00027417 | EPIC00027436 | A, F, H, Q |
| TXA-024 | Fortnite wins 2018 Golden Joystick Awards Ultimate Game of the Year | EPIC00027470 | EPIC00027480 | NR, 403, H, F |
| TXA-025 | Unreal Engine Awards | EPIC00027688 | EPIC00027689 | NR, 403, H, F |
| TXA-026 | Fortnite wins 2019 BAFTA Game Award for Best Evolving Game | EPIC00027817 | EPIC00027821 | NR, 403, H, F |
| TXA-027 | Patent File Wrapper, U.S. Patent No. 9,724,605 | EPIC00028332 | EPIC00028595 | NR, 403, H, F |
| TXA-028 | Buffet_Flow_SpecialEventScript_Zoomed.pdf | Epic-SRC-0000010 | Epic-SRC-0000010 | NR, I, H, 403, A |
| TXA-029 | Buffet_Flow_SpecialEventScript.pdf | Epic-SRC-0000011 | Epic-SRC-0000011 | F |
| TXA-030 | Buffet_Modeled_Space.pdf | Epic-SRC-0000021 | Epic-SRC-0000021 | F |
| TXA-031 | Buffet_Modeling_Common_Object.pdf | Epic-SRC-0000022 | Epic-SRC-0000022 | F |
| TXA-032 | Buffet_Modeling_Common_Space_Object_Zoomed.pdf | Epic-SRC-0000023 | Epic-SRC-0000023 | F |
| TXA-033 | Buffet_Modeling_Common_Space_Object.pdf | Epic-SRC-0000024 | Epic-SRC-0000024 | F |
| TXA-034 | Buffet_Record_Retrieve_Exp_File.pdf | Epic-SRC-0000034 | Epic-SRC-0000034 | F |
| TXA-035 | Jerky_Modeling_Common-Object.pdf | Epic-SRC-0000102 | Epic-SRC-0000102 | F |
| TXA-036 | E-mail chain from Colby Springer to Gary Shuster re Utherverse prosecution questions | FORT0000092 | FORT0000093 | F, MIL |
| TXA-037 | UDI organization chart | FORT0000097 | FORT0000097 | F, A, I, H, 403, NR |
| TXA-038 | Utherverse Digital Profit and Loss - Accrual Basis | FORT0000127 | FORT0000128 | A, F, H, NR, 403, S, DESC |
| TXA-039 | Utherverse Balance Sheet as of March 31, 2020 | FORT0000129 | FORT0000129 | F, A, I, H, 403, NR |
| TXA-040 | Utherverse Digital Profit and Loss | FORT0000132 | FORT0000134 | F, A, I, H, 403, NR |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TXA-041 | Utherverse Digital Balance Sheet | FORT0000135 | FORT0000136 | F, A, I, H, 403, NR |
| TXA-042 | Email chain from Colby Springer to Peter Stewart re Revised Utherverse PPA | FORT0002847 | FORT0002848 | F, A, I, H, 403, NR, MIL |
| TXA-043 | Fortress Credit Corp and Utherverse Digital Non-Binder Summary of Indicative Terms | FORT0003390 | FORT0003392 | F, H, NR, 403, TPC, MIL |
| TXA-044 | Letter from Fortress Credit Corp. to Utherverse re Proposed Transaction | FORT0003455 | FORT0003455 | F, H, NR, 403, TPC, MIL |
| TXA-045 | Patent Purchase & License Agreement between Apple and Utherverse Digital, Gary and Brian Shuster | GARYS_006612 | GARYS_006641 | F, H, NR, 403, TPC |
| TXA-046 | Shuster Patent Portfolio | GARYS_007867 | GARYS_007929 | F, NR, TPC |
| TXA-047 | Utherverse Screen Capture-Who We Are (Rosenberg Dep. Ex. 7) | no bates | no bates | PK, A, F, NR, MIL |
| TXA-048 | Utherverse Screen Capture-3D Social Center-Register Now (Rosenberg Dep. Ex. 8) | no bates | no bates | PK, A, F, NR, MIL |
| TXA-049 | AFFIDAVIT OF RECORDS CUSTODIAN (James Yen) CERTIFYING RECORDS dated 11/16/2022 | no bates | no bates | F, NR |
| TXA-050 | intentionally omitted | no bates | no bates | |
| TXA-051 | Current Curriculum Vitae of Benjamin Ellinger | no bates | no bates | BRPL |
| TXA-052 | Current Curriculum Vitae of Lauren Kindler | no bates | no bates | BRPL |
| TXA-053 | Plaintiff's Objections and Responses to Epic Games, Inc.'s Requests for Admission, Set One, dated 4/24/2023 | no bates | no bates | NR, BRPL |
| TXA-054 | Plaintiff's First Supplemental Objections and Responses to Epic Games, Inc.'s Requests for Admission, Set Two, dated 5/22/2023 | no bates | no bates | NR, BRPL |
| TXA-055 | Plaintiff's Responses and Objections to Epic Games, Inc.'s Third Set of Requests for Admissions, dated 6/9/2023 | no bates | no bates | NR, BRPL, MIL |
| TXA-056 | Plaintiff's Sixth Set of Supplemental Answers and Objections to Defendant Epic Games, Inc.'s First Set of Interrogatories, dated 5/2/2023 | no bates | no bates | NR, BRPL |
| TXA-057 | Plaintiff's Answers to Defendant's Second Set of Interrogatories, dated 12/23/2021 | no bates | no bates | NR, BRPL |
| TXA-058 | Plaintiff's First Supplemental Answers and Objections to Defendant's Third Set of Interrogatories, dated 12/9/2022 | no bates | no bates | NR, BRPL, MIL |
