THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, | Case No. 2:21-cv-00799-RSM |
| Plaintiff, | **JOINT PROPOSED NEUTRAL STATEMENT OF THE CASE** |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | |

Plaintiff Utherverse Gaming, LLC ("Utherverse Gaming") and Defendant Epic Games, Inc. ("Epic Games") submit the following proposed neutral statement of the case in accordance with the Court's Order Setting Trial Date and Related Dates. ECF No. 433.



# NEUTRAL STATEMENT

Plaintiff Utherverse Gaming, LLC ("Utherverse Gaming") brings this patent infringement action against Defendant Epic Games, Inc. ("Epic Games"). Utherverse Gaming owns a patent directed to methods of recording and playing back an experience in a virtual worlds system. Utherverse Gaming alleges that Epic Games infringed claims 2, 5, and 8 of this patent when it created and implemented certain virtual events in Epic Games' multiplayer online video game Fortnite, namely, two animated events featuring music artists Ariana Grande and Travis Scott. Utherverse Gaming seeks damages adequate to compensate for Epic Games' allegedly infringing activities, together with interest and costs. Utherverse Gaming has the burden to prove its claims by a preponderance of the evidence.

Epic Games asserts that its events do not infringe Utherverse Gaming's patent and denies that Utherverse Gaming is entitled to damages. Epic Games further asserts that claims 2, 5, and 8 of Utherverse Gaming's patent are invalid. Invalidity is a defense to infringement. A patent may be invalid for several reasons, including because it claims subject matter that is not new or is obvious. Epic Games has the burden to prove invalidity by clear and convincing evidence.



| | | |
|---|---|---|
| Dated: April 21, 2025 | | Respectfully Submitted, |

<table>
<tr><td>

Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
Iqra Iqbal (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: 415-248-2100
Fax: 415-248-2101
Email: cspringer@polsinelli.com
Email: myusa@polsineilli.com
Email: iiqbal@polsinelli.com

Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel: 312-819-1900
Fax: 312-819-1901
Email: mdeming@polsinelli.com

Kathryn Gusmer Cole (admitted *pro hac vice*)
J. Mark Wilson (admitted *pro hac vice*)
**MOORE & VAN ALLEN LAW**
100 North Tryon Street, Ste. 4700
Charlotte, NC 28202
Tel: (704) 331-1045
Fax: (704) 409-5659
Email: katecole@mvalaw.com
Email: markwilson@mvalaw.com

</td><td>

By:

</td><td>

*/s/ Emily C. McNally*
Emily McNally (WSBA No. 60710)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel: 206-393-5400
Fax: 206-393-5401
Email: emcnally@polsinelli.com

Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel: (310) 229-1355
Fax: (415) 276-8959
Email: mvan@polsinelli.com

Jonathan Spivey (admitted *pro hac vice*)
**POLSINELLI PC**
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel.: (713) 374-1600
Fax: (713) 374-1601
Email: jspivey@polsinelli.com


**Attorneys for Plaintiff
UTHERVERSE GAMING LLC**

</td></tr>
</table>

JOINT PROPOSED NEUTRAL STATEMENT OF THE CASE
CASE NO. 2:21-CV-00799-RSM - 3



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

Respectfully submitted,

*/s/ Eric C. Weiner*

| | |
|---|---|
| Antoine M. McNamara<br>  (WSBA No. 41701)<br>AMcNamara@perkinscoie.com<br>Christina J. McCullough<br>  (WSBA No. 47147)<br>CMcCullough@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone:   206-359-8000<br>Facsimile:   206-359-9000<br><br>Bethany D. Bengfort<br>bengfort@turnerboyd.com<br>Turner Boyd Seraphine LLP<br>155 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Telephone:   650-529-4752<br><br>Mark A. Lemley (*pro hac vice*)<br>mlemley@lex-lumina.com<br>LEX LUMINA PLLC<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br> Telephone: (646) 898-2055 | Daralyn J. Durie (*pro hac vice*)<br>DDurie@mofo.com<br>Timothy C. Saulsbury (*pro hac vice*)<br>TSaulsbury@mofo.com<br>Eric C. Wiener (*pro have vice*)<br>EWiener@mofo.com<br>Sara Doudar (*pro hac vice*)<br>SDoudar@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   415-268-7000<br>Facsimile:   415-268-7522<br><br>Katherine E. McNutt (*pro hac vice*)<br>KMcNutt@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone:   213-892-5200<br>Facsimile:   213-892-5454<br><br>**Attorneys for Defendant**<br>**EPIC GAMES, INC.** |

