UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Utherverse Gaming LLC,

        Plaintiff,

v.

Epic Games Inc.,

        Defendant.

Case No. C21-799RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The Court will allow the following attorneys and/or staff in this matter to bring food and water/liquids into the courthouse for the jury trial scheduled to begin May 12, 2025:

<u>For Plaintiff</u>:

Colby Springer, Emily McNally, Mark Deming, Miya Yusa, Melenie Van, Joncilee Miller, Savannah Garrett, Kate Cole, Mark Wilson.

<u>For Defendant</u>:

Daralyn J. Durie, Timothy Chen Saulsbury, Eric C. Wiener, Ramsey W. Fisher, Katherine E. McNutt, Bethany Bengfort, Susan Griffin, Chris Tiedemann, Mark Silberman, Jessika Fabian, Stevan Stark, Antoine McNamara, Christina J. McCullough.

///

MINUTE ORDER - 1

This permission will last for the duration of the trial.

DATED this 6th day of May, 2025.

                                      RAVI SUBRAMANIAN
                                      Clerk of Court

                                    By  */s/Laurie Cuaresma*
                                                Deputy Clerk

MINUTE ORDER - 2