THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**[PROPOSED] ORDER GRANTING UTHERVERSE GAMING'S MOTION FOR LEAVE TO FILE MOTION** *IN LIMINE* **NO. 11** |

　　Having considered Utherverse Gaming's Motion for Leave to File Motion *in Limine* No. 11, and all materials submitted in support thereof,

　　IT IS HEREBY ORDERED that the Motion for Leave to File Motion *in Limine* No. 11 is GRANTED.

　　Utherverse Gaming is granted leave to submit its Motion *in Limine* No. 11 as attached to the Motion as Exhibit A. The Clerk shall formally lodge that attached Motion on the Court's docket.

　　Defendant Epic Games, Inc. is ORDERED to file its response no later than 12:00 PM Pacific Time on May 8, 2025.



1  Dated this __ day of _____, 2025.

2

3  _____
HONORABLE RICARDO S. MARTINEZ
4  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  Presented by:

*Of Counsel*:

*Colby B. Springer*
Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel:  415-248-2100
Fax: 415-248-2101
Email:  cspringer@polsinelli.com
Email:  myusa@polsinelli.com

*Mark T. Deming*
Mark T. Deming (admitted *pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel: 312-819-1900
Fax: 312-819-1901
Email:  mdeming@polsinelli.com

Kathryn Gusmer Cole (admitted *pro hac vice*)
J. Mark Wilson (admitted *pro hac vice*)
**MOORE & VAN ALLEN LAW**
100 North Tryon Street, Ste. 4700
Charlotte, NC  28202
Tel:  (704) 331-1045
Fax:  (704) 409-5659
Email:  katecole@mvalaw.com
Email:  markwilson@mvalaw.com

By:  */s/ Emily McNally*
Emily McNally (WSBA No. 60710)
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel:  206-393-5400
Fax: 206-393-5401
Email:  emcnally@polsinelli.com

By:  *Melenie Van*
Melenie Van (admitted *pro hac vice*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel:     (310) 229-1355
Fax:    (415) 276-8959
Email:  mvan@polsinelli.com


Attorneys for Plaintiff Utherverse Gaming LLC