UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES INC.,<br><br>Defendant. | Case No. C21-799-RSM<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE ADDITIONAL MOTION IN LIMINE |

This matter comes before the Court on Plaintiff Utherverse Gaming LLC ("Utherverse")'s "Motion for Leave to File Motion in Limine No. 11," Dkt. #452. The Court has determined that it can rule on this Motion without the need for responsive briefing.

Utherverse requests leave to file an additional motion in limine on the eve of trial based on a recent development—Epic Games, Inc.'s alleged intent to introduce evidence related to two other lawsuits involving individuals related to Utherverse and allegations of fraud. *See* Dkt. #452. Utherverse's Motion is noted for consideration tomorrow, and does not cite to any rule that would permit this type of expedited request, or for an additional motion in limine to be filed this close to trial. Utherverse attaches its proposed Motion. Dkt. #452-1. The Court does not intend to review expedited briefing on whether to allow this eleventh motion in limine and

ORDER RE: MOTIONS IN LIMINE - 1

briefing in response to the motion in limine only to issue a hurried ruling prior to Monday. The Court has instead reviewed the substance of the request on its own in the interest of streamlining evidentiary issues for trial.

Allegations of fraud made against or by individuals associated with Utherverse against third parties are unlikely to be relevant to this case. According to Utherverse, the parties have been discussing this issue back and forth, and there has been some agreement as to limits on the introduction of this evidence:

> Utherverse Gaming inquired as to whether Epic Games sought to "introduce or solicit any evidence or testimony at trial concerning said litigations or the subject matter thereof" noting that "any such testimony or evidence [would] be irrelevant at the least." Epic Games replied later that day that it "did not intend to reference this litigation in opening" but that any other reference "depends on the substance of Mr. Shuster's testimony on direct."

*Id*. at 2.

The Court is satisfied that Epic Games will not raise this type of evidence in its opening statement. If it wishes to do so, it can raise that issue prior to the start of trial. In any event, the Court can handle any objections to this type of evidence if and when it is introduced. Utherverse has failed to demonstrate a need for an eleventh-hour motion in limine on this topic.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Utherverse's Motion for Leave, Dkt. #452, is DENIED.

DATED this 7th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE: MOTIONS IN LIMINE - 2