1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE WESTERN DISTRICT OF WASHINGTON

8                                  AT SEATTLE

9   UTHERVERSE GAMING LLC,                    Case No. 2:21-cv-00799-RSM

10                           Plaintiff,

11        v.                                   **JOINT STIPULATION REGARDING**
                                               **TRIAL EXHIBITS**
12   EPIC GAMES, INC.,

13                           Defendant.

14

15

16        Plaintiff Utherverse Gaming, LLC and Defendant Epic Games, Inc. (together, "the

17   parties"), by and through their undersigned counsel, hereby submit this joint stipulation as

18   follows:

19        **WHEREAS**, the parties have identified and submitted to the Court a list of documents

20   that may be used as exhibits at trial (ECF No. 444);

21        **WHEREAS**, the parties have also provided objections to the documents on that exhibit

22   list;

23        **WHEREAS**, the parties have resolved their objections to certain documents on that

24   exhibit list and agreed that such documents be admitted into evidence without objection;

25
26
27
28

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties hereby agree that the following exhibits may be admitted into evidence without objection upon their first use in an examination with a witness:

- TX001
- TX014
- TX015
- TX016
- TX017
- TX018
- TX021
- TX022
- TX023
- TX024
- TX025
- TX026
- TX027
- TX030
- TX031
- TX032
- TX036
- TX037
- TX038
- TX039
- TX040
- TX041
- TX042

JOINT STIPULATION RE:
TRIAL EXHIBITS - 2
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

1

- TX043

2

- TX044

3

- TX045

4

- TX046

5

- TX047

6

- TX048

7

- TX050

8

- TX059

9

- TX060

10

- TX061

11

- TX062

12

- TX063

13

- TX065

14

- TX066

15

- TX067

16

- TX068

17

- TX069

18

- TX070

19

- TX071

20

- TX072

21

- TX073

22

- TX078

23

- TX085

24

- TX086

25

- TX087

26

- TX088

27

28

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

1      • TX089

2      • TX090

3      • TX104

4      • TX116

5      • TX117

6      • TX120

7      • TX121

8      • TX128

9      • TX129

10     • TX130

11     • TX131

12     • TX132

13     • TX133

14     • TX134

15     • TX141

16     • TX142

17     • TX143

18     • TX162

19     • TX175

20     • TX226

21     • TX227

22     • TX230

23     • TX232

24     • TX233

25     • TX234

26     • TX242

27

28

JOINT STIPULATION RE:
TRIAL EXHIBITS - 4
(CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street,
San Francisco, CA, Tel: 415-268-7000

- TX247
- TX249
- TXA-003
- TXA-007
- TXA-009
- TXA-021
- TXA-025
- TXA-027
- TXA-028
- TXA-029
- TXA-030
- TXA-031
- TXA-032
- TXA-033
- TXA-034
- TXA-035
- TXA-080

1    DATED this 12th day of May, 2025

2                                                        Respectfully submitted,

3

4                                                        /s/ Emily McNally

5    Colby B. Springer (admitted *pro hac vice*)    By:   Emily McNally (WSBA No. 60710)
     Miya Yusa (admitted *pro hac vice*)                  **POLSINELLI PC**
6    Iqra Iqbal (admitted *pro hac vice*)                 1000 Second Avenue, Suite 3500
     **POLSINELLI LLP**                                   Seattle, WA  98104
7    Three Embarcadero Center, Suite 2400                 Tel:  206-393-5400
     San Francisco, CA  94111                             Fax:  206-393-5401
8    Tel:  415-248-2100                                   Email:  emcnally@polsinelli.com
     Fax:  415-248-2101
9    Email:  cspringer@polsineilli.com                    Melenie Van (admitted *pro hac vice*)
     Email:  myusa@polsineilli.com                        **POLSINELLI LLP**
10   Email:  iiqbal@polsineilli.com                       2049 Century Park East, Suite 2900
                                                          Los Angeles, CA 90067
11   Mark T. Deming (admitted *pro hac vice*)             Tel:    (310) 229-1355
     **POLSINELLI PC**                                    Fax:    (415) 276-8959
12   150 N. Riverside Place, Suite 3000                   Email:  mvan@polsinelli.com
     Chicago, IL  60606
13   Tel:  312-819-1900                                   Jonathan Spivey (admitted *pro hac vice*)
     Fax:  312-819-1901                                   **POLSINELLI PC**
14   Email:  mdeming@polsinelli.com                       1000 Louisiana Street, Suite 6400
                                                          Houston, TX 77002
15   Kathryn Gusmer Cole (admitted *pro hac               Tel.:   (713) 374-1600
     vice*)                                               Fax:    (713) 374-1601
16   J. Mark Wilson (admitted *pro hac vice*)             Email:  jspivey@polsinelli.com
     **MOORE & VAN ALLEN LAW**
17   100 North Tryon Street, Ste. 4700
     Charlotte, NC  28202
18   Tel:  (704) 331-1045                                 **Attorneys for Plaintiff**
     Fax:  (704) 409-5659                                 **UTHERVERSE GAMING LLC**
19   Email:  katecole@mvalaw.com
     Email:  markwilson@mvalaw.com

20

21

22

23

24

25

26

27

28

Respectfully submitted,

*/s/ Eric C. Wiener*

Antoine M. McNamara
  (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough
  (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:    206-359-8000
Facsimile:     206-359-9000

Bethany D. Bengfort
bengfort@turnerboyd.com
Turner Boyd Seraphine LLP
155 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone:    650-529-4752

Mark A. Lemley (*pro hac vice*)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
 Telephone: (646) 898-2055

Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Ramsey W. Fisher (*pro hac vice*)
ramseyfisher@mofo.com
Sara Doudar (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:     415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:    213-892-5200
Facsimile:     213-892-5454

**Attorneys for Defendant**
**EPIC GAMES, INC.**