IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TRIAL EXHIBITS** |

Having considered the Parties' Stipulation Regarding Preadmitted Exhibits, IT IS HEREBY ORDERED that the Stipulation is GRANTED and the following exhibits shall be admitted into evidence without objection upon a motion by either party during the examination of a witness:

- TX001
- TX014
- TX015
- TX016
- TX017
- TX018
- TX021

- TX022
- TX023
- TX024
- TX025
- TX026
- TX027
- TX030
- TX031
- TX032
- TX036
- TX037
- TX038
- TX039
- TX040
- TX041
- TX042
- TX043
- TX044
- TX045
- TX046
- TX047
- TX048
- TX050
- TX059
- TX060
- TX061

1. - TX062
2. - TX063
3. - TX065
4. - TX066
5. - TX067
6. - TX068
7. - TX069
8. - TX070
9. - TX071
10. - TX072
11. - TX073
12. - TX078
13. - TX085
14. - TX086
15. - TX087
16. - TX088
17. - TX089
18. - TX090
19. - TX104
20. - TX116
21. - TX117
22. - TX120
23. - TX121
24. - TX128
25. - TX129
26. - TX130
27.
28. [PROPOSED] ORDER RE: JOINT STIPULATIO RE: TRIAL EXHIBITS- 3 (CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street, San Francisco, CA, Tel: 415-268-7000

- TX131
- TX132
- TX133
- TX134
- TX141
- TX142
- TX143
- TX162
- TX175
- TX226
- TX227
- TX230
- TX232
- TX233
- TX234
- TX242
- TX247
- TX249
- TXA-003
- TXA-007
- TXA-009
- TXA-021
- TXA-025
- TXA-027
- TXA-028
- TXA-029

[PROPOSED] ORDER RE: JOINT STIPULATIO RE: TRIAL EXHIBITS- 4 (CASE NO. 2:21-CV-00799-RSM-TLF)

**Morrison & Foerster LLP**, 425 Market Street, San Francisco, CA, Tel: 415-268-7000

1
- TXA-030

2
- TXA-031

3
- TXA-032

4
- TXA-033

5
- TXA-034

6
- TXA-035

7
- TXA-080

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER RE: JOINT                        **Morrison & Foerster LLP**, 425 Market Street,
    STIPULATIO RE: TRIAL EXHIBITS- 5                      San Francisco, CA, Tel: 415-268-7000
    (CASE NO. 2:21-CV-00799-RSM-TLF)

DATED this 11th day of May, 2025

Respectfully submitted,

By:    */s/ Emily McNally*

| | |
|---|---|
| Colby B. Springer (admitted *pro hac vice*)<br>Miya Yusa (admitted *pro hac vice*)<br>Iqra Iqbal (admitted *pro hac vice*)<br>**POLSINELLI LLP**<br>Three Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Tel: 415-248-2100<br>Fax: 415-248-2101<br>Email: cspringer@polsinelli.com<br>Email: myusa@polsineilli.com<br>Email: iiqbal@polsinelli.com<br><br>Mark T. Deming (admitted *pro hac vice*)<br>**POLSINELLI PC**<br>150 N. Riverside Place, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-819-1900<br>Fax: 312-819-1901<br>Email: mdeming@polsinelli.com<br><br>Kathryn Gusmer Cole (admitted *pro hac vice*)<br>J. Mark Wilson (admitted *pro hac vice*)<br>**MOORE & VAN ALLEN LAW**<br>100 North Tryon Street, Ste. 4700<br>Charlotte, NC 28202<br>Tel: (704) 331-1045<br>Fax: (704) 409-5659<br>Email: katecole@mvalaw.com<br>Email: markwilson@mvalaw.com | Emily McNally (WSBA No. 60710)<br>**POLSINELLI PC**<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br>Tel: 206-393-5400<br>Fax: 206-393-5401<br>Email: emcnally@polsinelli.com<br><br>Melenie Van (admitted *pro hac vice*)<br>**POLSINELLI LLP**<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Tel: (310) 229-1355<br>Fax: (415) 276-8959<br>Email: mvan@polsinelli.com<br><br>Jonathan Spivey (admitted *pro hac vice*)<br>**POLSINELLI PC**<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br>Tel.: (713) 374-1600<br>Fax: (713) 374-1601<br>Email: jspivey@polsinelli.com<br><br>**Attorneys for Plaintiff**<br>**UTHERVERSE GAMING LLC** |

|   |   |
|---|---|
| | Respectfully submitted, |
| | */s/ Eric C. Wiener* |
| Antoine M. McNamara | Daralyn J. Durie (*pro hac vice*) |
|   (WSBA No. 41701) | DDurie@mofo.com |
| AMcNamara@perkinscoie.com | Timothy C. Saulsbury (*pro hac vice*) |
| Christina J. McCullough | TSaulsbury@mofo.com |
|   (WSBA No. 47147) | Eric C. Wiener (*pro have vice*) |
| CMcCullough@perkinscoie.com | EWiener@mofo.com |
| PERKINS COIE LLP | Ramsey W. Fisher (*pro hac vice*) |
| 1201 Third Avenue, Suite 4900 | ramseyfisher@mofo.com |
| Seattle, WA 98101-3099 | Sara Doudar (*pro hac vice*) |
| Telephone:    206-359-8000 | SDoudar@mofo.com |
| Facsimile:    206-359-9000 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| Bethany D. Bengfort | San Francisco, CA 94105 |
| bengfort@turnerboyd.com | Telephone:    415-268-7000 |
| Turner Boyd Seraphine LLP | Facsimile:    415-268-7522 |
| 155 Bovet Road, Suite 600 | |
| San Mateo, CA 94402 | Katherine E. McNutt (*pro hac vice*) |
| Telephone:    650-529-4752 | KMcNutt@mofo.com |
| | MORRISON & FOERSTER LLP |
| Mark A. Lemley (*pro hac vice*) | 707 Wilshire Boulevard, Suite 6000 |
| mlemley@lex-lumina.com | Los Angeles, CA 90017-3543 |
| LEX LUMINA PLLC | Telephone:    213-892-5200 |
| 745 Fifth Avenue, Suite 500 | Facsimile:    213-892-5454 |
| New York, NY 10151 | |
|  Telephone: (646) 898-2055 | **Attorneys for Defendant** |
| | **EPIC GAMES, INC.** |