IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>        Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING TRIAL EXHIBITS** |

Having considered the Parties' Stipulation Regarding Preadmitted Exhibits, IT IS HEREBY ORDERED that the Stipulation is GRANTED and the following exhibits shall be admitted into evidence without objection upon a motion by either party during the examination of a witness:

- TX001
- TX014
- TX015
- TX016
- TX017
- TX018
- TX021

1. - TX022
2. - TX023
3. - TX024
4. - TX025
5. - TX026
6. - TX027
7. - TX030
8. - TX031
9. - TX032
10. - TX036
11. - TX037
12. - TX038
13. - TX039
14. - TX040
15. - TX041
16. - TX042
17. - TX043
18. - TX044
19. - TX045
20. - TX046
21. - TX047
22. - TX048
23. - TX050
24. - TX059
25. - TX060
26. - TX061
27.
28. ORDER RE: JOINT
STIPULATIO RE: TRIAL EXHIBITS- 2
(CASE NO. 2:21-CV-00799-RSM-TLF)

- TX062
- TX063
- TX065
- TX066
- TX067
- TX068
- TX069
- TX070
- TX071
- TX072
- TX073
- TX078
- TX085
- TX086
- TX087
- TX088
- TX089
- TX090
- TX104
- TX116
- TX117
- TX120
- TX121
- TX128
- TX129
- TX130

ORDER RE: JOINT
STIPULATIO RE: TRIAL EXHIBITS- 3
(CASE NO. 2:21-CV-00799-RSM-TLF)

- TX131
- TX132
- TX133
- TX134
- TX141
- TX142
- TX143
- TX162
- TX175
- TX226
- TX227
- TX230
- TX232
- TX233
- TX234
- TX242
- TX247
- TX249
- TXA-003
- TXA-007
- TXA-009
- TXA-021
- TXA-025
- TXA-027
- TXA-028
- TXA-029

ORDER RE: JOINT
STIPULATIO RE: TRIAL EXHIBITS- 4
(CASE NO. 2:21-CV-00799-RSM-TLF)

- TXA-030
- TXA-031
- TXA-032
- TXA-033
- TXA-034
- TXA-035
- TXA-080.

Dated this 12th day of May, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT
STIPULATIO RE: TRIAL EXHIBITS- 5
(CASE NO. 2:21-CV-00799-RSM-TLF)