UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> EPIC GAMES INC, <br><br> Defendant. | CASE NO. CR21-799RSM <br><br> PEREMPTORY CHALLENGES OF JURORS |

Please indicate challenges in the space provided below by juror name and number:

**PLAINTIFF**

1. 1
2. 7
3. 10

By: *[signature]*

Date: 5/12/25

**DEFENDANT**

1. _____
2. _____
3. _____

By: _____

Date: _____

PEREMPTORY CHALLENGES OF JURORS - 1