UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC, | CASE NO. CR21-799RSM |
| Plaintiff, | PEREMPTORY CHALLENGES OF JURORS |
| v. | |
| EPIC GAMES INC, | |
| Defendant. | |

Please indicate challenges in the space provided below by juror name and number:

**PLAINTIFF**

1. _____
2. _____
3. _____

By: _____
Date: _____

**DEFENDANT**

1. _/_
2. _3_
3. _7_

By: Epic [signature]
Date: 5/12/25

PEREMPTORY CHALLENGES OF JURORS - 1