UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EPIC GAMES INC.,<br><br>    Defendant. | Case No. C21-799RSM<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 9-member jury in the above entitled action which was in deliberation on May 16, 2025.

DATED this 27th day of July, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1