UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPIC GAMES INC.,<br><br>　　　　Defendant. | Case No. C21-799RSM<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 9-member jury in the above entitled action which was in deliberation on May 19, 2025.

DATED this 19th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1