**Question 1**: Does the jury need to be unanimous with respect to the two eligibility tests?

**Answer to Question 1**: The jury must be unanimous when it answers any individual question on the verdict form.

**Question 2**: Line 19, page 14 states "every requirement of the asserted claim." but… page 14, line 2 & 3 states if it is covered by "at least one claim of the patent." Do both of these citations need to be true for infringement?

**Answer to Question 2**: There are three claims at issue in this case. To find infringement on any single claim, every requirement within that claim must be met. You must decide infringement for each of the assert claims, 2, 5, and 8 separately. Please also re-read jury instruction 13 carefully.

Dated this 19th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE