# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.   C21-799-RSM |

  X    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff on the issue of infringement of the asserted claims of the '605 patent. Judgment is entered in favor of Plaintiff as to the issue of invalidity for obviousness for the asserted claims of the '605 patent. Judgment is entered in favor of Defendant on the issue of patent ineligibility as to claim 2 of the '605 patent. Judgment is entered in favor of Plaintiff on the issue of patent ineligibility as to claims 5 and 8 of the '605 patent. See Verdict Form for details.

    Dated this 27th day of May, 2025.

                                            RAVI SUBRAMANIAN
                                            Clerk


                                            */s/ Tajma Eaton*
                                            Deputy Clerk