THE HONORABLE RICARDO S. MARTINEZ

THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>                Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING POST TRIAL BRIEFING DEADLINES** |

       Plaintiff Utherverse Gaming, LLC and Defendant Epic Games, Inc. (together, "the parties"), by and through their undersigned counsel, hereby submit this joint stipulation as follows:

       1.      On May 27, 2025, the Court entered judgment based on the jury verdict. Dkt. 479 ("Entry of Judgment"). Under the Federal Rules of Civil Procedure, opening briefs for motions under Rules 50 and Rule 59 are due 28 days after Entry of Judgment—i.e., by June 24, 2025. Fed. R. Civ. P. 50(b), 59(b). The Federal Rules do not specify deadlines for opposition or reply briefs. *See id*. Under Local Rule 7(d)(3), the deadline for opposition briefs is 15 days after the opening brief is filed— i.e., by July 9, 2025—and the deadline for reply briefs is 21 days after

the opening brief is filed—i.e., by July 15, 2025. Under Local Rule 54, the party in whose favor a judgment is rendered can seek to recover costs within 21 days after Entry of Judgment—i.e., by June 17, 2025. Under Local Rule 7(d)(3), the deadline for opposition briefs is 15 days after the opening brief is filed— i.e., by July 2, 2025—and the deadline for reply briefs is 21 days after the opening brief is filed—i.e., by July 8, 2025.

2. The Parties have conferred and agreed, subject to the Court's approval, to a revised briefing schedule. Specifically, the Parties respectfully request a modest extension of the deadlines for oppositions and replies to Rule 50 and 59 motions and to the cost motion.

3. The Parties STIPULATE to the following schedule, subject to the Court's approval:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Costs Briefs | June 17, 2025 | [no change proposed] |
| Opening Rule 50/59 Briefs | June 24, 2025 | [no change proposed] |
| Opposition Costs Briefs | July 2, 2025 | July 11, 2025 |
| Opposition Rule 50/59 Briefs | July 9, 2025 | July 18, 2025 |
| Reply Costs Briefs | July 8, 2025 | July 22, 2025 |
| Reply Rule 50/59 Briefs | July 15, 2025 | July 29, 2025 |

1 | DATED this 11th day of June, 2025

2 |     Respectfully submitted,

3 |     By: /s/ Emily McNally

4 | Colby B. Springer (admitted *pro hac vice*)     Emily McNally (WSBA No. 60710)
Miya Yusa (admitted *pro hac vice*)     POLSINELLI PC
5 | Iqra Iqbal (admitted *pro hac vice*)     1000 Second Avenue, Suite 3500
POLSINELLI LLP     Seattle, WA 98104
6 | Three Embarcadero Center, Suite 2400     Tel: 206-393-5400
San Francisco, CA 94111     Fax: 206-393-5401
7 | Tel: 415-248-2100     Email: emcnally@polsinelli.com
Fax: 415-248-2101
8 | Email: cspringer@polsinelli.com     Melenie Van (admitted *pro hac vice*)
Email: myusa@polsineilli.com     POLSINELLI LLP
9 | Email: iiqbal@polsinelli.com     2049 Century Park East, Suite 2900
    Los Angeles, CA 90067
10 | Mark T. Deming (admitted *pro hac vice*)     Tel: (310) 229-1355
POLSINELLI PC     Fax: (415) 276-8959
11 | 150 N. Riverside Place, Suite 3000     Email: mvan@polsinelli.com
Chicago, IL 60606
12 | Tel: 312-819-1900     Jonathan Spivey (admitted *pro hac vice*)
Fax: 312-819-1901     POLSINELLI PC
13 | Email: mdeming@polsinelli.com     1000 Louisiana Street, Suite 6400
    Houston, TX 77002
14 | Kathryn Gusmer Cole (admitted *pro hac vice*)     Tel.: (713) 374-1600
J. Mark Wilson (admitted *pro hac vice*)     Fax: (713) 374-1601
15 | MOORE & VAN ALLEN LAW     Email: jspivey@polsinelli.com
100 North Tryon Street, Ste. 4700
16 | Charlotte, NC 28202
Tel: (704) 331-1045
17 | Fax: (704) 409-5659
Email: katecole@mvalaw.com     **Attorneys for Plaintiff**
18 | Email: markwilson@mvalaw.com     **UTHERVERSE GAMING LLC**

19

20

21

22

23

24

JOINT STIPULATION REGARDING POST TRIAL     -3-     **MORRISON & FOERSTER LLP**
BRIEFING DEADLINES     425 Market Street, San Francisco, CA
(CASE NO. 2:21-CV-00799-RSM-TLF)     Tel: 415-268-7000

