IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>               Defendant. | Case No. 2:21-cv-00799-RSM-TLF<br><br>**JOINT STIPULATION AND ORDER REGARDING POST TRIAL BRIEFING DEADLINES** |

**ORDER**

Pursuant to the Parties' stipulation, the below proposed new deadlines are SO ORDERED:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Costs Briefs | June 17, 2025 | [no change proposed] |
| Opening Rule 50/59 Briefs | June 24, 2025 | [no change proposed] |
| Opposition Costs Briefs | July 2, 2025 | July 11, 2025 |
| Opposition Rule 50/59 Briefs | July 9, 2025 | July 18, 2025 |
| Reply Costs Briefs | July 8, 2025 | July 22, 2025 |
| Reply Rule 50/59 Briefs | July 15, 2025 | July 29, 2025 |

Dated this <u>12th</u> day of <u>    June    </u>, 2025

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE