THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>              Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**DEFENDANT EPIC GAMES, INC.'S MOTION FOR COSTS**<br><br>NOTE ON MOTION CALENDAR:<br><br>July 22, 2025 |

      Pursuant to Fed. R. Civ. P. 54(d)(1) and LCR 54(d), and in accordance with the Judgment (ECF No. 479) against Plaintiff Utherverse Gaming LLC, Defendant Epic Games, Inc. requests that the Clerk tax costs as set forth in the attached Bill of Costs and Exhibit A thereto itemizing the costs.

Dated: June 17, 2025

By:  /s/ Eric C. Wiener
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Ramsey Fisher (*Pro hac vice*)
ramseyfisher@mofo.com
Sara Doudar (pro hac vice)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:    415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5649
Facsimile: 213-892-5454

Bethany D. Bengfort (*pro hac vice*)
bengfort@turnerboyd.com
Turner Boyd Seraphine LLP
155 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone:    650-529-4752

Mark A. Lemley (*pro hac vice*)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

1
2
3  Dated: June 17, 2025            By: */s/ Stevan Stark*
4                                         Stevan R. Stark (WSBA No. 39639)
                                          SStark@perkinscoie.com
5                                         Antoine M. McNamara (WSBA No. 41701)
                                          AMcNamara@perkinscoie.com
6                                         Christina J. McCullough (WSBA No. 47147)
                                          CMcCullough@perkinscoie.com
7                                         PERKINS COIE LLP
                                          1201 Third Avenue, Suite 4900
8                                         Seattle, WA 98101-3099
                                          Telephone:    206-359-8000
9                                         Facsimile:    206-359-9000

10                                        *Attorneys for Defendant Epic Games, Inc.*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ Eric C. Wiener
Eric C. Wiener