IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00799-RSM<br><br>**(PROPOSED) ORDER GRANTING EPIC GAMES, INC.'S MOTION FOR COSTS/BILL OF COSTS** |

　　　　This matter comes before the Court on Defendant's Motion to Tax Costs/Bill of Costs. The Court, having reviewed the pleadings and papers on file, and the following documents:

- Defendant's Motion for Costs/Bill of Costs and supporting documents;
- Plaintiff's Response, if any; and
- Defendant's Reply, if any.

IT IS HEREBY ORDERED that Defendant's Motion for Costs/Bill of Costs is GRANTED.

　　　　SO ORDERED this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Presented by: | /s/ Eric C. Wiener |

Daralyn J. Durie (*pro hac vice*)
DDurie@mofo.com
Timothy C. Saulsbury (*pro hac vice*)
TSaulsbury@mofo.com
Eric C. Wiener (*pro have vice*)
EWiener@mofo.com
Ramsey W. Fisher (*pro hac vice*)
ramseyfisher@mofo.com
Sara Doudar (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:   415-268-7000
Facsimile:    415-268-7522

Katherine E. McNutt (*pro hac vice*)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:   213-892-5200
Facsimile:    213-892-5454

Bethany D. Bengfort
bengfort@turnerboyd.com
Turner Boyd Seraphine LLP
155 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone:   650-529-4752

Mark A. Lemley (*pro hac vice*)
mlemley@lex-lumina.com
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

Stevan S. Stark (WSBA No. 39639)
SStark@perkinscoie.com
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Christina J. McCullough (WSBA No. 47147)
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:   206-359-8000
Facsimile:    206-359-9000

**Attorneys for Defendant
EPIC GAMES, INC.**