1    THE HONORABLE RICARDO S. MARTINEZ

2    THE HONORABLE THERESA L. FRICKE

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE WESTERN DISTRICT OF WASHINGTON

10    AT SEATTLE

11    UTHERVERSE GAMING LLC,                    Case No. 2:21-cv-00799-RSM

12                  Plaintiff,                  **[PROPOSED] ORDER GRANTING
                                                RENEWED MOTION FOR**
13         v.                                   **JUDGMENT PURSUANT TO
                                                RULE 50(B)**
14    EPIC GAMES, INC.,

15                  Defendant.

16

17         Having considered Plaintiff Utherverse Gaming LLC's Renewed Motion for Judgment

18    and opposition pursuant to rule 50(b), it is hereby ordered that Plaintiff's Motion is granted.

19

20         Dated this __ day of _____, 2025.

21

22                                             _____
                                               HONORABLE RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

[PROPOSED] ORDER GRANTING RENEWED
MOTION FOR JUDGMENT - 1
CASE NO. 2:21-CV-00799-RSM



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • Tel: 206-393-5400

104365697.1

1    Presented by:

2

3                                                            */s/ Emily McNally*
                                                    By:     Emily McNally (WSBA No. 60710)
4    *Of Counsel*:                                          **POLSINELLI PC**
                                                            1000 Second Avenue, Suite 3500
5    Colby B. Springer (admitted *pro hac vice)*            Seattle, WA 98104
     Miya Yusa (admitted *pro hac vice)*                    Tel:  206-393-5400
6    **POLSINELLI LLP**                                     Fax: 206-393-5401
     Three Embarcadero Center, Suite 2400                   Email:  emcnally@polsinelli.com
7    San Francisco, CA 94111
     Tel:  415-248-2100
8    Fax: 415-248-2101                                      Melenie Van (admitted *pro hac vice)*
     Email:  cspringer@polsinelli.com                       **POLSINELLI LLP**
9    Email:  myusa@polsinelli.com                           2049 Century Park East, Suite 2900
                                                            Los Angeles, CA 90067
10   Mark T. Deming (admitted *pro hac vice*)               Tel:     (310) 229-1355
     **POLSINELLI PC**                                      Fax:     (415) 276-8959
11   150 N. Riverside Place, Suite 3000                     Email:  mvan@polsinelli.com
     Chicago, IL 60606
12   Tel:  312-819-1900                                     *Attorneys for Plaintiff Utherverse*
     Fax: 312-819-1901                                      *Gaming LLC*
13   Email:  mdeming@polsinelli.com

14   Kathryn Gusmer Cole (admitted *pro hac
     vice*)
15   J. Mark Wilson (admitted *pro hac vice*)
     **MOORE & VAN ALLEN LAW**
16   100 North Tryon Street, Ste. 4700
     Charlotte, NC  28202
17   Tel:  (704) 331-1045
     Fax:  (704) 409-5659
18   Email:  katecole@mvalaw.com
     Email:  markwilson@mvalaw.com
19

20

21

22

23

24

25

26



[PROPOSED] ORDER GRANTING RENEWED
MOTION FOR JUDGMENT                            1000 SECOND AVENUE, SUITE 3500
CASE NO. 2:21-CV-00799-RSM                     SEATTLE, WA 98104 • Tel: 206-393-5400

104365697.1