**EXHIBIT A**

**BILL OF COST REDUCTIONS**

| Invoice No. | Transcript | Not Allowable | Applicable Reduction |
|---|---|---|---|
| 6498018 | William Andrew | Entirety<br><br>*Mr. Andrew did not testify at trial and was not designated as a witness in the proposed pretrial order [ECF No. 418]* | $3,349.65 |
| 6541161 | William Andrew | Entirety<br><br>*Mr. Andrew did not testify at trial and was not designated as a witness in the proposed pretrial order [ECF No. 418]* | $1,171.25 |
| 6501704 | Peter Axt | Realtime services - $743.70<br>Rough draft - $643.20<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,471.90 |
| 6547381 | Peter Axt | Video – Electronic Access - $50.00<br>Video – digitizing & transcript synchronization - $770.00 | $820.00 |
| 6482613 | Brian Boyle | Realtime services - $481.00<br>Rough draft - $416.00<br>Premium litigation package - $35.00<br>Hosting & delivery of encrypted files - $50.00 | $982.00 |
| 6513935 | Brian Boyle | Video – Electronic Access - $50.00<br>Video – digitizing & transcript synchronization - $660.00 | $710.00 |

## EXHIBIT A

## BILL OF COST REDUCTIONS

| | | | |
|---|---|---|---|
| 6498768 | Aaron Burch | Exhibit Share - $345.00<br>Realtime services - $458.80<br>Rough draft - $396.80<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1285.60 |
| 6533955 | Aaron Burch | Video – services - $1400.00<br>Video – Electronic Access - $50.00 | $1450.00 |
| 6521204 | David Cohen | Realtime services - $382.95<br>Rough draft - $331.20<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $799.15 |
| 6533946 | David Cohen | Video – services - $1,170.00<br>Video – Electronic Access - $50.00<br>Expenses - $27.00 | $1,247.00 |
| 6632422 | David Crane | Realtime services - $475.45<br>Rough draft - $411.20<br>Premium litigation package - $35.00<br>Equipment rental - $150.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,121.65 |
| 6681793 | David Crane | Video – services - $1,901.25<br>Video – Electronic Access – $50.00<br>Expenses – $41.50 | $1,992.75 |
| 6520668 | Patrick Diaz | Entirety<br><br>*Mr. Diaz did not testify at trial.* | $3,495.45 |
| 6563611 | Patrick Diaz | Entirety<br><br>*Mr. Diaz did not testify at trial.* | $1,415.00 |
| 6619334 | Benjamin Ellinger | Realtime services - $649.35<br>Rough draft - $561.60<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,295.95 |

**EXHIBIT A**

**BILL OF COST REDUCTIONS**

| | | | |
|---|---|---|---|
| 6623222 | Benjamin Ellinger | Video – digitizing & transcript synchronization - $770.00<br>Video – transcript synchronization – expedited production - $560.00<br>Video – electronic access - $50.00 | $1,380.00 |
| 6635696 | Benjamin Ellinger | Realtime services - $340.40<br>Rough draft - $294.40<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $719.80 |
| 6671834 | Benjamin Ellinger | Video – digitizing & transcript synchronization - $28.00<br>Video – electronic access - $380.00 | $408.00 |
| 6495132 | Robert Flesch | Entirety<br>*Mr. Flesch did not testify at trial and was not designated as a witness in the proposed pretrial order [ECF No. 418]* | $2,466.95 |
| 6540219 | Robert Flesch | Entirety<br>*Mr. Flesch did not testify at trial and was not designated as a witness in the proposed pretrial order [ECF No. 418]* | $1,171.25 |
| 6491847 | Mark Imbriaco | Realtime services - $830.65<br>Realtime services - $830.65<br>Rough draft - $718.40<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $2,464.70 |
| 6538609 | Mark Imbriaco | Video – digitizing & transcript synchronization - $770.00<br>Video – electronic access - $50.00 | $820.00 |
| 6616347 | Lauren Kindler | Realtime services - $727.05<br>Rough draft - $628.80<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,440.85 |

## EXHIBIT A

## BILL OF COST REDUCTIONS

| | | | |
|---|---|---|---|
| 6671954 | Lauren Kindler | Video – digitizing & transcript synchronization - $880.00<br>Video – electronic access - $50.00 | $930.00 |
| 6620607 | Michele Riley | Realtime services - $1015.65<br>Rough draft - $878.40<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,979.05 |
| 6662144 | Michele Riley | Video – services - $1,998.75<br>Expenses - $16.00<br>Equipment rental - $75.00 | $2,089.75 |
| 6610850 | Craig Rosenberg | Realtime services - $512.45<br>Rough draft - $443.20<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00<br>Expenses - $20.00 | $1,060.65 |
| 6623514 | Craig Rosenberg | Video – services - $1706.25<br>Expenses - $19.99<br>Video – electronic access - $50.00 | $1,776.24 |
| 6625599 | Ami Shah | Realtime services - $381.10<br>Rough draft - $329.60<br>Premium litigation package - $35.00<br>Realtime services - $146.15<br>Rough draft - $126.40<br>Premium litigation package - $35.00<br>Equipment rental - $75.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,178.25 |
| 6623514 | Ami Shah | Video – services - $975.00<br>Video – services - $487.50<br>Expenses - $16.00 | $1,478.50 |
| 6416503 | Brian Shuster | Exhibits – Linked - $25<br>Realtime services - $394.50<br>Rough draft - $328.75<br>litigation package - $30.00<br>Expenses - $20.00 | $826.25 |

## EXHIBIT A

## BILL OF COST REDUCTIONS

|  |  |  |  |
|---|---|---|---|
|  |  | Hosting & Delivery of Encrypted Files - $28.00 |  |
| 6492882 | Brian Shuster | Video – services - $2,047.50<br>Video – electronic access - $50.00<br>Expenses - $20.00 | $2,117.50 |
| 2023-148 | UDI | Parking and equipment delivery - $22.50<br>Video deposition - $1,250.00<br>Videographer – overtime rate - $487.50 | $1,760.00 |
| 76907 | UDI | Attendance – after hours - $360.00<br>Raw or draft disk - $615.00 | $975.00 |
| 6486844 | Matthew Weissinger | Realtime services - $555.00<br>Rough draft - $480.00<br>Premium litigation package - $35.00<br>Hosting & Delivery of Encrypted Files - $50.00 | $1,120.00 |
| 6520435 | Matthew Weissinger | Video – digitizing & transcript synchronization - $770.00<br>Video – electronic access - $50.00 | $820.00 |
| 20250810 | Trial Transcripts | Realtime rough transcripts (entirety) | $3,714.80 |
| 44139 | Preparation and stamping of trial exhibits | Technical time - $977.50<br>Pagination - $123.68<br>OCR - $185.52 | $1,286.70 |
| **GRAND TOTAL REDUCTION** |  |  | **$56,591.59** |