UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHERVERSE GAMING LLC,<br><br>             Plaintiff,<br><br>    v.<br>EPIC GAMES, INC.,<br><br>             Defendants. | Case No. 2:21-CV-00799-RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against Plaintiff(s) UTHERVERSE GAMING INC., and on behalf of Defendant(s) EPIC GAMES, INC., in the amount of $65,298.78. Any items to be awarded, partially awarded, or vacated by this court are listed as follows:

| **Deponent or Fee Type** | **Cost Requested** | **Cost Disallowed** | **Cost Allowed** |
|---|---|---|---|
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.**<br><br>**\*\****Due to scrivener's error, total erroneously listed as $60,298.28* | **\*\***$64,012.08 | $0.00 | $64,012.08 |

TAXATION OF COSTS -1

| | Costs Requested | Costs Disallowed | Costs Allowed |
|---|---|---|---|
| **Fees for Exemplification and the Costs of Making Copies Necessarily Obtained for Use in the Case** | $1,286.70 | $0.00 | $1,286.70 |
| | | | |
| **Totals** | **Costs Requested** | **Costs Disallowed** | **Costs Allowed** |
| | * $65,298.78 | $0.00 | $65,298.78 |

*Defendant Epic Games initially had requested total costs of $87,352.20 (*see docket #482*), but voluntarily reduced costs to current requested amount of $65,298.78 (*see docket #492-1*). Due to scrivener's error, fees requested were incorrectly calculated; corrections made by Clerk.

Entered this ____28th____ day of July 2025

                                              Ravi Subramanian, Clerk
                                              U. S. District Court

                                      By: *s/ Patrick Sherwood*
                                              Patrick Sherwood,
                                              Deputy in Charge

TAXATION OF COSTS -2