| TXA-059 | Plaintiff's Second Supplemental Answers and Objections to Defendant's Fourth Set of Interrogatories, dated 3/31/2023 | no bates | no bates | NR, BRPL |
| TXA-060 | Plaintiff's First Supplemental Answers and Objections to Defendant's Fifth Set of Interrogatories, dated 5/23/2023 | no bates | no bates | NR, BRPL |
| TXA-061 | Plaintiff's Answers and Objections to Defendant's Sixth Set of Interrogatories, dated 6/9/2023 | no bates | no bates | NR, BRPL, MIL |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TXA-062 | Plaintiff's Supplemental Answers and Objections to Defendant's First, Fourth, and Fifth Set of Interrogatories, dated 6/9/2023 | no bates | no bates | NR, BRPL |
| TXA-063 | Time-Traveling In a Virtual World | UDi_000997 | UDi_000999 | F, TPC, NR |
| TXA-064 | Utherverse Digital Inc. Financial Statements - 2020 | UDi_001359 | UDi_001362 | NR, 403 |
| TXA-065 | Utherverse Digital Statement of Income and Retained Earnings-Tax Basis Eight Months Ended August 31, 2017 | Udi_001421 | Udi_001421 | NR, 403 |
| TXA-066 | Utherverse Profit & Loss -  Jan. thru Dec. 2019 | Udi_005719 | Udi_005720 | NR, 403 |
| TXA-067 | Utherverse Digital Inc. Financial Statements - 2016 | UDi_005806 | UDi_005809 | NR, 403 |
| TXA-068 | Utherverse Digital Inc. Financial Statements - 2018 | UDi_005810 | UDi_005813 | NR, 403 |
| TXA-069 | Confidentiality Agreement between Fortress Investment Group and Utherverse Digital | Udi_006951 | Udi_006952 | NR, 403, MIL |
| TXA-070 | Utherverse Gaming LLC Profit and Loss statement 1/1/2021-9/30/2021 | UG00002447 | UG00002447 | |
| TXA-071 | Video of Travis Scott concert | UG00003322 | UG00003322 | A, C, F |
| TXA-072 | Video of Marshmello concert | UG00003333 | UG00003333 | A, C, F, MIL |
| TXA-073 | Utherverse Gaming LLC Accounting records | UG00006853 | UG00006853 | |
| TXA-074 | Third Amended and Restated Limited Liability Company Agreement of Utherverse LLC | UG00006858 | UG00006866 | NR, 403, MIL |
| TXA-075 | Email chain from Patrick Diaz to David Cohen re: D&O Document dated April 5, 2021 | UG00007014 | UG00007021 | NR, 403 |
| TXA-076 | Executive Employment Agreement | UG00009624 | UG00009638 | NR, 403, MIL |
| TXA-077 | intentionally omitted | | | |
| TXA-078 | https://ephere.com/careers.html | UG00052853 | UG00052854 | A, C, F |
| TXA-079 | intentionally omitted | | | |
| TXA-080 | epicgames.com-Ariana Grande Steps into the Metaverse as the Headliner for Fortnites Rift Tour | UG00052859 | UG00052861 | A, C, F |
| TXA-081 | intentionally omitted | | | |
| TXA-082 | Any exhibit included in Utherverse's Exhibit List (Exhibit C to the pretrial order) | n/a | n/a | DESC |
| TXA-083 | Any exhibit included in the Parties' Joint Exhibit List (Exhibit G to the pretrial order) | n/a | n/a | DESC |
| TXA-084 | intentionally omitted | | | |
| TXA-085 | US Patent 8,276,017 **[8,276,071]** | UG00000001 | UG00000019 | NR, LD |
| TXA-086 | UDI Financial Info December 31, 2021 | BRIANS_003932 | BRIANS_003936 | F, TPC, NR, LD |
| TXA-087 | Email chain from B. Shuster to D. Becker, Ccing G. Shuster re "Re: Acquisition Opportunity: VR/VRW Company & Software Platform", dated December 21, 2019 | BRIANS_036665 | BRIANS_036719 | F, TPC, NR, LD |

| Exhibit No. | DESCRIPTION | BEG BATES NO./ BEG PAGE NO. | END BATES NO./ END PAGE NO. | OBJECTIONS |
|---|---|---|---|---|
| TXA-088 | Email from B. Shuster to W. Chan re Utherverse Digital, Inc. \| Fortress | FORT0000094 | FORT0000096 | F, TPC, NR, LD, MIL |
| TXA-089 | VWW Offering Memorandum | FORT0000098 | FORT0000113 | F, TPC, NR, LD |
| TXA-090 | Apple Agreement | GARYS 006642 | GARYS 006671 | F, TPC, NR, LD |
| TXA-091 | Utherverse Digital Inc. Financial Statements | UDi_001417 | UDi_001420 | F, TPC, NR, LD |
| TXA-092 | Utherverse Digital Inc. Financial Statements | UDi_005814 | UDi_005817 | F, TPC, NR, LD |
| TXA-093 | Utherverse Digital Inc. Financial Statements | UDi_005860 | UDi_005863 | F, TPC, NR, LD |
| TXA-094 | intentionally omitted | | | |
| TXA-095 | intentionally omitted | | | |
| TXA-096 | Epic-Peregrine license | EPIC00017413 | EPIC00017422 | F, I, H, LD |
| TXA-097 | Email between Elaine Wong and Dean Becker regarding Final selection of 8 families with attachment | BRIANS_036748 | BRIANS_036750 | F, TPC, NR, LD |