|   |   |
|---|---|
| Steven R. Stark (WSBA No. 39639) | By:  */s/ Daralyn J. Durie* |
| astark@perkinscoie.com | Daralyn J. Durie (*pro hac vice*) |
| Antoine M. McNamara | DDurie@mofo.com |
| (WSBA No. 41701) | Timothy C. Saulsbury (*pro hac vice*) |
| AMcNamara@perkinscoie.com | TSaulsbury@mofo.com |
| Christina J. McCullough | Eric C. Wiener (*pro have vice)* |
| (WSBA No. 47147) | EWiener@mofo.com |
| CMcCullough@perkinscoie.com | Ramsey Fisher (*pro hac vice*) |
| PERKINS COIE LLP | ramseyfisher@mofo.com |
| 1201 Third Avenue, Suite 4900 | Katherine E. McNutt (*pro hac vice*) |
| Seattle, WA 98101-3099 | KMcNutt@mofo.com |
| Telephone:   206-359-8000 | Sara Doudar (*pro hac vice*) |
| Facsimile:   206-359-9000 | SDoudar@mofo.com |
|   | MORRISON & FOERSTER LLP |
| Mark A. Lemley (*pro hac vice*) | 425 Market Street |
| mlemley@lex-lumina.com | San Francisco, CA 94105 |
| LEX LUMINA PLLC | Telephone:   415-268-7000 |
| 745 Fifth Avenue, Suite 500 | Facsimile:   415-268-7522 |
| New York, NY 10151 |   |
| Telephone: (646) 898-2055 | Bethany D. Bengfort (*pro hac vice*) |
|   | bengfort@turnerboyd.com |
|   | Turner Boyd Seraphine LLP |
|   | 155 Bovet Road, Suite 600 |
|   | San Mateo, CA  94402 |
|   | Telephone:   650-529-4752 |
|   |   |
|   | **Attorneys for Defendant** |
|   | **EPIC GAMES, INC.** |

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the below proposed new deadlines are SO ORDERED:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Costs Briefs | June 17, 2025 | [no change proposed] |
| Opening Rule 50/59 Briefs | June 24, 2025 | [no change proposed] |
| Opposition Costs Briefs | July 2, 2025 | July 11, 2025 |
| Opposition Rule 50/59 Briefs | July 9, 2025 | July 18, 2025 |
| Reply Costs Briefs | July 8, 2025 | July 22, 2025 |
| Reply Rule 50/59 Briefs | July 15, 2025 | July 29, 2025 |

Dated this _____ day of _____, 2025

_____
HONORABLE RICARDO S. MARTINEZ
United States District Court Judge

Presented by:

By: */s/ Emily McNally*

Colby B. Springer (admitted *pro hac vice*)
Miya Yusa (admitted *pro hac vice*)
Iqra Iqbal (admitted *pro hac vice*)
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: 415-248-2100
Fax: 415-248-2101
Email: cspringer@polsinelli.com
Email: myusa@polsineilli.com
Email: iiqbal@polsinelli.com

Mark T. Deming (admitted *pro hac vice*)
POLSINELLI PC
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel: 312-819-1900
Fax: 312-819-1901
Email: mdeming@polsinelli.com

Kathryn Gusmer Cole (admitted *pro hac vice*)

Emily McNally (WSBA No. 60710)
POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Tel: 206-393-5400
Fax: 206-393-5401
Email: emcnally@polsinelli.com

Melenie Van (admitted *pro hac vice*)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel: (310) 229-1355
Fax: (415) 276-8959
Email: mvan@polsinelli.com

Jonathan Spivey (admitted *pro hac vice*)
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Tel.: (713) 374-1600

| | | |
|---|---|---|
| 1 | J. Mark Wilson (admitted *pro hac vice*) | Fax: (713) 374-1601 |
| | MOORE & VAN ALLEN LAW | Email: jspivey@polsinelli.com |
| 2 | 100 North Tryon Street, Ste. 4700 | |
| | Charlotte, NC 28202 | |
| 3 | Tel: (704) 331-1045 | |
| | Fax: (704) 409-5659 | |
| 4 | Email: katecole@mvalaw.com | **Attorneys for Plaintiff** |
| | Email: markwilson@mvalaw.com | **UTHERVERSE GAMING LLC** |

By:   */s/ Daralyn J. Durie*

Steven R. Stark (WSBA No. 39639)   Daralyn J. Durie (*pro hac vice*)
astark@perkinscoie.com   DDurie@mofo.com
Antoine M. McNamara   Timothy C. Saulsbury (*pro hac vice*)
(WSBA No. 41701)   TSaulsbury@mofo.com
AMcNamara@perkinscoie.com   Eric C. Wiener (*pro have vice*)
Christina J. McCullough   EWiener@mofo.com
(WSBA No. 47147)   Ramsey Fisher (*pro hac vice*)
CMcCullough@perkinscoie.com   ramseyfisher@mofo.com
PERKINS COIE LLP   Katherine E. McNutt (*pro hac vice*)
1201 Third Avenue, Suite 4900   KMcNutt@mofo.com
Seattle, WA 98101-3099   Sara Doudar (*pro hac vice*)
Telephone:    206-359-8000   SDoudar@mofo.com
Facsimile:    206-359-9000   MORRISON & FOERSTER LLP
   425 Market Street
Mark A. Lemley (*pro hac vice*)   San Francisco, CA 94105
mlemley@lex-lumina.com   Telephone:    415-268-7000
LEX LUMINA PLLC   Facsimile:    415-268-7522
745 Fifth Avenue, Suite 500
New York, NY 10151   Bethany D. Bengfort (*pro hac vice*)
Telephone: (646) 898-2055   bengfort@turnerboyd.com
   Turner Boyd Seraphine LLP
   155 Bovet Road, Suite 600
   San Mateo, CA  94402
   Telephone:    650-529-4752

**Attorneys for Defendant**
**EPIC GAMES, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                  */s/ Daralyn Durie*
                                                  Daralyn Durie